United States District Court
Eastern District of New York

---

TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, AND 401(K) SAVINGS PLAN,

                Plaintiffs,

-against-

SPRAY IN PLACE SOLUTIONS, LLC and
ATLANTIC SPECIALTY INSURANCE COMPANY,

                Defendants.

AFFIDAVIT OF SERVICE
Civil Action No. 1:24-cv-02568-KAM-PK
Date Filed 04/05/2024

---

State of New York )
                ss:
County of Albany )

Edward J. Bowmaker, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on April 8, 2024 at approximately 1:41 PM deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law: Summons in a Civil Action, Complaint and Litigation Hold Notice, that the party served was Spray In Place Solutions, LLC, a foreign limited liability company, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Sue Zouky, a white female with light brown hair, being approximately 70 years of age; height of 5'0", weight of 125 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                    *Edward J Bowmaker*
                                    Edward J. Bowmaker

Sworn to before me this 8 day of April, 2024

*Carla J. Vinetti*

Carla J. Vinetti
Notary Public — State of New York
Qualified in Albany County
Registration No. 01VI6051462
Commission Expires: 12-04-2026