UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, AND 401(K) SAVINGS PLAN,

                                                Plaintiffs,

-against-

SPRAY IN PLACE SOLUTIONS, LLC and ATLANTIC SPECIALTY INSURANCE COMPANY,

                                                Defendants.

24 CV 2568 (KAM)(PK)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK    )
                              : ss.:
COUNTY OF NEW YORK  )

        Abigail Frankel, being duly sworn, deposes and says,

        I am a paralegal with the firm of Virginia & Ambinder, LLP. I am not a party to this action and am over 18 years of age. On April 9, 2024, I served the Summons (Dkt. No. 4), Complaint (Dkt. No. 1), a Litigation Hold Notice, and the Initial Conference Order issued by Magistrate Judge Kuo on April 8, 2024 (Dkt. No. 5), with accompanying docket text, on Defendant, Spray In Place Solutions, LLC, as listed below via certified mail and electronic mail:

Spray In Place Solutions, LLC
45 Knickerbocker Avenue, Suite 1
Bohemia, New York 11716
nikki@sprayinplace.com

by depositing true copies of same enclosed in a prepaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, and by transmitting an electronic message to the latest known e-mail address for Defendant via Microsoft Outlook.

        Furthermore, on April 9, 2024, I served the Summons (Dkt. No. 4), Complaint (Dkt. No. 1), a Litigation Hold Notice, and the Initial Conference Order issued by Magistrate Judge Kuo on April 8, 2024 (Dkt. No. 5), with accompanying docket text, on Defendant, Atlantic Specialty Insurance Company, as listed below via certified mail:

Atlantic Specialty Insurance Company
One State Street Plaza, Fl 31
New York, New York 10004

by depositing true copies of same enclosed in a prepaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Abigail Frankel

Sworn to before me this
9th day of April 2024

NOTARY: _____

```
EVA C. CODISPOTI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CO6422855
Qualified in Kings County
Commission Expires OCTOBER 04, 2025
```