

**KATHY HOCHUL**
Governor

**ADRIENNE A. HARRIS**
Superintendent

STATE OF NEW YORK

United States District Court, County Of New York

1:24-cv-02568-K

Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(k) Savings Plan         Plaintiff(s)

against

Defendant(s)

Atlantic Specialty Insurance Company( Atlantic Reinsurance Company )

RE :Atlantic Specialty Insurance Company( Atlantic Reinsurance Company )

Attorney for Plaintiff(s) and Defendant(s) please take notice as follows:

Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon this Department SUMMONS IN A CIVIL ACTION/COMPLAINT in the above entitled action on April 12, 2024 at Albany, New York. The $40.00 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

Virginia & Armbinder, LLP
Adrianna R. Grancio, Esq.
40 Broad Street - 7th Floor
New York, New York 10004

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant(s) is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

Corporation Service Company
Atlantic Specialty Insurance Company( Atlantic Reinsurance Company )
80 State Street
Albany, New York 12207

**Rawle Lewis**
**Director of Producer Licensing**

Dated Albany, New York, April 15, 2024
737865                 alic0tgw