UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, AND 401(K) SAVINGS PLAN,<br><br>                                                          Plaintiffs,<br><br>-against-<br><br>SPRAY IN PLACE SOLUTIONS, LLC and ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>                                                          Defendants. | 24 CV 2568 (KAM)(PK) |

## **CERTIFICATE OF SERVICE**

This is to certify that, on this Thursday, May 09, 2024, I have caused to be served via first class and electronic mail the Summons (Dkt. No. 4), Complaint (Dkt. No. 1), and the Scheduling Order issued by Magistrate Judge Kuo on April 8, 2024 (Dkt. No. 5), with accompanying docket text, upon Defendant, Spray In Place Solutions, LLC, as listed below:

> Spray In Place Solutions, LLC
> 45 Knickerbocker Avenue, Suite 1
> Bohemia, New York 11716
> nikki@sprayinplace.com

This is to further certify that, on this Thursday, May 09, 2024, I have caused to be served via first class mail the Summons (Dkt. No. 4), Complaint (Dkt. No. 1), and the Scheduling Order issued by Magistrate Judge Kuo on April 8, 2024 (Dkt. No. 5), with accompanying docket text, upon Defendant, Atlantic Specialty Insurance Company, as listed below:

> Atlantic Specialty Insurance Company
> One State Street Plaza, Fl 31
> New York, New York 10004

This is to further certify that, on this Thursday, May 09, 2024, I have caused to be served via electronic mail the Summons (Dkt. No. 4), Complaint (Dkt. No. 1), and the Scheduling Order

issued by Magistrate Judge Kuo on April 8, 2024 (Dkt. No. 5), with accompanying docket text, upon last known counsel for Defendants Spray In Place Solutions, LLC, as listed below:

Emanuel Kataev, Esq.
emanuel@sagelegal.nyc

Dated: New York, New York            **VIRGINIA & AMBINDER, LLP**
      May 9, 2024

                                              */s/ Adrianna R. Grancio*
                                              Adrianna R. Grancio, Esq.
                                              40 Broad Street, 7th Floor
                                              New York, New York 10004
                                              (212) 943-9080
                                              agrancio@vandallp.com
                                              *Attorneys for Plaintiffs*