UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, AND 401(K) SAVINGS PLAN,<br><br>Plaintiffs,<br><br>-against-<br><br>SPRAY IN PLACE SOLUTIONS, LLC and ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | 24 CV 2568 (KAM)(PK) |

## CERTIFICATE OF SERVICE

This is to further certify that, on this Monday, May 20, 2024, I have caused to be served via electronic mail the Order extending Defendants' deadline to answer, issued by Magistrate Judge Kuo on May 20, 2024, upon last known counsel for Defendants Spray In Place Solutions, LLC and Atlantic Specialty Insurance Company, as listed below:

Emanuel Kataev, Esq.
emanuel@sagelegal.nyc

Dated: New York, New York
      May 20, 2024

VIRGINIA & AMBINDER, LLP

  */s/ Adrianna R. Grancio*
Adrianna R. Grancio, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080
agrancio@vandallp.com
*Attorneys for Plaintiffs*