UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TRUSTEES OF THE PLUMBERS LOCAL UNION
NO. 1 WELFARE FUND, TRADE EDUCATION     Case No.: 1:24-cv-2568 (KAM) (PK)
FUND, AND 401(K) SAVINGS PLAN,

                            **NOTICE OF APPEARANCE**

                    Plaintiffs,

     -against-

SPRAY IN PLACE SOLUTIONS, LLC and
ATLANTIC SPECIALTY INSURANCE COMPANY,

                    Defendants.
-------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above-captioned case.  I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated:  Jamaica, New York
         May 24, 2024

                                                       Respectfully submitted,
                                                       **SAGE LEGAL LLC**
                                                       */s/ Emanuel Kataev, Esq.*
                                                       Emanuel Kataev, Esq.
                                                       18211 Jamaica Avenue
                                                       Jamaica, NY 11423-2327
                                                       (718) 412-2421 (office)
                                                       (917) 807-7819 (cellular)
                                                       (718) 489-4155 (facsimile)
                                                       emanuel@sagelegal.nyc

                                                       *Attorneys for Defendants*
                                                       *Spray in Place Solutions, LLC and*
                                                       *Atlantic Specialty Insurance Company*

**VIA ECF**
Virginia & Ambinder, LLP
<u>Attn</u>: Adrianna R. Grancio, Esq.
40 Broad Street, 7th Floor
New York, NY 10004
Tel: (212) 943-9080
agrancio@vandallp.com

*Attorneys for Plaintiffs*