

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Adrianna R. Grancio**
Partner
agrancio@vandallp.com

July 22, 2024

<u>**VIA ECF**</u>

Hon. Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: ***Trustees of the Plumbers Local Union No. 1 Welfare Fund,
      et al. v. Spray in Place Solutions, LLC, et al. 24 CV 2568 (KAM) (PK)***

Dear Judge Kuo,

  This firm represents the Plaintiffs in the above-referenced action. We write pursuant to the April 8, 2024 Scheduling Order (ECF Doc. No. 5) and Section III(C) of your Honor's Individual Practice Rules to respectfully request an adjournment of the initial conference because, as counsel for Plaintiffs, I have contracted COVID.

  Plaintiffs commenced this action on April 5, 2024, seeking *inter alia*, delinquent benefit contributions owed by Defendant Spray in Place Solutions, LLC ("SIPS"). *See* ECF Doc. No. 1. The initial conference is currently scheduled for Thursday, July 25, 2024 at 10:00 a.m. ECF Doc. No. 5. On July 12, 2024 the parties filed a Proposed Scheduling Order. ECF Doc. No. 14.

  Due to my illness, Plaintiffs respectfully request a two week adjournment of the July 25, 2024 initial conference. A remote conference is not possible in this instance as I am actively symptomatic and will be totally offline to recover. This is Plaintiffs' first request for an adjournment of the initial conference. This request will not affect the dates in the July 12, 2024 Proposed Scheduling Order. Defense counsel has consented to this request.



We thank the Court for its time and attention to this matter.

                                              Respectfully submitted,

                                              */s/Adrianna R. Grancio*

                                              Adrianna R. Grancio, Esq.

cc:     Counsel of record (via ECF)