

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Adrianna R. Grancio**
Partner
agrancio@vandallp.com

August 5, 2024

**VIA ECF**

Hon. Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    ***Trustees of the Plumbers Local Union No. 1 Welfare Fund,
             et al. v. Spray in Place Solutions, LLC, et al. 24 CV 2568 (KAM) (PK)***

Dear Judge Kuo,

      This firm represents the Plaintiffs in the above-referenced action. We write pursuant to Section III(C) of your Honor's Individual Practice Rules to respectfully request that the in-person initial conference scheduled for Friday, August 9, 2024 at 10:00 a.m. be converted to a remote conference to be held via telephone or video conference.

      On July 22, 2024, the Court graciously adjourned the initial conference originally scheduled for July 25, 2024, to August 9, 2024 at 10:00 a.m. due to the undersigned's COVID diagnosis. While the undersigned has since recovered, she is currently scheduled to be out of town for a personal matter on August 9, 2024, but will still be working remotely. Counsel for Defendant consents to the request.

      We thank the Court for its time and attention to this matter.

                                                      Respectfully submitted,

                                                      */s/Adrianna R. Grancio*

                                                      Adrianna R. Grancio, Esq.

cc:      Counsel of record (via ECF)