# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NY 11042**

---

**TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082**

June 16, 2022

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL
& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Plumbers and Gasfitters Local Union No. 1
<u>Attn</u>: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101
mapuzzo@ualocal1.org
ualocal1@ualocal1.org
(718) 835-0896 (facsimile)

> *Re:*     **Spray in Place Solutions LLC with Plumbers Local Union No. 1
> Termination Notice**

Dear Mr. Apuzzo and to whom else it may concern:

This firm represents Spray in Place Solutions LLC (hereinafter our "Client") with respect to labor and employment law matters. We write on our Client's behalf and pursuant to Independent Mechanical Equipment and Service Division Collective Bargaining Agreement (the "CBA") with Plumbers and Gasfitters Local Union No. 1 (the "Union") – which requires our Client to provide one-hundred-and-eighty (180) days' prior written notice – to terminate the CBA, which by its terms will expire on December 31, 2022.

Although the CBA is an independent agreement, this letter also serves as notice to the Association of Contracting Plumbers of the City of New York, Inc. (the "Association") that it has no authority or consent to negotiate on our Client's behalf now or at any time in the future.

By this letter, timely notice is hereby given to the Association and the Union pursuant to Article XVI of the CBA that the CBA between our Client and the Union will be terminated on December 31, 2022, as this correspondence is sent on or before the thirtieth day of June 2022 (or 180 days prior to the expiration of the CBA) as set forth in the CBA. We request written confirmation of the termination as soon as is practicable and thank you for your anticipated courtesies in advance.

Dated: Lake Success, New York
      June 16, 2022

Regards,
**MILMAN LABUDA LAW GROUP PLLC**

/s

Robert F. Milman, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
rob@mllaborlaw.com
emanuel@mllaborlaw.com

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL**
**& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Association of Contracting Plumbers of the City of New York, Inc.
<u>Attn</u>: Robert Greenberg, President
535 8th Avenue, 17th Floor
New York, NY 10018
(212) 481-7185 (facsimile)
info@acpcny.org

**VIA E-MAIL**
Spray in Place Solutions LLC
<u>Attn</u>: Nikki Scott, Controller
45-1 Knickerbocker Avenue
Bohemia, NY 11716-3104
nikki@sprayinplace.com

MILMAN LABUDA LAW GROUP PLLC

3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NEW YORK 11042



**CERTIFIED MAIL**®

FIRST-CLASS

7021 2720 0000 8986 8624

US POSTAGE IMI PITNEY BOWES

ZIP 11042
02 7H
0001350008

$ 007.33⁰

JUN 16 2022

Plumbers and Gasfitters Local Union No. 1
<u>Attn</u>: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101





USPS TRACKING #

9590 9402 3931 8060 0636 38

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•



MILMAN LABUDA LAW GROUP PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, New York 11042

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Plumbers and Gasfitters Local Union No. 1
Attn: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3931 8060 0636 38

2. Article Number (Transfer from service label)

7021 2720 0000 8986 8624

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | | |
| $ | .53 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ 3.05 | |
| ☐ Return Receipt (electronic) | $ 3.75 | |
| ☐ Certified Mail Restricted Delivery | $ | Postmark |
| ☐ Adult Signature Required | $ | Here |
| ☐ Adult Signature Restricted Delivery | $ 7.33 | 6/14/22 |
| Postage | | |

Plumbers and Gasfitters Local Union No. 1
Attn: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

## Certified Mail service provides the following benefits:

- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

### Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item in person at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** April 2015 *(Reverse)* PSN 7530-02-000-9047

# MILMAN LABUDA LAW GROUP PLLC
### 3000 MARCUS AVENUE
### SUITE 3W8
### LAKE SUCCESS, NY 11042

---

### TELEPHONE (516) 328-8899
### FACSIMILE (516) 328-0082

June 16, 2022

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL**
**& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Plumbers and Gasfitters Local Union No. 1
<u>Attn</u>: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101
mapuzzo@ualocal1.org
ualocal1@ualocal1.org
(718) 835-0896 (facsimile)

> *Re:* **Spray in Place Solutions LLC with Plumbers Local Union No. 1**
> **Termination Notice**

Dear Mr. Apuzzo and to whom else it may concern:

This firm represents Spray in Place Solutions LLC (hereinafter our "Client") with respect to labor and employment law matters. We write on our Client's behalf and pursuant to Independent Mechanical Equipment and Service Division Collective Bargaining Agreement (the "CBA") with Plumbers and Gasfitters Local Union No. 1 (the "Union") – which requires our Client to provide one-hundred-and-eighty (180) days' prior written notice – to terminate the CBA, which by its terms will expire on December 31, 2022.

Although the CBA is an independent agreement, this letter also serves as notice to the Association of Contracting Plumbers of the City of New York, Inc. (the "Association") that it has no authority or consent to negotiate on our Client's behalf now or at any time in the future.

By this letter, timely notice is hereby given to the Association and the Union pursuant to Article XVI of the CBA that the CBA between our Client and the Union will be terminated on December 31, 2022, as this correspondence is sent on or before the thirtieth day of June 2022 (or 180 days prior to the expiration of the CBA) as set forth in the CBA. We request written confirmation of the termination as soon as is practicable and thank you for your anticipated courtesies in advance.

Dated: Lake Success, New York
      June 16, 2022

Regards,
**MILMAN LABUDA LAW GROUP PLLC**
         /s
Robert F. Milman, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
rob@mllaborlaw.com
emanuel@mllaborlaw.com

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL**
**& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Association of Contracting Plumbers of the City of New York, Inc.
<u>Attn</u>: Robert Greenberg, President
535 8th Avenue, 17th Floor
New York, NY 10018
(212) 481-7185 (facsimile)
info@acpcny.org

**VIA E-MAIL**
Spray in Place Solutions LLC
<u>Attn</u>: Nikki Scott, Controller
45-1 Knickerbocker Avenue
Bohemia, NY 11716-3104
nikki@sprayinplace.com

MILMAN LABUDA LAW GROUP PLLC

3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NEW YORK 11042



FIRST-CLASS

US POSTAGE™ PITNEY BOWES

ZIP 11042
02 7H
0001350008

$ 000.53⁰

JUN 16 2022

Plumbers and Gasfitters Local Union No. 1
Attn: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101



# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

———

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

June 16, 2022

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL**
**& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Plumbers and Gasfitters Local Union No. 1
<u>Attn</u>: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101
mapuzzo@ualocal1.org
ualocal1@ualocal1.org
(718) 835-0896 (facsimile)

> *Re:*    **Spray in Place Solutions LLC with Plumbers Local Union No. 1**
>          **Termination Notice**

Dear Mr. Apuzzo and to whom else it may concern:

This firm represents Spray in Place Solutions LLC (hereinafter our "Client") with respect to labor and employment law matters. We write on our Client's behalf and pursuant to Independent Mechanical Equipment and Service Division Collective Bargaining Agreement (the "CBA") with Plumbers and Gasfitters Local Union No. 1 (the "Union") – which requires our Client to provide one-hundred-and-eighty (180) days' prior written notice – to terminate the CBA, which by its terms will expire on December 31, 2022.

Although the CBA is an independent agreement, this letter also serves as notice to the Association of Contracting Plumbers of the City of New York, Inc. (the "Association") that it has no authority or consent to negotiate on our Client's behalf now or at any time in the future.

By this letter, timely notice is hereby given to the Association and the Union pursuant to Article XVI of the CBA that the CBA between our Client and the Union will be terminated on December 31, 2022, as this correspondence is sent on or before the thirtieth day of June 2022 (or 180 days prior to the expiration of the CBA) as set forth in the CBA. We request written confirmation of the termination as soon as is practicable and thank you for your anticipated courtesies in advance.

Dated: Lake Success, New York
       June 16, 2022

Regards,
**MILMAN LABUDA LAW GROUP PLLC**
/s
Robert F. Milman, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
rob@mllaborlaw.com
emanuel@mllaborlaw.com

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL & CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Association of Contracting Plumbers of the City of New York, Inc.
Attn: Robert Greenberg, President
535 8th Avenue, 17th Floor
New York, NY 10018
(212) 481-7185 (facsimile)
info@acpcny.org

**VIA E-MAIL**
Spray in Place Solutions LLC
Attn: Nikki Scott, Controller
45-1 Knickerbocker Avenue
Bohemia, NY 11716-3104
nikki@sprayinplace.com

MILMAN LABUDA LAW GROUP PLLC

3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NEW YORK 11042



CERTIFIED MAIL®

7021 2720 0000 8986 8631

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 11042
02 7H
0001350008

$ 007.33⁰

JUN 16 2022

Association of Contracting Plumbers of the City
of New York, Inc.
  Attn: Robert Greenberg, President
  535 8th Avenue, 17th Floor
  New York, NY 10018

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Association of Contracting Plumbers
of the City of New York, Inc.
Attn: Robert Greenberg, President
535 8th Avenue, 17th Floor
New York, NY 10018

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 3931 8060 0636 21

2. Article Number (Transfer from service label)

7021 2720 0000 8986 8631

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)　　C. Date of Delivery

D. Is delivery address different from item 1?　☐ Yes
If YES, enter delivery address below:　☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053　　　　　Domestic Return Receipt



USPS TRACKING #

9590 9402 3931 8060 0636 21

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

MILMAN LABUDA LAW GROUP PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, New York 11042

KAM-PK    Document 20-1    Filed 01/15/25    P
#: 125

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | |
| $ | .53 |

Extra Services & Fees *(check box, add fee as appropriate)*

| | | |
|---|---|---|
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | 3.05 |
| ☐ Certified Mail Restricted Delivery | $ | 3.75 |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |

Postage

7.33

Postmark
Here

6/16/22

Association of Contracting Plumbers
of the City of New York, Inc.
Attn: Robert Greenberg, President
535 8th Avenue, 17th Floor
New York, NY 10018

7021 2720 0000 8986 8631

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

# Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic version, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

June 16, 2022

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL**
**& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Plumbers and Gasfitters Local Union No. 1
<u>Attn</u>: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101
mapuzzo@ualocal1.org
ualocal1@ualocal1.org
(718) 835-0896 (facsimile)

> *Re:* **Spray in Place Solutions LLC with Plumbers Local Union No. 1**
> **Termination Notice**_____

Dear Mr. Apuzzo and to whom else it may concern:

This firm represents Spray in Place Solutions LLC (hereinafter our "Client") with respect to labor and employment law matters. We write on our Client's behalf and pursuant to Independent Mechanical Equipment and Service Division Collective Bargaining Agreement (the "CBA") with Plumbers and Gasfitters Local Union No. 1 (the "Union") – which requires our Client to provide one-hundred-and-eighty (180) days' prior written notice – to terminate the CBA, which by its terms will expire on December 31, 2022.

Although the CBA is an independent agreement, this letter also serves as notice to the Association of Contracting Plumbers of the City of New York, Inc. (the "Association") that it has no authority or consent to negotiate on our Client's behalf now or at any time in the future.

By this letter, timely notice is hereby given to the Association and the Union pursuant to Article XVI of the CBA that the CBA between our Client and the Union will be terminated on December 31, 2022, as this correspondence is sent on or before the thirtieth day of June 2022 (or 180 days prior to the expiration of the CBA) as set forth in the CBA. We request written confirmation of the termination as soon as is practicable and thank you for your anticipated courtesies in advance.

Dated: Lake Success, New York
      June 16, 2022

Regards,
**MILMAN LABUDA LAW GROUP PLLC**
_____/s_____
Robert F. Milman, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
rob@mllaborlaw.com
emanuel@mllaborlaw.com

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL**
**& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Association of Contracting Plumbers of the City of New York, Inc.
<u>Attn</u>: Robert Greenberg, President
535 8th Avenue, 17th Floor
New York, NY 10018
(212) 481-7185 (facsimile)
info@acpcny.org

**VIA E-MAIL**
Spray in Place Solutions LLC
<u>Attn</u>: Nikki Scott, Controller
45-1 Knickerbocker Avenue
Bohemia, NY 11716-3104
nikki@sprayinplace.com

2

MILMAN LABUDA LAW GROUP PLLC

3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NEW YORK 11042



FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 11042
02 7H
0001350008

$ 000.53⁰

JUN 16 2022

Association of Contracting Plumbers of the City
of New York, Inc.
Attn: Robert Greenberg, President
535 8th Avenue, 17th Floor
New York, NY 10018