

# PLUMBERS AND GASFITTERS LOCAL UNION NO. 1
## OF THE
### UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA
### NEW YORK CITY

## INDEPENDENT MECHANICAL EQUIPMENT AND SERVICE DIVISION COLLECTIVE BARGAINING AGREEMENT

The undersigned Plumbing Contractor and individual signatory agree to be bound by all provisions of the Collective Bargaining Agreement between Local Union No. 1 of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada and the Association of Contracting Plumbers of the City of New York and any amendments renewals and extensions that may hereafter be made by the parties to the Agreement. The undersigned individual signatory acknowledges that he/she has received a complete copy of the Collective Bargaining Agreement, effective October 1, 2019 and has read it in its entirety. The undersigned Employer and individual signatory acknowledges that Local Union No. 1 of the United Association of the Plumbing and Pipe Fitting Industry of the United States and Canada claims to represent a majority of the bargaining unit, and the Employer acknowledges and agrees, that based upon Local Union No. 1 having presented or offered evidence of majority support, that a majority of its Employees have authorized Local Union No. 1 to represent them in collective bargaining, and the Employer hereby recognizes Local Union No. 1 as the exclusive bargaining representative of all full time and regular part time Plumbers on all present and future job sites within the jurisdiction of Local Union No. 1. The undersigned Plumbing Contractor and individual signatory agree to be bound to all agreements, declarations of trust, amendments and regulations thereto, referenced in the Collective Bargaining Agreement. All contributions shall be remitted as set forth under the Collective Bargaining Agreement and declarations of trust amendments and regulations thereto, referenced in the Collective Bargaining Agreement. The undersigned agrees to be bound by any amendments to the Collective Bargaining Agreement and all amendments and regulations of the aforesaid declaration of trusts and anything supplementary thereto as adopted by the aforesaid Association and aforesaid Local Union or their designated trustees. The undersigned Plumbing Contractor and individual signatory agree that the Collective Bargaining Agreement to which they shall be bound shall continue in effect until and including December 31, 2022 and during each year thereafter unless on or before the thirtieth (30th) day of June 2022, or on or before the thirtieth (30th) day of June of any year thereafter, written notice of termination or proposed changes shall have been served by either party on the other party via certified or registered mail.

**Employer (Individual/Firm Corporate)**
PLEASE PRINT CLEARLY

Business Name: Spray In Place Solutions LLC
Address: 45 Knickerbocker Ave. Suite 1
Bohemia, NY 11716
Telephone: 631-254-6046
Fax #: 631-857-7852
E-mail Address: nikki@sprayinplace.com
Name of Government Agency Issuing Plumber's License: _____
License #: _____
Employer Identification #: 83-0907270
Name/Title of Person Signing: Jeff Bousale
Signature: _(signed)_
Date of Signing: 11/23/19

**Plumbers Local Union No. 1**
Name/Title of Person Signing: **Michael Apuzzo, Business Manager**
Signature: _____
Date of Signing: _____

# MECHANICAL EQUIPMENT AND SERVICE AGREEMENT

Between

The United Association of Journeymen and Apprentices of
the Plumbing And Pipe Fitting Industry of
The United States and Canada

## LOCAL UNION NUMBER 1

and the

## ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, INC.

Effective Dates
October 1, 2019 through December 31, 2022



| | |
|---|---|
| **Plumbers Local Union No. 1** | 50-02 5th St, 2nd Floor<br>Long Island City, NY 11101<br>Phone:   1-718-738-7500<br>Fax:   1-718-835-0896<br>www.ualocal1.org |
| **Joint Plumbing Industry Board** | 50-02 5th St, 2nd Floor<br>Long Island City, NY  11101<br>Phone:   1-718-835-2700<br>Fax:   1-718-641-8155<br>www.ualocal1funds.org |
| **Trade Education Facility<br>Plumbers Local Union No. 1** | 37-11 47th Ave.<br>Long Island City, NY  11101<br>Phone:   1-718-752-9630<br>Fax:   1-718-752-9634<br>www.ualocal1training.org |
| **Plumbers & Pipefitters National<br>Pension Fund** | 103 Oronoco St,<br>Alexandria, VA 22314<br>Phone:   1-800-638-7442<br>Fax:   1-301-739-9017<br>www.ppnpf.org |
| **United Association** | 3 Park Pl, Annapolis, MD 21401<br>Phone:   1-410-269-2000<br>Fax:   1-410-267-0262<br>www.ua.org |
| **Association of Contracting<br>Plumbers of the City<br>of New York, Inc** | 535 8th Avenue 17th Floor<br>New York, NY  10018<br>Phone:   1-212-481-4580<br>Fax:   1-212-481-7185<br>www.acpny.org |

# MECHANICAL EQUIPMENT AND SERVICE AGREEMENT

◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇ Between ◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇

The United Association of Journeymen and Apprentices of
the Plumbing And Pipe Fitting Industry of
The United States and Canada

## LOCAL UNION NUMBER 1

**and the**

## ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, INC.

E f f e c t i v e   D a t e s
October 1, 2019 through December 31, 2022

**AGREEMENT** effective the 1st day of October, 2019 by and between the **ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, INC.** Hereinafter designated as the "Association," acting on behalf of its members including such plumbing contractors as may be admitted to membership in its Association during the life of this Agreement, and/or any extension or renewals thereof, and **LOCAL UNION NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA**, hereinafter designated as the "Union," as the collective bargaining representative for all Journeymen and Helpers engaged in Mechanical Equipment and Service Division work in the five (5) counties comprising New York City. All Employers that are bound, committed, covered or otherwise signed to this Agreement hereby designate and acknowledge that the said Association is their duly authorized Bargaining Representative in the negotiations of the foregoing Agreement and the matters therein contained and of any amendment and extensions that may hereafter be made thereto or in the negotiation of any succeeding Agreements. If the signatory contractor performs onsite service work of the type covered by this Agreement, under its own name or the name of another, as a corporation, company, partnership, or other business entity, including a joint venture, wherein the Contractor, through its officers, directors, partners, owners or stockholders exercise directly or indirectly (including but not limited to management control, or majority ownership through family members), management control, or majority ownership through family members, management control majority ownership; the terms and conditions of this Agreement shall be applicable to all such work.

This Agreement is and shall be binding upon the Employer and his/her or its successors, assigns, beneficiaries and legal representatives, and each officer of the Employer. The Employers and the Union agree to be bound by any contract renewal, changes, modifications and extensions which may be negotiated after this day and put into effect by and between Plumbers Local Union No. 1 and the Association of Contracting Plumbers of the City of New York, Inc. except as set forth in Article XVI.

### BARGAINING UNIT

**WHEREAS, the ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, INC.**, is an association of plumbing contractors employing workers performing both construction and Mechanical Equipment Service Division work, desirous of dealing collectively with the Union with respect to Mechanical Equipment and Service Division work and,

**WHEREAS,** the Union is a labor union duly chartered as a branch of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, with jurisdiction in the five (5) counties which comprise of the City of New York and is the duly authorized and exclusive bargaining agent for all Journeymen Plumbers and Helpers performing plumbing installations in the Mechanical Equipment and Service Division, employed by the parties to this Agreement; and

**WHEREAS,** the Association and the Union desire to establish fair and equitable conditions of employment with respect to Mechanical Equipment and Service Division work throughout the industry and to provide a method for peaceful adjustments of all disputes in order to assure uninterrupted operation and general stabilization of the industry: **NOW, THEREFORE, IN CONSIDERATION OF THE MUTUAL PROMISES, COVENANTS AND CONDITIONS,** hereinafter set forth, the parties agree as follows:

## ARTICLE 1

**SECTION 1.** This Agreement applies to Mechanical Equipment and Service Division work performed in the five counties which comprise the City of New York and any reference to Journeymen or Helpers shall mean, unless otherwise indicated, Journeymen and Helpers who perform Mechanical Equipment and Service Division work.

**SECTION 2.** This Agreement shall be effective as of October 1, 2019 and shall remain in effect until December 31, 2022.

**SECTION 3.** Upon hiring any Journeymen or Helpers an Employer must notify the Union and the new Employee can continue to work as long as he/she reports to Plumbers Local Union No. 1 within five (5) business days of commencing employment. Plumbers Local Union No. 1 shall issue a temporary identification card valid for sixty (60) days. Thereafter, in order to continue employment the Employee must be sponsored by such Employer and shall be accepted as a member of the Local Union.

**SECTION 4.** After a Journeyman Plumber has had five (5) years of practical work experience and successfully completed two (2) years of journeymen upgrade classes; such member may be eligible to take the Building & Construction Trades Journeyman Plumber examination. The Association shall be notified as to the date and time of the examination.

**SECTION 5.** No "A" Building Trades Division member may be employed in the Mechanical Equipment and Service Division without the consent of the Union.

**SECTION 6.** The parties agree that signatory contractors who are not party to the "A" Building Trades and "Oil Trades" Agreements shall be bound by the provisions of those agreements when performing plumbing installations deemed as "New Construction" or "Pump and Tank".

## ARTICLE II

The parties agree to the following Working Rules:

**RULE 1.** On construction jobs, the regularly scheduled days of employment of Journeymen and Helpers shall be Monday to Friday, inclusive, with 8 hours of work on each day with start times between 7:00 a.m. and 9:00 a.m. At the Employers option, if any other trade commences work earlier, so may the plumber.

For service work, the regularly scheduled days of employment of Journeymen and Helpers shall be Monday to Friday inclusive, with 8 hours of work on each day or 10 hours on 4 days with start times from 6:00 a.m. to 10:00 a.m. and ending no later than 6:30 p.m.

No work shall be performed during any hours other than those specified above or any Saturday or Sunday except in case of emergency, in which event, Employees shall receive time and one half (1 ½) wages only for their labor.

No work shall be performed on New Year's Day, President's Day, Memorial Day, Fourth of July, Labor Day, Thanksgiving Day, the Friday after Thanksgiving and Christmas Day, except in the case of emergency, in which event, Employees shall receive double time wages for their labor.

Flexible starting times are provided in this Agreement for service and maintenance under the following terms and conditions:

**A)**  The first shift (day shift) shall be worked between the hours of 8:00 a.m. and 4:30 p.m.  Workers on the day shift shall receive eight (8) hours pay at the regular hourly rate for eight (8) hours work.

**B)**  The second shift (swing shift) shall be worked between the hours of 4:00 p.m. and 12:30 a.m.  Workers on the "swing shift" shall receive eight (8) hours pay at the regular hourly rate.

**C)**  Third Shift (graveyard shift) shall be worked between the hours of 12:00 a.m. (midnight) and 8:30 a.m.  Workers on the "graveyard shift" shall receive eight (8) hours pay at the regular hourly rate.

**D)**  Workers on the "swing" and "graveyard" shifts shall also be paid a 5% differential premium-wages only.

**E)**  A lunch/dinner period of thirty (30) minutes shall be allowed on each shift.

**F)**  All overtime work required after the completion of regular or shift work shall be paid at one and one half (1 ½) times the hourly rate.

**RULE 2.**  An Employee who is compelled to lose time from work because of the failure of his Employer to pay fringe benefits required by this Agreement shall be reimbursed for time lost up to three (3) days' pay at the regular hourly rate by the Employer who defaulted in payment of the required fringe benefits.

**RULE 3.**  The Employer is required to post a monthly shop card which signifies that the fringe benefits payments for the Mechanical Equipment and Service Division were paid for the previous month. No Employee shall commence or continue working in a shop unless such card has been issued, is posted and in effect. The benefits are due to the Joint Plumbing Industry Board by the date established by the applicable Trust Fund. A list of Delinquent Employers shall be furnished to the Union and the Association monthly, by the Joint Plumbing Industry Board.

**RULE 4.**  Labor has established a Political Action Fund with a five cent ($.05) per hour voluntary contribution.  The Employer shall make the appropriate deduction upon presentation from the Union of 1) a proper authorization card signed by the Employee or 2) notification from the Union that it has obtained such authorization card.  The Employer shall forward such deduction to the Joint Plumbing Industry Board for transfer to the Union. This rule applies to both Journeyman and Helpers.

**RULE 5**.  If a Journeyman or Helper reports to a job without having been first notified not to report, such Employee shall be paid one-half (1/2) day's pay.

**RULE 6.**  It shall be optional with an Employer that he/she may work himself/herself; but if he/she employs one or more Employee(s) they shall be Journeymen Plumbers, except as otherwise provided.

**RULE 7.** Work defined under the terms of this Agreement shall include and not limited to:

A) Gas piping inspection and leak surveying, roof tank inspections that does not include testing on Building Trades, PLA, or Targeted jobs.

B) Any repair and/or replacement of the present plumbing system at commercial sites and/or residential buildings. However, any projects regardless of work type, private or public, which have approved plans and specifications and the plumbing exceeds $725,000 dollars is excluded.

Ratio will be 1MESJ: 4MESH from $1 - $200k
Ratio will be 1MESJ: 3MESH from $201k - $725k
Ratio will be 1MESJ: 2MESH above $725k

C) Cutting and capping up to $200k will be a ratio of 1MESJ: 4MESH

D) Tenant work is excluded (including any service work)

Note:  No Helpers on prevailing wage jobs. Helpers are only applicable to private jobs.

**RULE 8.**  This Agreement shall not include work performed for Building Trades projects.

**RULE 9.** (a)   The Employer is to furnish all tools and equipment necessary to perform the work covered by this Agreement and no Employee is to furnish any tools except the Rule and Wiping Cloths.  All tools and equipment (Scaffolds, ladder, etc.) shall at least meet the standard set by the Safety Division of the New York State Department of Labor.

**(b)** The Employer may keep a record of his/her tools to guard against loss.  Journeymen who receive tools from the Employer, and for which a receipt is given the Employer, shall be responsible for such lost tools.  Journeymen must replace or pay for lost or missing tools furnished by the Employer and for which the later holds a receipt from his/her Journeymen.  Responsibility rests with the Journeymen during working hours only.

**(c)**  In cases where Employers wish their Employees to wear uniforms, such uniforms and their laundering and maintenance will be left to the individual agreements between Employers and their Employees.

**(d)**  Employees shall receive one (1) hour wages at the straight time rate, including fringe benefits, for Saturday, Sunday and holiday on-call.  If the Employee is called out, the minimum number of hours he/she shall be paid is two (2) hours and the one (1) hour on-call pay for the day shall be applied to the hours worked that day.  When an Employee is called out he/she shall be entitled to a half (1/2) hour travel time each way for a total of one (1) hour (wages and fringes) if the employee gets the customer to sign a ticket for that travel time.

**(e)**  All daily out of pocket expenses for travel between shall be reimbursed on a weekly basis.

**(f)**   All Employees who return company vehicles to the shop at the end of the day shall be paid up to that time.

**(g)**  An Employee who works overtime at night shall not lose work the next day except for safety reasons or lack of work.

**RULE 10.**  Management and Labor agree to the strict observance of all City, State and Federal on the job safety

requirements including Occupational Safety and Health Act (OSHA) regulations.  It is agreed by Labor that if an Employer is penalized by OSHA and it can be proved the fine was caused by the direct refusal or neglect of an Employee to comply with OSHA regulations. A copy of all Accident Reports shall be sent to the Union office within five (5) days after each accident, provided the Employee reported the accident to the Employer.  Such reports are to be used solely as Union Records and for no other purpose.

**RULE 11.** The contributions made in Article III are made in lieu of a maximum of five (5) paid sick days to the Employees. By the parties agreeing to this provision, they expressly waive the provisions of the New York City "Paid Sick Time Act" or comparable legislation that may be enacted by any local, state or federal government on the basis that comparable benefits are provided to Employees under this collective bargaining agreement.

**RULE 12.** All work for the New York City Department of Environmental Protection in Plants, is not covered under this agreement with the exclusion of water meter installations/ replacements, backflow testing, direct fixture replacement with incidental piping (within 5 feet of fixture), and service work or any contract which explicitly states that the work is covered under New York State Labor Law Section 220 administered under the New York City Comptroller Labor Law Article 8 "Plumber-mechanical equipment and service" classification.

# ARTICLE III

## WAGE AND FRINGE BENEFIT RATES

Commencing with the effective dates of this Agreement, the Employer agrees to pay to and on behalf of his/her Journeymen the rates set forth in Table No. 1.  The Employer also agrees to pay to and on behalf of the Helpers the rates set forth in Table No. 2.

### TABLE NO. 1 – JOURNEYMEN*
### $5.80 PER HOUR INCREASE ANNUALLY EFFECTIVE JANUARY 1, 2020

|  | Hourly | Hourly Wages | Hourly Fringe Benefit | Total Package |
|---|---|---|---|---|
| 10/1/2019 thru 12/31/2019 | $ .30 | $43.35 | $14.63 | $61.34 |
| 1/1/2020 thru 12/31/2020 | $1.62 | | | $62.95 |
| 1/1/2021 thru 12/31/2021 | $1.63 | | | $64.59 |
| 1/1/2022 thru 12/31/2022 | $2.25 | | | $66.84 |

All allocations of the above increments will be by the Union.
The terms of this Agreement are three (3) years and three (3) months.

NOTE: 401 (k) Employee Elective Deferrals, Credit Union and Union Assessment Check-Off are calculated as a percentage of gross wages but deducted from net wages for Credit Union  and Union Assessment Check-Off and gross wages for 401 (k) Employee Elective Deferrals.

*None of the provisions, other than wages, apply to Journeymen working under a sixty (60) day temporary identification card (i.e. no Fringes, Check-Off, Promotion Fund, etc.)

**Employers shall send, on a weekly basis, eight percent (8%) of gross wages to an individual account for each member established at a credit union as selected by the Union (ten percent (10%) as of the first payment cycle after December 31, 2019). Bonuses, vacation pay, sick pay and non-accountable plan expenses included in wages.

***Includes the following Funds – Welfare, Trade Education, 401(k), Promotion, National Pension and International Training.

**INTERNATIONAL TRAINING FUND:**  The Employer agrees to make contributions to The International Training Fund of ten cents ($.10) per hour for each hour worked by all Employees covered under this Agreement.

**ORGANIZING FUND:**  Ten cents ($.10) per pay hour shall be deducted from net weekly wages to be used for Local 1 organizing purposes.

**PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND:**  The Employer agrees to make contributions to The Plumbers and Pipefitters National Pension Fund in accordance with the Standard Form of Participation Agreement.

**PLUMBING INDUSTRY PROMOTION FUND:**  Each Employer is to contribute to the Plumbing Industry Promotion Fund of New York City twenty-eight cents ($.28) per hour for each pay hour worked by the Employee of the Employer and such contributions may be increased to thirty-five cents ($.35) per hour during the life of the Agreement by the adoption of a resolution by the Trustees.

**UNION ASSESSMENT CHECK-OFF:**  2.75% of gross weekly pay shall be deducted from wages as a Union Assessment "Check-Off".  Bonuses, vacation pay, sick pay and non accountable plan expenses are included in gross pay.

**FOREMAN PAY:**  On jobs where there are between ten (10) and twenty (20) members working the Employer shall select one Journeyman to act as a Foreman and that Foreman shall be paid one dollar and twenty five cents ($1.25) per hour above Journeyman's wages.  On jobs where there are more than twenty (20) members working, the Employer shall select one Journeyman to act as a Foreman and that Foreman shall be paid two dollars and twenty five cents ($2.25) per hour above Journeyman's wages.

**TABLE NO. 2 – HELPERS***

|  | ** Wage Per Hour | Fringe*** Benefits | Total Package |
|---|---|---|---|
| **1st Year, 1st Term  (1st 6 months)** | $15.00 | $5.28 | $20.38 |
| **1st Year, 2nd Term (2nd 6 months)** | $15.00 | $8.68 | $25.36 |
| **2nd Year Helper Minimum Hourly Wage** | $19.51 | $9.85 | $31.04 |
| **3rd Year Helper Minimum Hourly Wage** | $20.51 | $9.85 | $32.04 |
| **4th Year Helper Minimum Hourly Wage** | $22.01 | $9.85 | $33.54 |
| **5th Year Helper Minimum Hourly Wage** | $24.01 | $9.85 | $35.54 |

*None of these provisions apply to Helpers working under a sixty (60) day temporary identification card (i.e. no Fringes, Check-Off, Promotion fund, etc.). Allocations of fringes will be at the discretion of Local 1 and will not exceed 50% total journeyman increase for Helpers employed in years 2 through 5.

**For work by 1st yr. 2nd term – 5th year Helpers, Employers shall send, on a weekly basis, eight percent (8%) as of gross wages to an individual account for each member established at a credit union as selected by the Union. (Ten percent (10% as of the first payment cycle after December 31, 2019.)  Bonuses, vacation pay, sick pay and non-accountable plan expenses are included in wages.

***Includes the following Funds – Welfare, Trade Education, 401 (k), Promotion, National Pension and International Training.

**INTERNATIONAL TRAINING FUND:**  The Employer agrees to make contributions to The International Training Fund of ten cents ($.10) per hour for each hour worked by all Employees covered under this Agreement.

**ORGANIZING FUND:**  Ten cents ($.10) per pay hour shall be deducted from net weekly wages to be used for Local 1 organizing purposes.

**PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND:** The Employer agrees to make contributions to The Plumbers and Pipefitters National Pension Fund in accordance with the Standard form of Participation Agreement.

**PLUMBING INDUSTRY PROMOTION FUND:**  Each Employer is to contribute to the Plumbing Industry Promotion Fund of New York City twenty-eight cents ($.28) per hour for each pay hour worked by the Employee of the Employer and such contributions may be increased to thirty-five ($.35) per hour during the life of the Agreement by the adoption of a resolution by the Trustees.

**UNION ASSESSMENT CHECK-OFF:** 2.75% of gross weekly pay shall be deducted from wages as a Union Assessment "Check-Off". Bonuses, vacation pay, sick pay and non accountable expenses are included in gross pay.

### ARTICLE IV
### FRINGE BENEFITS

The Employer agrees, in addition to the wages, to pay on behalf of each Journeyman and Helper the fringe benefits set forth in Tables 1 and 2.

The allocation of Fringe Benefits as of October 1, 2019 are as follows:

**(a)** $12.00 per hour as of October 1, 2019 for each Journeyman, for each hour worked, to the Welfare Fund, Mechanical Equipment and Service Division, Plumbers Local Union No. 1 U.A.

**(b)** $3.26 per hour as of October 1, 2019 for each Journeyman for each hour worked, to The Plumbers and Pipefitters National Pension Fund in accordance with the Standard Form of Participation Agreement.

**(c)** $.35 per hour as of October 1, 2019 for each Journeyman, for each hour worked, to the  Trade  Education  Fund, Mechanical Equipment and Service Division, Plumbers Local  Union No. 1, U.A.

**(d)** $2.00 per hour as of October 1, 2019 for each Journeyman, for each hour worked, to the 401(k) Savings Plan, Mechanical Equipment and Service Division, Plumbers Local Union No. 1, U.A.

**(e)** Each Employee shall also open an individual account to participate in the Plumbers Local Union No. 1 Employee 401(k) Savings Plan. Each Employer of an Employee agrees to be bound to the Trust Agreement of the 401(k) Plan and to remit all Employee contributions as soon as such contributions can be reasonably segregated from the general assets of the Employer but no later than two (2) business days after the end of the payroll period from which the Employee contributions were made and deducted from the wages of the Employee. Retention of these contributions by an Employer beyond the period established by the U.S. Department of Labor Regulation at 29 CFR 2510.3-102 makes the Employer a fiduciary with respect to such employee contributions. Failure to remit Employee contributions on a timely basis shall make the Employer liable for interest and any lost earnings or restoration of profits resulting from the failure to remit on a timely basis. The minimum mandatory deduction shall be one percent (1%) of the gross weekly wage of each Employee. The maximum contributions shall be determined by each Employee subject to the laws governing the Fund.

**(f)** Each Employee shall open an individual account at a credit union or other financial institution as designated and selected by the Union. Each Employer agrees to remit such amounts as required by this Agreement to such individual accounts when payment of wages is due.

**(g)** Fringe Benefits for overtime shall be paid at a straight time rate except on Target or United Association National Residential Agreement jobs in which case fringe benefits shall be paid at time and one half (1 ½ ).

### HELPERS (2nd term-5th year)

**(a)** $8.35 per hour as of October 1, 2019 for each Helper, for each hour worked, to the Welfare Fund, Mechanical Equipment and Service Division, Plumbers Local Union No. 1. U.A.

**(b)** $1.58 per hour as of October 1, 2019 for each Helper, for each hour worked, to The Plumbers and Pipefitters National Pension Fund in accordance with the Standard Form of Participation Agreement as on file as the Joint Plumbing Industry Board and made a part of this Agreement.

**(c)** $.21 per hour as of October 1, 2019 for each Helper, for each hour worked, to the Trade Education Fund, Mechanical Equipment and Service Division, Plumbers Local Union No. 1, U.A.

**(d)** $1.01 per hour as of October 1, 2019 for each Helper for each hour worked, to the 401(k) Savings Plan, Mechanical Equipment and Service Division, Plumbers Local Union No. 1, U.A.

**(e)** Each Employee shall also open an individual account to participate in the Plumbers Local Union No. 1 Employee 401(k) Savings Plan. Each Employer of an Employee agrees to be bound to the Trust Agreement of the 401(k) Plan and to remit all employee contributions as soon as such contributions can be reasonably segregated from the general assets of the Employer but no later than two (2) business days after the end of the payroll period from which the Employee contributions were made and deducted from the wages of the Employee. Retention of these contributions by an Employer beyond the period established by the U.A. Department

of Labor Regulation 29 CRF2510.3-102 makes the Employer a fiduciary with respect to such employee contributions. Failure to remit Employee contributions on a timely basis shall make the Employer liable for interest and any lost earnings or restoration of profits resulting from the failure to remit on a timely basis. The minimum mandatory deduction shall be one percent (1%) of the gross weekly age of each Employee. The maximum contributions shall be determined by each employee subject to the laws governing the Fund. Probationary Helpers shall be excluded from participating in this plan.

**(f)** Each Employee shall open an individual account at a credit union or other financial institution as designated and selected by the Union. Each Employer agrees to remit such amounts as required by this Agreement to such individual accounts when payment of wages is due.

**(g)** Fringe Benefits for overtime shall be paid at a straight time rate except on Target or United Association National Residential Agreement jobs in which case fringe benefits shall be paid at time and one half (1 ½ ).

### ARTICLE V
### HELPERS

**SECTION 1.** An Employer who shall become a party to this Agreement shall rate all Employees as Journeymen or Helpers. In the event that the Union objects to the rating by the Employer, the Trade Education Committee of the Joint Plumbing Industry Board may reverse the Employer's determination.

**SECTION 2.** The Employer shall not be required to pay any contributions for Fringe Benefits other than International Training,

Promotion Fund, and $5.00 per hour to the Welfare Fund for Helpers during their first six (6) months as full members of this Union.

**SECTION 3.** MES Journeymen and Helpers can perform work in a ratio no greater than four (4) Helpers to one (1) Journeyman per jobsite.

### ARTICLE VI

The Employer agrees that the contributions for the fringe benefits referred to in Tables 1 and 2 are due to the Joint Plumbing Industry Board by the date established by the applicable Trust Fund.

The failure on the part of any Employer to make such payments promptly when due shall constitute a breach of this Agreement authorizing the Union to withdraw all Journeymen and Helpers from the employ of such defaulting Employer and he/she shall pay all benefits weekly thereafter.

Should the Employer fail to pay all contributions to the Joint Plumbing Industry Board as stipulated, as they pertain to the aforementioned Fringe Benefits Funds, Political Action Fund, Union Assessment Check-Off and the 401(k) Savings Plan, such Employer shall be liable for the payment of such contributions with interest at a rate of ten percent (10%) plus liquidated damages of twenty percent (20%) of the amount owing and all costs including, but not limited to, reasonable audit and accounting expenses, witness costs and attorney's fees, disbursements and court costs (including arbitration, NLRB or otherwise). The charge to a

delinquent Employer for the costs and expenses of collection and damages to the Joint Plumbing Industry Board shall in no event be less than one hundred fifty dollars ($150) for each failure to pay a monthly contribution.  This shall also apply if the Employer remits on a weekly basis.

## ARTICLE VII

Each Employer shall furnish a Surety Bond for the benefit of the Plumbers Local Union No. 1 Welfare Fund and related Funds as agent for collection for each of the Fringe Benefit Funds to guarantee the payment of all fringe benefits provided for herein. The Union shall not issue  a shop work card to an Employer who is not so bonded, nor shall the Union permit Journeymen and Helpers to work for an Employer who is not so bonded.  The amount of the bond shall be as shown in the following schedule:

### AMOUNT OF BOND

| Average Numbers of Employees | Monthly |
|---|---|
| 1-5 | $21,000.00 |
| 6-8 | $33,500.00 |
| 9-20 | $83,500.00 |

$42,000.00 for each multiple of 10 Employees plus appropriate amount for any remainder.

***New Bonding Schedule will go into effect January 1, 2021***

## ARTICLE VIII
## PROMOTION FUND

The Employers have established, by an Agreement and Declaration of Trust, a Trust Fund known as the "Plumbing Industry Promotion Fund of New York City" herein after referred to as the "Promotion Fund" for the mutual benefit of all plumbing contractors who do business in the area.  The Agreement and Declaration of Trust of the said Promotion Fund provides that the said Plumbing Industry Promotion Fund shall be administered exclusively by Management Trustees appointed by the Association. Each Employer agrees to be bound by said Trust, amendments thereto and rules and regulations thereof and to contribute monthly to the Plumbing Industry Promotion Fund of New York City an amount equal to twenty-eight cents ($.28) per hour for each pay hour worked by the Employees of the Employer. Such contributions may be increased up to a total of thirty-five cents ($.35) per hour if and when the Trustees of the said fund adopt a resolution for such increases provided however that ninety (90) days' notice of the adoption of such resolution and the effective date of such increases is given to Employers by letter sent to them.

The prompt payment of the contribution provided for in this Agreement is essential for the continuing efficient operation of the Promotion Fund.  An Employer who fails to make such payment shall be liable for the amount of such contribution with interest at a rate of ten percent (10%) plus liquidated damages of twenty percent

(20%) of the amount owing and all costs including, but not limited to, reasonable audit and accounting expenses, witness costs and attorney's fees, disbursements and court costs.  The charge to a delinquent Employer for the costs and expenses of collection and damages to the Promotion Fund shall in no event be less than one hundred dollars ($100) for each failure to pay a monthly contribution. This shall also apply if the Employer remits on a weekly basis.

### ARTICLE IX

The Association and Union agree to implement a viable and comprehensive Journeyman and Helper Training Program to be directed under the auspices of the Plumbers Local Union No. 1 U.A. Joint Apprenticeship Training Committee.

### ARTICLE X
### CHECK-OFF OF UNION ASSESSMENT

Each Employer agrees to deduct weekly from the wages of each Journeyman and Helper employee, covered by this Collective Bargaining Agreement who individually, in writing duly authorizes the Employer to make such deduction for Union Assessments, the sum of two and three quarters percent (2.75%) of gross weekly wages for the preceding week.  Each Employer shall remit such deduction monthly to the Joint Plumbing Industry Board as the collection agent for the Union.  The original signed authorization cards shall be kept on file at the offices of the Union.

The form of authorization to be signed by each Journeyman and Helper with respect to whom a deduction is to be made has been approved by counsel for the parties hereto.

It is expressly agreed that the authorizations furnished under this Article shall be of no force and effect and no deductions shall be made by an Employer when there is no collective Bargaining Agreement in effect to which the Employer and the Union are parties.

It is expressly agreed that the Union assumes full responsibility for the validity and legality of the deductions from the Employee's wage made by each Employer and remitted to the Union pursuant to this Article and the Union hereby agrees to indemnify and hold the Employer harmless from all claims, losses, expenses, liability and damages to which the Employer at any time may be subject by reason thereof.  If any such claim is asserted or threatened against the Employer, the Union and the Employers agree that the Union, at its sole cost and expense shall undertake the defense of such claim on behalf of the Employer and the Employer shall cooperate with the Union in the defense thereof.

### ARTICLE XI
### JOINT ARBITRATION Committee

**(a)**  All disputes and controversies arising out of and under this Agreement or related thereto shall be settled by arbitration as provided herein with proper speed. The peaceable resolution of all disputes is of the essence. There shall be a Joint Arbitration Committee (hereinafter "Full Committee") of not less than six (6) or more than ten (10) members with an equal number appointed by the Union and the Association. The Full Committee shall  make its own rules and formulate its own procedure, not otherwise contrary to the provisions herein. The Full Committee shall designate a person to receive complaints and/or disputes. All complaints and/or disputes

MANAGEMENT AGREEMENT   SERVICE AND MECHANICAL

shall be submitted in writing to the person designated by the Full Committee to receive them. The Executive Committee shall be composed of two (2) Arbitrators. One (1) Arbitrator, a representative appointed by the Union and one (1) Arbitrator, a representative appointed by the Association. Neither representative shall be the complainant nor the defendant. The Executive Committee shall hear a case and settle it. The complainant and the defendant may present their case to the Executive Committee. If the complainant or defendant or both or one of the Arbitrators do not appear at the hearing, a decision may be rendered in their absence provided all parties and the Arbitrators have been given five (5) days written notice of the hearings by regular mail, express delivery, telefax or email (two forms of notice required). If the Arbitrators cannot agree, then the case must be brought to the Full Committee. If one Arbitrator does not appear, that Arbitrator can bring the case to the Full Committee if such referral is made within three (3) days after a decision. The complainant or defendant shall have no right to bring the case to Full Committee if the Arbitrators agree on a decision. If the Arbitrators agree on a decision, that decision shall be final. If the Arbitrators do not decide the case within ten (10) business days, either the complainant or defendant may bring the case to the Full Committee. The Full Committee shall hear and decide the case within twenty (20) days of the date the Arbitrators cannot agree on the case and is brought to the Full Committee. If the complaint and/or dispute is not resolved within the time limited by the Full Committee, then either the complainant or defendant may request final arbitration by a neutral third party Arbitrator from the American Arbitration Association of New York City. If the Association and Union do not agree then the American Arbitration Association of New York City shall designate the neutral third party Arbitrator. The Arbitrator shall immediately hold hearings and rend the award

with dispatch, the award to be final, binding and conclusive. No Arbitrator designated under this Agreement shall have the right to alter, modify or amend it. All final awards shall be in writing signed by the Arbitrator as representing the agreed award and shall be enforceable in Federal and State Court under the applicable law.

The Arbitrators, whether Executive Committee, Full Committee or other Arbitrators, shall have the authority to award money damages and payments including interest and penalties, impose a special job or shop steward or other remedy or relief. Whenever it is not possible or practical to identify particular Employees who have suffered a financial loss due to an Employer's breach of this Agreement, the parties may agree, or an arbitrator or arbitrators may so order, that any payment due as a result of the Employer's breach to be paid to the Trade Education Fund and/or the Welfare Fund.

**(b)**    The defendant shall be liable for any damages, back pay/ fringes, fines, penalties or other awards only up to a maximum period of two (2) years immediately preceding the filing of the complaint pursuant to Sub-paragraph (a).

### ARTICLE XII
### JOB TARGET AND MARKET RECOVERY PROGRAM

The parties have agreed to form a Joint Committee to target specific jobs. The sole purpose of this program is to secure additional employment opportunities for Local Union No. 1 members and the signatory contractors within this jurisdictional area. The Job Target Committee shall consist of three (3) Union Representatives, who shall meet on a regular basis. A quorum will consist of two (2)

Management Representatives and two (2) Union Representatives. The Committee will review all available information. In an area where a problem exists with the non-signatory competition, there may be adjustments to this Agreement made in order to increase the competitiveness of the signatory contractors. A majority vote of the Committee shall be required for any project adjustments. The decision of the Joint Committee will be sent to all signatory contractors.

Once a plumbing contract has been awarded, the Committee cannot grant adjustments to this Agreement. The Joint Committee may adopt additional rules and regulations for the proper administration of the Committee with the approval of the Joint Negotiating Committee.

## ARTICLE XIII
## INTERPRETATION OF AGREEMENT

The parties hereto agree that this Agreement shall constitute the only prevailing terms and conditions of employment for all Employees covered herein during the period hereinabove specified. The Union agrees that no more favorable terms and conditions shall be granted to any Employer of such Employees.

## ARTICLE XIV
## INSPECTION OF BOOKS AND RECORDS

The Employer agrees to keep his/her labor payrolls, job time books and compensation books available for joint inspection by representatives of the Union, the Association and the Accountant of the Plumbing Industry Board who shall be permitted to examine same to determine if the Employees are receiving wages as provided for in this Agreement, also to check the Fringe Benefits, Compensation and Insurance payments. This does not mean cost and progress records at job or office.  The Employer agrees to provide adequate Workmen's Compensation Insurance, Unemployment Insurance, Social Security, Disability Insurance or any other fund mutually agreed upon by both parties, and any such other insurance required under the statutes or otherwise under the City of New York, United States government, or any other division, Agency or Bureau of any of them.  Each Employer shall provide all such insurance even though two (2) persons or less are in his/her employ, all in accordance with the law of the locality where the work is done.  Further, if court action is commenced to compel such an audit because of failure of the Employer to provide such books and records within twenty (20) days after a request by certified mail, the Employers shall pay to the Board the sum of $5,000 or a greater sum constituting reasonable attorney's fees, for the cost of bringing court action to compel compliance with this provision.  If monies are found to be owed, the Employer shall pay the cost of the audit.

## ARTICLE XV
## JOINT PLUMBING INDUSTRY BOARD

**COMPOSITION OF BOARD:**  There is a Joint Plumbing Industry Board in the jurisdiction of Plumbers Local Union No. 1 which consists of an equal number of Union representatives and bonafide established contractors who employ Journeymen and Helpers within the jurisdiction of Plumbers Local Union No. 1.  The Employer agrees to be bound by the provisions of the Trust Agreements pertaining to Pension, (including the Plumbers and Pipefitters National Pension Fund) Welfare, Additional Securities Benefits, Trade Education, 401(k) Savings Plan and any other established funds and the rules and regulations of such Funds and Trust Agreements pertaining to the Joint Plumbing Industry Board and the rules and regulations thereof and Amendments there to by incorporated minutes.  Where Management Trustees are to be appointed, they shall be appointed by the Association.  Where Labor Trustees are to be appointed, they shall be appointed by the Union.

**BOARD TO RECEIVE FRINGE BENEFITS PAYMENTS:** The Joint Plumbing Industry Board shall continue to receive, beginning with the effective date of this Agreement, from each Employer all Fringe Benefits and Contributions mentioned in this Agreement.  The Joint Plumbing Industry Board shall have the right to proceed directly to collect all fringe benefits and contributions in an action in Federal and State Court without first resorting to any arbitration procedure under this contract. I-remit for the PIB and UA Pension Fund- If and when the UA Pension Fund mandates the electronic submission of funds by the employer, the employer must comply. This requirement will also trigger a requirement that the Employer must electronically submit all benefits administered under the control of the Joint Plumbing Industry board within 30 days of UA requirement.

All fringe benefits are due no later than the twentieth (20th) day of the month following the month in which they were incurred. In the event an Employer is a defendant in a lawsuit commenced by the Joint Plumbing Industry Board for monies owing or fails to establish proper financial responsibility, as determined by the Joint Plumbing Industry Board, in its sole discretion, said Board may require the Employer to pay all fringe and supplemental benefits and contributions weekly thereafter and possibly doubling the bond as aforelisted as the bond requirements.

### ARTICLE XVI
### CONTRACT TERMINATION

### EFFECTIVE DATE – TERMINATION DATE – 120 DAY CONFERENCE PROVISION

This Agreement shall be in full force and effect as of October 1, 2019 and shall remain in force until December 31, 2022. One hundred and twenty (120) days prior to the expiration of this Agreement a conference of all parties hereto shall be held for the purposes of consummating a new Agreement.

The undersigned Employer and individual signatory acknowledges that Plumbers Local Union No. 1 of the United Association of the Plumbing and Pipe Fitting Industry of the United States and Canada claims to represent a majority of the bargaining unit and the Employer acknowledges and agrees, that based upon Local Union No. 1 having presented or offered evidence of majority support, that a majority of its Employees have authorized Plumbers Local Union No. 1 to represent them in collective bargaining and the Employer hereby recognizes Plumbers Local Union No. 1 as the exclusive bargaining representative under section 9(a) of the National Labor Relations Act of all full time and regular part time Plumbers on all present and future job sites within the jurisdiction of Plumbers Local Union No. 1.

Any entity wishing to abrogate this Agreement must notify both the Association and the Union in writing by certified mail a minimum of one hundred and eighty (180) days prior to the expiration date of this Agreement.

### ARTICLE XVII
### UNION SECURITY

**UNION MEMBERSHIP – A CONDITION OF EMPLOYMENT:** All members of the Union employed by the members of the Association and by the Employers who agree to be bound by this Agreement shall remain members in good standing in the Union during the life of the Agreement or any renewal or extension thereof as a condition of employment.  All Employees thereafter employed must become members of the Union within sixty (60) days and remain members in good standing in the Union as a condition of employment for the period or periods mentioned above.  In the event that during the term of this Agreement there is a change in the law which will permit a greater degree of Union security to the Union, such Union security as provided above shall be modified so as to provide the maximum degree of Union security permitted by such change in the law.

*Joint Negotiating Committee Signatories*
*For The*



## ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, INC.

∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞

Robert Greenberg
Lawrence J. Levine
**CO-CHAIRMEN**

Michael Gallagher
Scott Lyons
Andrew Moran
Terence O'Brien
**EXECUTIVE VICE PRESIDENT**

**MECHANICAL EQUIPMENT**

**SERVICE AGREEMENT**

**AND**

*Signatories for*



## PLUMBERS LOCAL UNION NO. 1, UA.

∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞∞

Michael Apuzzo
**CHAIRMAN**

Freddy Delligatti
Richard Garner
Richard Gilligan
Carl Johnson
Paul O'Connor

**COLLECTIVE BARGAINING AGREEMENT**
**EFFECTIVE OCTOBER 1, 2019**

**PLUMBERS AND GASFITTERS LOCAL UNION NO. 1**
**OF THE**
**UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING**
**AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA**
**NEW YORK CITY**

**INDEPENDENT MECHANICAL EQUIPMENT AND SERVICE DIVISION**
**COLLECTIVE BARGAINING AGREEMENT**

The undersigned Plumbing contractor and individual signatory agree to be bound by all provisions of the Collective Bargaining Agreement between Local Union No. 1 of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada and the Association of Contracting Plumbers of the City of New York and any amendments renewals and extensions that may hereafter be made by the parties to the Agreement. The undersigned individual signatory acknowledges that he/she has received a complete copy of the Collective Bargaining Agreement, effective October 1, 2019 and has read it in its entirety. The undersigned Employer and individual signatory acknowledges that Local Union No. 1 of the United Association of the Plumbing and Pipe Fitting Industry of the United States and Canada claims to represent a majority of the bargaining unit, and the Employer acknowledges and agrees, that based upon Local Union No. 1 having presented or offered evidence of majority support, that a majority of its Employees have authorized Local Union No. 1 to represent them in collective bargaining, and the Employer hereby recognizes Local Union No. 1 as the exclusive bargaining representative of all full time and regular part time Plumbers on all present and future job sites within the jurisdiction of Local Union No. 1. The undersigned Plumbing Contractor and individual signatory agree to be bound to all agreements, declarations of trust, amendments and regulations thereto, referenced in the Collective Bargaining Agreement. All contributions shall be remitted as set forth under the Collective Bargaining Agreement and declarations of trust amendments and regulations thereto, referenced in the Collective Bargaining Agreement. The undersigned agrees to be bound by any amendments to the Collective Bargaining Agreement and all adopted by the aforesaid Association and aforesaid Local Union or their designated trustees. The undersigned Plumbing Contractor and individual signatory agree that the Collective Bargaining Agreement to which they shall be bound shall continue in effect until and including December 31, 2022 and during each year thereafter unless on or before the thirtieth (30th) day of June 2022 or on or before the thirtieth (30th) day of June of any year thereafter, written notice of termination or proposed changes shall have been served by either party on the other party via certified or registered mail.

**Employer (Individual/Firm Corporate)**
PLEASE PRINT CLEARLY

Business Name:_____Address_____
Telephone:_____Fax:_____Email:_____
Name of Government Agency Issuing Plumber's License:_____
License#:_____Employer Identification#:_____
Name/Title of Person Signing:_____Signature:_____
Date of Signing:_____

**Plumbers Local Union No. 1**

Name/Title of Person Signing:_____Signature:_____
Date of Signing:_____

**50-02 FIFTH STREET, LONG ISLAND CITY, NEW YORK 11101**
**PHONE (718) 738-7500*FAX (718) 835-0896**

32

**PENSION TRUST AGREEMENT**

**UNITED ASSOCIATION PENSION PLAN –** Employers agree to make contributions to the Plumbers and Pipefitters National Pension Fund in accordance with the Standard Form of Participation Agreement as on file at the Joint Plumbing Industry Board and made as part of this Agreement

**PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND**
**Revised Standard Form of Participation Agreement**

The undersigned Employer and Union agree that the Employer shall make pension contributions to the National Pension Fund in accordance with the terms of this Agreement on behalf of those Employees who are covered by the National Pension Fund pursuant to the Collective Bargaining Agreement.

1 a)    Commencing with the first day of_____, 20___, and for the duration of the current Collective Bargaining Agreement between the parties, any renewals or extensions thereof, the Employer agrees to make payments to the Plumbers and Pipefitters National Pension Fund for each Employee who is in each classification listed below in accordance with the Collective Bargaining Agreement as follows:

| Classification | Amount | Effective Date |
|---|---|---|
| Journeyman | ___per hour | _____ |
| Helper | ___per hour | _____ |
| Other (specify) | ___per hour | _____ |

Any classification of Employees who are excluded from the Plan pursuant to good faith bargaining and for whom contributions are not required shall not participate in the Plan. Persons in such excluded classifications shall not be considered "Employees" for purposes of the Plan and this Standard Form of Participation Agreement.

The Employer shall make the contributions set out in subparagraph 1(a) for each hour or portion thereof, for which an Employee is paid or entitled to payment for

33

performance of duties for the Employer. (Each overtime hour shall be counted as one regular hour for which contributions are payable

• Contributions set out in subparagraph 1(a) above shall be paid starting with the Employee's first day of employment in a job classification covered by the Collective Bargaining Agreement.

• The Employer shall continue contributions to the Fund for any compensated Employees who were previously covered by the Fund as members of the bargaining unit and who are continuing to perform work of the type covered by the Collective Bargaining Agreement for at least half of their hours with the Employer. It is understood that the Employer may not make contributions on behalf of an Employee who owns, or whose spouse owns, 10% or more of the corporation unless it signs and abides by a Participation Agreement covering such owner Employees. It is also agreed that the Employer shall not make contributions to the Fund on behalf of any employees other than those specified herein.

**2.** The payments to the Pension Fund required above shall be made to the "Plumbers and Pipefitters National Pension Fund" which was established under an Agreement and Declaration of Trust, dated July 23, 1968 and restated December 13, 1978. The Employer, by signing this Standard Form of Participation Agreement, or by signing a Collective Bargaining Agreement providing for participation in the Plumbers and Pipefitters National Pension Fund, agrees to be bound by all of the terms and conditions of the Restated Agreement and Declaration of Trust. Any Employer so adopting the Restated Agreement and Declaration of Trust thereby ratifies, accepts and designates as its representatives the Employer Trustees then serving as such and authorizes said Employer Trustees to designate additional Employer Trustees and successor Employer Trustees in accordance with the terms and conditions thereof, and authorizes the Trustees to adopt amendments to the Restated Agreement and Declaration of Trust. The Employer hereby acknowledges receipt of a copy of the Restated Agreement and Declaration of Trust in effect when this Agreement is signed.

**3.** It is agreed that the Pension Plan adopted by the Trustees of the said Pension Fund shall at all times conform with the requirements of the Internal Revenue code so as to enable the Employer at all times to treat contributions to the Pension Fund as a deduction for income tax purposes.

**4.** It is agreed that all contributions shall be made at such time and in such manner as the Trustees require, and the Trustees shall have the authority to retain an

accountant or accounting firm to perform payroll audits of the Employer to determine whether the correct amount of contributions have been made or to determine whether contributions have been made on behalf of all Employees covered by the Plan.

If an Employer fails to make contributions to the Pension Fund within twenty (20) days of the end of the month during which the work was performed, the Union shall have the right to take whatever steps are necessary to secure compliance, any provision of the Collective Bargaining Agreement to the contrary notwithstanding, and the Employer shall be liable for all costs and expenses for collecting the payments due, together with attorneys' fees, interest on the unpaid contributions of 11% per annum and liquidated damages of 10% of the unpaid contributions. The Employer's liability for payment hereunder shall not be subject to the grievance or arbitration procedure or the "no-strike" clause provided under the Collective Bargaining Agreement.

**6.** The parties agree that this Participation Agreement shall be considered a part of the Collective Bargaining Agreement between the undersigned parties.

**7.** The expiration date of the present Collective Bargaining Agreement between the undersigned parties is _____, 20_____. Copies of the Collective Bargaining Agreements and all renewal or extension agreements will be furnished promptly to the Pension Fund office and, if not consistent with this Participation Agreement, can be used by the Trustees as the basis for termination of participation of the Employer.

**For Local Union No. ___, United Association**

**by**_____
               **(Authorized Union Officer)**

             **For the Employer\***

**(Insert Name of Employer)**

**Address:**_____

**by**_____
          **(Authorized Officer of Employer)**

**Date**_____, 20_____.

**\*If Employer Association, attach a list of the names and addresses represented by Association.**

MECHANICAL SERVICE AND EQUIPMENT AGREEMENT