# Abigail Frankel

| | |
|---|---|
| **From:** | Adrianna Grancio |
| **Sent:** | Tuesday, March 18, 2025 3:15 PM |
| **To:** | Abigail Frankel |
| **Subject:** | FW: Trs. Plumbers Local Union No. 1 Benefit Funds v. Spray in Place Solutions 24 CV 2568 - Discovery Dispute Letter |
| **Importance:** | High |

**Adrianna R. Grancio**
Partner
Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York 10004
agrancio@vandallp.com
**T:** 212 943 9080 | **F:** 212 943 9082
**Direct:** 917 677 2757



This e-mail (including any attachments) may be a privileged attorney-client communication and/or may contain privileged and confidential information intended only for the use of the individual(s) named above. If you are not an intended recipient of this e-mail, or the employee or agent responsible for delivering this to an intended recipient, you are hereby notified that any dissemination or copying of this e-mail or disclosure of the information contained in this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (212) 943-9080 or by e-mail reply.

**From:** Adrianna Grancio
**Sent:** Thursday, March 13, 2025 3:30 PM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Subject:** Trs. Plumbers Local Union No. 1 Benefit Funds v. Spray in Place Solutions 24 CV 2568 - Discovery Dispute Letter
**Importance:** High

Hi Emanuel,

I've prepared a joint letter concerning Plaintiffs' discovery dispute with SIPS. Per Judge Kuo's rules, the letter is not to exceed three pages and must state the position of both parties. Please provide SIPS's position. If I do not receive a response by tomorrow, 3/14 at 4:30 p.m., I will file the letter on behalf of Plaintiffs' only.

**Adrianna R. Grancio**
Partner
Virginia & Ambinder, LLP
40 Broad Street, 7th Floor

New York, New York 10004
[agrancio@vandallp.com](mailto:agrancio@vandallp.com)
**T:** 212 943 9080 | **F:** 212 943 9082
**Direct:** 917 677 2757



This e-mail (including any attachments) may be a privileged attorney-client communication and/or may contain privileged and confidential information intended only for the use of the individual(s) named above. If you are not an intended recipient of this e-mail, or the employee or agent responsible for delivering this to an intended recipient, you are hereby notified that any dissemination or copying of this e-mail or disclosure of the information contained in this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (212) 943-9080 or by e-mail reply.