UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, and 401(K) SAVINGS PLAN,

Plaintiffs,

-against-

SPRAY IN PLACE SOLUTIONS, LLC and ATLANTIC SPECIALTY INSURANCE COMPANY

Defendants.

---

24cv2568 (KAM/PK)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE, that the undersigned hereby appears in the above-entitled action on behalf of the Plaintiffs, Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, 401(K) Savings Plan, and demand that any and all papers in this action be served upon the undersigned, addressed as follows:

> O'Donoghue & O'Donoghue LLP
> Attn: Diana Cohn
> 5301 Wisconsin Ave. N.W. Suite 800
> Washington, D.C. 20015
> Tel:    (202) 362-0041
> Email: dcohn@odonoghuelaw.com

Dated: Washington, D.C.
June 27, 2025

By:    _____/s/_____

Diana R. Cohn (NY Bar No. 6141097)
O'DONOGHUE & O'DONOGHUE LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, D.C. 20015
(202) 362-0041
dcohn@odonoghuelaw.com