UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, AND 401(K) SAVINGS PLAN,<br><br>                                                   Plaintiffs,<br><br>-against-<br><br><br><br>SPRAY IN PLACE SOLUTIONS, LLC and ATLANTIC SPECIALTY INSURANCE COMPANY,<br>                                                   Defendants. | 24 CV 2568 (KAM) (PK)<br><br><br><br>**NOTICE OF MOTION** |

TO THE CLERK OF THE COURT and COUNSELORS:

PLEASE TAKE NOTICE, that upon the annexed declaration of Adrianna R. Grancio, Esq., dated June 30, 2025, and the exhibit annexed thereto; and the annexed Memorandum of Law, and upon all pleadings and proceedings heretofore had herein, counsel for Plaintiffs Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(k) Savings Plan, will move this Court before the Honorable Peggy Kuo at the United States Courthouse, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order granting Virginia & Ambinder, LLP's motion to withdraw as counsel of record for Plaintiffs and for such other and further relief as the Court deems proper and just.

Dated: New York, New York
         June 30, 2025

1

2

                Respectfully submitted,

                **VIRGINIA & AMBINDER, LLP**

By:       */s/ Adrianna R. Grancio*
                Adrianna R. Grancio, Esq.
                40 Broad Street, 7th Floor
                New York, New York 10004
                (212) 943-9080
                agrancio@vandallp.com
                *Attorneys for Plaintiffs*