UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, 401(K) SAVINGS PLAN,<br><br>Plaintiffs,<br><br>-against-<br><br>SPRAY IN PLACE SOLUTIONS, LLC and ATLANTIC SPECIALTY INSURANCE COMPANY<br><br>Defendants. | 24 CV 2568 (KAM) (PK)<br><br>**STIPULATION OF SUBSTITUTION OF COUNSEL** |

**IT IS HEREBY STIPULATED AND CONSENTED TO** that O'Donoghue & O'Donoghue, LLP, with its office located at 5301 Wisconsin Avenue, N.W., Suite 800, Washington, D.C. 20015, be substituted as attorneys of record for the Plaintiffs Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(k) Savings Plan, in the above entitled action in place and instead of Virginia & Ambinder, LLP.

Dated: June 27, 2025

**VIRGINIA & AMBINDER, LLP**

By: *[signature]*
Adrianna R. Grancio, Esq.
40 Broad Street, 7th Fl.
New York, NY 10004
(212) 943-9080
agrancio@vandallp.com

**O'DONOGHUE & O'DONOGHUE, LLP**

By: *Diana Cohn*
Diana Cohn, Esq.
5301 Wisconsin Avenue, N.W.
Suite 800
Washington D.C., 20015
(202) 362-0041
dcohn@odonoghuelaw.com

1

TRUSTEES OF THE PLUMBERS LOCAL
UNION NO. 1 WELFARE FUND, TRADE EDUCATION
FUND, AND 401(k) SAVINGS PLAN

By: _____/s/ Paul O'Connor_____
Paul O'Connor
Co-Chairman

By: _____/s/ Marie Cardoza_____
Marie Cardoza
Co-Chairman


**SO ORDERED:**

_____
**Peggy Kuo, U.S.M.J.**