**Adrianna Grancio**



**From:** Diana Cohn
**Sent:** Monday, June 30, 2025 12:03 PM
**To:** 'Adrianna Grancio' <agrancio@vandallp.com>
**Cc:** Rebecca Richardson <RRichardson@odonoghuelaw.com>; Hannah Uricchio <huricchio@odonoghuelaw.com>;

Charles Virginia <cvirginia@vandallp.com>
**Subject:** RE: Motions to Withdraw

Hi Adrianna,
We don't intend to move any deadlines in the cases you noted below.

---

**From:** Adrianna Grancio <agrancio@vandallp.com>
**Sent:** Monday, June 30, 2025 8:34 AM
**To:** Diana Cohn <dcohn@odonoghuelaw.com>
**Cc:** Rebecca Richardson <rrichardson@odonoghuelaw.com>; Hannah Uricchio <huricchio@odonoghuelaw.com>; Charles Virginia <cvirginia@vandallp.com>
**Subject:** Motions to Withdraw

Hi Diana,

Therefore, please let me know if you intend to seek modification in any of the below matters

- 
- 
- Spray in Place 24 CV 2568
- 
- 
- 

**Adrianna R. Grancio**
Partner
Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York 10004
agrancio@vandallp.com
**T:** 212 943 9080 | **F:** 212 943 9082
**Direct:** 917 677 2757



This e-mail (including any attachments) may be a privileged attorney-client communication and/or may contain privileged and confidential information intended only for the use of the individual(s) named above. If you are not an intended recipient of this e-mail, or the employee or agent responsible for delivering this to an intended recipient, you are hereby notified that any dissemination or copying of this e-mail or