## Adrianna Grancio

| | |
|---|---|
| **From:** | Emanuel Kataev <emanuel@sagelegal.nyc> |
| **Sent:** | Saturday, June 21, 2025 7:27 AM |
| **To:** | Adrianna Grancio |
| **Cc:** | Diana Cohn; Rebecca Richardson; Hannah Uricchio |
| **Subject:** | Re: Plumbers v. Spray in Place 24 CV 2568 - Notice of Impending Withdrawal |

No objection.

Emanuel Kataev, Esq.
Sage Legal LLC
Sent from my iPhone

---

**From:** Adrianna Grancio <agrancio@vandallp.com>
**Sent:** Saturday, June 21, 2025 6:43:58 AM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Diana Cohn <dcohn@odonoghuelaw.com>; Rebecca Richardson <rrichardson@odonoghuelaw.com>; Hannah Uricchio <huricchio@odonoghuelaw.com>
**Subject:** Plumbers v. Spray in Place 24 CV 2568 - Notice of Impending Withdrawal

> **Caution:** This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe

Hi Emanuel,

I am writing to let you know that V&A is transitioning out as counsel for the Plaintiffs in this matter. The firm of O'Donoghue & O'Donoghue will be taking over. I have copied new counsel on this email. I anticipate filing a motion to withdraw on June 30, 2025. Pursuant to Judge Kuo's individual rules, please let me know if you have any objection to this motion as I must indicate the same in my motion to withdraw.

**Adrianna R. Grancio**
Partner
Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York 10004
agrancio@vandallp.com
**T:** 212 943 9080 | **F:** 212 943 9082
**Direct:** 917 677 2757



This e-mail (including any attachments) may be a privileged attorney-client communication and/or may contain privileged and confidential information intended only for the use of the individual(s) named above. If you are not an intended recipient of this e-mail, or the employee or agent responsible for delivering this to an intended recipient, you are hereby notified that any dissemination or copying of this e-mail or disclosure of the information contained in this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (212) 943-9080 or by e-mail reply.