UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, 401(K) SAVINGS PLAN,<br><br>Plaintiffs,<br><br>-against-<br><br>SPRAY IN PLACE SOLUTIONS, LLC and ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | 24 CV 2568 (KAM) (PK) |

## CERTIFICATE OF SERVICE

This is to certify that, on Tuesday, July 1, 2025, I have caused to be served via first class and electronic mail the Notice of Virginia & Ambinder, LLP's ("V&A's") Motion to Withdraw as Counsel for Plaintiffs (Dkt. No. 26), Declaration of Adrianna R. Grancio, Esq. in Support of V&A's Motion to Withdraw with Exhibits A through C (Dkt. No. 27), and Memorandum of Law in Support of V&A's Motion to Withdraw (Dkt. No. 28), upon Plaintiffs, Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(k) Savings Plan, as listed below:

Trustees of the Plumbers Local Union No. 1 Welfare Fund,
Trade Education Fund, and 401(k) Savings Plan
c/o Wendy Salvatierra, Administrator
50-02 5th Street, 2nd Floor
Long Island City, New York 11101
wsalvatierra@nypl1f.org

Dated: New York, New York
      July 2, 2025

**VIRGINIA & AMBINDER, LLP**

  */s/ Adrianna R. Grancio*
Adrianna R. Grancio, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080
agrancio@vandallp.com
*Attorneys for Plaintiffs*