# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

July 28, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

   *Re:*  **Trustees v. Spray in Place Solutions LLC,** *et ano.*
       <u>**Case No.: 1:24-cv-2568 (KAM) (PK)**</u>

Dear Judge Kuo:

  This office represents the Defendants in the above referenced case. Defendants to respectfully request an adjournment of the conference scheduled for Tuesday, July 29, 2025 at 11:00 AM.

  Consistent with ¶ III(C) of this Court's Individual Practice Rules, Defendants respectfully submit that: (i) the original date of the conference is set forth above; (ii) the reason for the request is because your undersigned will be engaged in a trial before the Nassau County District Court, First District at 10:30 AM such that your undersigned is unavailable to appear for the telephonic conference; and (iii) the requested adjournment does not affect any other scheduled date or deadline. Plaintiff consents to this request and the parties are working to resolve the discovery dispute raised.

  Defendants thank this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
    July 28, 2025         Respectfully submitted,

                     **SAGE LEGAL LLC**
                     <u>*/s/ Emanuel Kataev, Esq.*</u>
                     Emanuel Kataev, Esq.
                     18211 Jamaica Avenue
                     Jamaica, NY 11423-2327
                     (718) 412-2421 (office)
                     (917) 807-7819 (cellular)
                     (718) 489-4155 (facsimile)
                     emanuel@sagelegal.nyc

                     *Attorneys for Defendants*

**VIA ECF**
All counsel of record