| | |
|---|---|
| **From:** | Diana Cohn |
| **To:** | Emanuel Kataev |
| **Cc:** | Hannah Uricchio |
| **Subject:** | RE: Activity in Case 1:24-cv-02568-KAM-PK Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(k) Savings Plan v. Spray In Place Solutions, LLC et al Order on Motion to Adjourn Conference |
| **Date:** | Wednesday, July 30, 2025 4:49:48 PM |
| **Attachments:** | image001.png |
| **Importance:** | High |

Emanuel:

Following up on this. Please reply by **4PM tomorrow** with your availability for a rescheduled conference call with the judge. I am available on the dates highlighted below.

Diana R. Cohn *(she/her)*

**O'DONOGHUE & O'DONOGHUE** LLP

5301 Wisconsin Ave., N.W.

Suite 800

Washington, D.C. 20015

202-362-0041 (phone)

202-274-2449 (direct)

202-362-2640 (fax)

Confidentiality Notice: This e-mail may contain information that is confidential and privileged. It is for the sole use of the person(s) named by the sender and the sender's intended recipient(s). If you are not the intended recipient, you have received this correspondence in error. Accordingly, you have no authority, right, or proper permission to read, print, retain, copy or otherwise disseminate this correspondence, attachments thereto, or any information contained in the correspondence in any form.

Any unauthorized receipt of this correspondence, attachments to same, or information derived from this correspondence should notify the sender immediately by reply email and then deleting the correspondence from all sources.

**From:** Diana Cohn
**Sent:** Monday, July 28, 2025 3:58 PM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Hannah Uricchio <huricchio@odonoghuelaw.com>
**Subject:** FW: Activity in Case 1:24-cv-02568-KAM-PK Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(k) Savings Plan v. Spray In Place Solutions, LLC et al Order on Motion to Adjourn Conference

Emanuel:

I am available for a conference call with the judge on: August 6, 8, 11, 14, 18, 19. Please advise if any

of those dates do not work for you. Again, if you will provide the documents from Spray in Place and have your client submit to an audit for the agreed-upon period, we can get this resolved without further court intervention.

Diana R. Cohn *(she/her)*

**O'DONOGHUE & O'DONOGHUE LLP**

5301 Wisconsin Ave., N.W.
Suite 800
Washington, D.C. 20015
202-362-0041 (phone)
202-274-2449 (direct)
202-362-2640 (fax)

Confidentiality Notice: This e-mail may contain information that is confidential and privileged. It is for the sole use of the person(s) named by the sender and the sender's intended recipient(s). If you are not the intended recipient, you have received this correspondence in error. Accordingly, you have no authority, right, or proper permission to read, print, retain, copy or otherwise disseminate this correspondence, attachments thereto, or any information contained in the correspondence in any form.

Any unauthorized receipt of this correspondence, attachments to same, or information derived from this correspondence should notify the sender immediately by reply email and then deleting the correspondence from all sources.

---

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Monday, July 28, 2025 3:51 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:24-cv-02568-KAM-PK Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(k) Savings Plan v. Spray In Place Solutions, LLC et al Order on Motion to Adjourn Conference

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

**\*\*\*Additional Security Enhancements Coming Soon\*\*\* For information visit PACER website**

https://pacer.uscourts.gov/announcements/2025/06/27/additional-security-enhancements-coming-soon

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States**

policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 7/28/2025 at 3:50 PM EDT and filed on 7/28/2025

**Case Name:** Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(k) Savings Plan v. Spray In Place Solutions, LLC et al

**Case Number:** 1:24-cv-02568-KAM-PK

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**ORDER: In view of Defendants' [31] Consent Motion to Adjourn Conference, the Court cancels the Pre-Motion Conference scheduled for July 29, 2025, and directs the parties to file a joint letter by August 1, 2025, proposing several dates. Ordered by Magistrate Judge Peggy Kuo on 7/28/2025. (JHY)**

**1:24-cv-02568-KAM-PK Notice has been electronically mailed to:**

Emanuel Kataev   emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, ekesq2014@recap.email

Diana Cohn   dcohn@odonoghuelaw.com

**1:24-cv-02568-KAM-PK Notice will not be electronically mailed to:**