UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, AND 401(K) SAVINGS PLAN,<br><br>                                             Plaintiffs,<br><br>                    -against-<br><br>SPRAY IN PLACE SOLUTIONS, LLC and ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>                                             Defendants. | 24 CV 2568 (KAM)(PK)<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u>** |

TO:    Emanuel Kataev
       Sage Legal LLC
       18211 Jamaica Avenue
       Jamaica, NY 114232327
       718-412-2421
       Email: emanuel@sagelegal.nyc

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion

and the Certificate(s) of Good Standing annexed thereto, I, Hannah Leah Uricchio, will move

this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York for an order allowing the admission of

movant, a member of the firm of O'Donoghue & O'Donoghue LLP and a member in good

standing of the bar(s) of the State of Maryland, as attorney *pro hac vice* to argue or try this

case in whole or in part as counsel for the Plaintiffs, Trustees of the Plumbers Local Union No.

1 Welfare Fund, Trade Education Fund, and 401(k) Savings Plan. There are no pending

disciplinary proceedings against me in any state or federal court.

                                             Respectfully submitted,

Dated: August 11, 2025

                                             Hannah L. Uricchio
                                             O'Donoghue & O'Donoghue LLP
                                             5301 Wisconsin Avenue, NW
                                             Suite 800
                                             Washington, DC 20015
                                             huricchio@odonoghuelaw.com
                                             (202) 274-2483