UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------
TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, et al.    **Plaintiff(s),**

v.

SPRAY IN PLACE SOLUTIONS, LLC and ATLANTIC SPECIALTY INSURANCE COMPANY    **Defendant(s).**
--------------------------------------------------------

1:24-cv-02568-KAM-PK

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

I, Hannah L. Uricchio, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of O'Donoghue & O'Donoghue LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Maryland.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 1612130316
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:24-cv-02568-KAM-PK for Trustees of the Plumbers Local Union No. 1 Welfare Fund, et al.

Date August 11, 2025

Signature of Movant
Firm Name O'Donoghue & O'Donoghue LLP
Address 5301 Wisconsin Avenue, NW
Suite 800
Washington, DC 20015
Email huricchio@odonoghuelaw.com
Phone (202) 274-2483

**NOTARIZED**

State of Columbia
Signed and sworn to (or affirmed) before me on
August 11 2025 by Hannah L. Uricchio
[Notary signature]
Notary Public
10/14/2025