

5301 Wisconsin Avenue, NW
Suite 800
Washington, DC 20015
T: 202-362-0041
F: 202-362-2640
www.odonoghuelaw.com

August 11, 2025

**VIA ELECTRONIC FILING**
Honorable Peggy Kuo U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   **Re:** ***Trustees of the Plumbers Local Union No. 1 Welfare Fund,***
   ***et al. v. Spray in Place Solutions, LLC, et al.*** **24 CV 2568 (KAM) (PK)**
   **Letter Clarifying Plaintiffs' Counsel at Pre-Motion Discovery Conference**

Dear Judge Kuo:

  This firm represents Plaintiffs in the above-captioned action. Plaintiffs appreciate the Court's time at the pre-motion conference held on August 8, 2025. Plaintiffs wanted to clarify counsel's attendance at the conference, as the Court's Order dated August 8, 2025 directed Adrianna Grancio to update her contact information on CM/ECF. Ms. Grancio was not in attendance at the conference. Ms. Cohn was joined by her colleague, Hannah Uricchio, who has updated her CM/ECF contact information reflecting her affiliation with O'Donoghue & O'Donoghue LLP and has filed a Motion and supporting documents to admit counsel Pro Hac Vice with this Court. The Plaintiffs apologize for any confusion and appreciate the Court's attention to this matter.

         Respectfully submitted,

         */s/ Diana R. Cohn*
         Diana R. Cohn
         *Counsel for the Plaintiffs*