UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, AND 401(K) SAVINGS PLAN,<br><br>Plaintiffs,<br><br>-against-<br><br>SPRAY IN PLACE SOLUTIONS, LLC and ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | 24 CV 2568 (KAM)(PK)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-entitled action on behalf of the Plaintiffs, Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(K) Savings Plan, and demands that any and all papers in this action be served upon the undersigned, addressed as follows:

> O'Donoghue & O'Donoghue LLP
> Attn: Hannah L. Uricchio
> 5301 Wisconsin Avenue, N.W. Suite 800
> Washington, DC 20015
> Tel: (202) 274-2483
> Email: huricchio@odonoghuelaw.com

Respectfully submitted,

Dated: Washington, D.C.
August 14, 2025

/s/
Hannah L. Uricchio
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, DC 20015
(202) 274-2483
huricchio@odonoghuelaw.com