UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, and 401(K) SAVINGS PLAN,<br><br>                              Plaintiffs,<br><br>-against-<br><br>SPRAY IN PLACE SOLUTIONS, LLC and ATLANTIC SPECIALTY INSURANCE COMPANY<br><br>                              Defendants. | 24cv2568 (KAM/PK)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT:

      PLEASE TAKE NOTICE, that the undersigned hereby appears in the above-entitled action on behalf of the Plaintiffs, Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, 401(K) Savings Plan, and demand that any and all papers in this action be served upon the undersigned, addressed as follows:

                      O'Donoghue & O'Donoghue LLP
                      Attn: Rebecca W. Richardson
                      5301 Wisconsin Ave. N.W. Suite 800
                      Washington, D.C. 20015
                      Telephone:   (202) 362-0041
                      Email: rrichardson@odonoghuelaw.com

Dated: Washington, D.C.
September 5, 2025

                                                By:     /s/
                                                         Rebecca W. Richardson
                                                        (NY Bar No. 5050612)
                                                        O'DONOGHUE & O'DONOGHUE LLP
                                                         5301 Wisconsin Avenue, NW, Suite 800
                                                         Washington, D.C. 20015
                                                         (202) 362-0041
                                                         rrichardson@odonoghuelaw.com