Case Name: Funds v. Spray in Place Solutions, LLC, et ano.   Case Number: 1:24 CV - 2568 ( KAM ) (PK)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | ✓ | | |
| 2. Rule 26(a)(1) disclosures exchanged | | | 11/3/2025 |
| 3. Requested: | | | |
|    a. Medical records authorization | | ✗ | |
|    b. Section 160.50 releases for arrest records | | ✗ | |
|    c. Identification of John Doe/Jane Doe defendants | | ✗ | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | ✗ | |
| 5. Confidentiality Order to be submitted for court approval (see Standing Confidentiality Order on the Chambers website) | | ✗ | |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | | 11/3/2025 |
| 2. Defendant to make settlement offer | | | 11/14/2025 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | | Ds willing; Ps confirming |
| 4. Settlement Conference (proposed date) | | | failing mediation |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | | 11/30/2025 |
| 2. Initial documents requests and interrogatories | | | 11/30/2025 |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | 3/2/2026 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 3/6/2026 |

Rev. 11-03-20

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| 5. Expert discovery (only if needed) | | | *Check here if not applicable* ☒ | |
| Plaintiff expert proposed field(s) of expertise: | N/A | | | |
| Defendant expert proposed field(s) of expertise: | N/A | | | |
| a. Affirmative expert reports due | | | ✗ | |
| b. Rebuttal expert reports due | | | ✗ | |
| c. Depositions of experts to be completed | | | ✗ | |
| 6. Completion of ALL DISCOVERY (if different from C.3) | | | ✗ | |
| 7. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | ✗ | |
| 8. If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | | 3/31/2026 |
| 9. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | | 3/31/2026 |

## D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes ☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes ☒ No |

## E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | ✗ | |
| a. Response due | | ✗ | |
| b. Reply due | | ✗ | |
| 2. Motion for Rule 23 class certification | | ✗ | |
| a. Response due | | ✗ | |
| b. Reply due | | ✗ | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____     _____
**PEGGY KUO**                                           **Date**
United States Magistrate Judge

Rev. 11-03-20