# Sage Legal LLC

18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc

October 17, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Judge Peggy Kuo, U.S.M.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

      *Re*:    <u>Trustees v. Spray in Place Solutions LLC, *et ano*.</u>
              <u>Case No.: 1:24-cv-2568 (KAM) (PK)</u>

Dear Judge Kuo:

    This firm represents the Defendants in this case. Defendants timely write to respectfully request an adjournment of the telephonic status conference slated to take place on Tuesday, October 21, 2025 at 10:30 AM.

    Pursuant to § III(C) of this Court's Individual Practice Rules, Defendants respectfully submit that: (i) the original date of the conference is set forth above and there have been no previous requests to adjourn this conference; (ii) the reason for the request is because your undersigned has another appearance scheduled at this date and time, namely, a Second Circuit CAMP conference; (iii) Plaintiffs consent; and (iv) Defendants do not believe that the requested adjournment will affect any other scheduled dates.

    Defendants respectfully submit that, based on the foregoing, there exists good cause for an adjournment. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A). Defendants thank this honorable Court for its time, attention, and anticipated courtesies in this case.

Dated:     Jamaica, New York
           October 17, 2025                                      Respectfully submitted,

                                                                        **SAGE LEGAL LLC**
                                                                        <u>*/s/ Emanuel Kataev, Esq.*</u>
                                                                        Emanuel Kataev, Esq.
                                                                        18211 Jamaica Avenue
                                                                        Jamaica, NY 11423-2327
                                                                        (718) 412-2421 (office)
                                                                        (917) 807-7819 (cellular)
                                                                        (718) 489-4155 (facsimile)
                                                                        emanuel@sagelegal.nyc

                                                                        *Attorneys for Defendants*

**VIA ECF**
All counsel of record