Case Name: Funds v. Spray in Place Solutions, LLC, et ano.    Case Number: 1:24 CV - 2568 ( KAM ) (PK)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1.  Rule 26(f) Conference held | ✔ | | |
| 2.  Rule 26(a)(1) disclosures exchanged | | | 11/3/2025 |
| 3.  Requested: | | | |
| a.   Medical records authorization | | ✕ | |
| b.   Section 160.50 releases for arrest records | | ✕ | |
| c.   Identification of John Doe/Jane Doe defendants | | ✕ | |
| 4.  Procedures for producing Electronically Stored Information (ESI) discussed | | ✕ | |
| 5.  Confidentiality Order to be submitted for court approval (see Standing Confidentiality Order on the Chambers website) | | ✕ | |
| **B. SETTLEMENT PLAN** | | | |
| 1.  Plaintiff to make settlement demand | | | 11/14/2025 |
| 2.  Defendant to make settlement offer | | | 11/25/2025 |
| 3.  Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | | Ds willing; Ps confirming |
| 4.  Settlement Conference (proposed date) | | | failing mediation |
| **C. PROPOSED DEADLINES** | | | |
| 1.  Motion to join new parties or amend pleadings | | | 11/30/2025 |
| 2.  Initial documents requests and interrogatories | | | 11/30/2025 |
| 3.  All fact discovery to be completed (including disclosure of medical records) | | | 3/2/2026 |
| 4.  Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 3/6/2026 |

5.  Expert discovery (only if needed)                    *Check here if not applicable* ☑

| Plaintiff expert proposed field(s) of expertise: | N/A |
| Defendant expert proposed field(s) of expertise: | N/A |

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| a. Affirmative expert reports due |  | ✕ |  |
| b. Rebuttal expert reports due |  | ✕ |  |
| c. Depositions of experts to be completed |  | ✕ |  |
| 6. Completion of ALL DISCOVERY (if different from C.3) |  | ✕ |  |
| 7. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated |  | ✕ |  |
| 8. If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion |  |  | 3/31/2026 |
| 9. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) |  |  | 3/31/2026 |

## D.  CONSENT TO MAGISTRATE JUDGE JURISDICTION

| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes ☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes ☒ No |

## E.  COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

|  |  |  |  |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases |  | ✕ |  |
| a. Response due |  | ✕ |  |
| b. Reply due |  | ✕ |  |
| 2. Motion for Rule 23 class certification |  | ✕ |  |
| a. Response due |  | ✕ |  |
| b. Reply due |  | ✕ |  |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

*Peggy Kuo*
**PEGGY KUO**
United States Magistrate Judge

October 29, 2025
**Date**

Rev. 11-03-20