# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

January 23, 2026

**VIA E-MAIL**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

      *Re:*    <u>Trustees v. Spray in Place Solutions LLC, *et ano.*</u>
             <u>Case No.: 1:24-cv-2568 (KAM) (PK)</u>

Dear Judge Kuo:

    This office represents the Defendants in the above-referenced case. Defendants write in accordance with this Court's January 20, 2026 Order to confirm compliance with the aforesaid Order.

    To that end, I am advised by the Defendants' principal that a check was resent today. Further, I sent to Plaintiffs' counsel Defendants' settlement offer today.

    Defendants thank this Court for its time and attention to this case, as well as its extended courtesies in this matter. I apologize to the Court for any inconvenience caused.

Dated:  Jamaica, New York
          January 23, 2026                 Respectfully submitted,

                                             **SAGE LEGAL LLC**

                                             */s/ Emanuel Kataev, Esq.*
                                             Emanuel Kataev, Esq.
                                             18211 Jamaica Avenue
                                             Jamaica, NY 11423-2327
                                             (718) 412-2421 (office)
                                             (917) 807-7819 (cellular)
                                             (718) 489-4155 (facsimile)
                                             emanuel@sagelegal.nyc

                                             *Attorneys for Defendants*
                                             *Spray in Place Solutions, LLC and*
                                             *Atlantic Specialty Insurance Company*

**VIA ECF**
All counsel of record