# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

March 17, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

> *Re:*    **Trustees v. Spray in Place Solutions LLC,** *et ano.*
> **Case No.: 1:24-cv-2568 (KAM) (PK)**

Dear Judge Kuo:

This office represents the Defendants in the above-referenced case. Defendants write jointly with Plaintiffs to respectfully request that this Court so Order the parties' proposed stipulated confidentiality Order. The parties thank this Court for its time and attention to this case.

Dated: Jamaica, New York
        March 17, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

   */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Spray in Place Solutions, LLC and*
*Atlantic Specialty Insurance Company*

**VIA ECF**
O'Donoghue & O'Donoghue LLP
Attn: Rebecca W. Richardson
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
(202) 274-2439 (office)
rrichardson@odonoghuelaw.com

*Attorneys for Plaintiffs*