# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

March 19, 2026

<u>**VIA ECF**</u>
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Judge Peggy Kuo, U.S.M.J.
United States District Court
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

> *Re:*    **Trustees v. Spray in Place Solutions LLC,** *et ano.*
> **Case No.: 1:24-cv-2568 (KAM) (PK)**

Dear Judge Kuo:

This firm represents the Defendants in this case. Defendants write to respectfully request an adjournment of the telephonic status conference slated to take place today, March 19, 2025 at 2:00 PM.

Pursuant to § III(C) of this Court's Individual Practice Rules, Defendants respectfully submit that:

(i) the original date of the conference is set forth above and there have been no previous requests to adjourn this conference;

(ii) the reason for the request is because your undersigned is required to appear for a Second Circuit CAMP conference in the matter of <u>Superb Motors Inc</u>, *et al.* <u>v. Deo</u>, *et al.*; Docket No.: 25-1330;

(iii) Plaintiffs do not object to rescheduling due to your undersigned's conflict, and are available next Monday or Thursday for a rescheduled conference; and

(iv) Defendants do not believe that the requested adjournment will affect any other scheduled dates. The parties are awaiting for this Court to "so Order" their joint proposed confidentiality Order so that Defendants may make their production of documents. Once Defendants make their production, the parties will discuss whether they will jointly move to cancel the telephonic conference altogether.

Defendants respectfully submit that, based on the foregoing, there exists good cause for an adjournment. Defendants thank this honorable Court for its time, attention, and anticipated courtesies in this case.

Dated:     Jamaica, New York
           March 19, 2026                          Respectfully submitted,

                                                   **SAGE LEGAL LLC**

                                                   _/s/ Emanuel Kataev, Esq._
                                                   Emanuel Kataev, Esq.
                                                   18211 Jamaica Avenue
                                                   Jamaica, NY 11423-2327
                                                   (718) 412-2421 (office)
                                                   (917) 807-7819 (cellular)
                                                   (718) 489-4155 (facsimile)
                                                   emanuel@sagelegal.nyc

                                                   _Attorneys for Defendants_

**VIA ECF**
All counsel of record