

5301 Wisconsin Avenue, NW
Suite 800
Washington, DC 20015
T: 202-362-0041
F: 202-362-2640
www.odonoghuelaw.com

April 3, 2026

**VIA ELECTRONIC FILING**

Honorable Peggy Kuo U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re: *Trustees of the Plumbers Local Union No. 1 Welfare Fund,
> et al. v. Spray in Place Solutions, LLC, et al.* 1:24-cv-2568 (KAM) (PK)
> Joint Status Report to the Court**

Dear Judge Kuo:

This firm represents Plaintiffs in the above-referenced matter. We write jointly with the Defendants in accordance with the Court's Order dated March 27, 2026, directing the parties to file a joint status report by April 3, 2026, confirming the date of the non-party deposition and reporting on the progress of discovery.

The parties have mutually agreed to schedule the deposition of one of Defendant Spray in Place Solutions, LLC's ("Spray in Place") employees for Friday, April 10, 2026.  It is Plaintiff's understanding that Defendant has agreed to make the employee available on that date.  Following the telephonic Discovery Conference held on March 26, 2026, the Plaintiffs promptly sent a formal deficiency letter on March 27, 2026, asserting deficiencies with Defendants' discovery responses and requesting the documents. On April 3, 2026, Defendants supplemented their responses with a second production of documents Bates stamped D2586-D3859 and a third production of documents Bates stamped D3860-D3902, maintaining all prior objections asserted. Plaintiffs have not yet received any amended formal responses to their discovery requests. Plaintiffs will review the supplemental production and, in the event any remaining issues or outstanding documents and information exists, will attempt to work with Defendants to address same.

Respectfully submitted,

*/s/ Rebecca W. Richardson*
Rebecca W. Richardson, Esq.
*Counsel for the Plaintiffs*

*/s/ Emanuel Kataev*
Emanuel Kataev, Esq.
*Counsel for the Defendants*