

5301 Wisconsin Avenue, NW
Suite 800
Washington, DC 20015
T: 202-362-0041
F: 202-362-2640
www.odonoghuelaw.com

April 20, 2026

**VIA ELECTRONIC FILING**
Honorable Peggy Kuo U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: *Trustees of the Plumbers Local Union No. 1 Welfare Fund,*
> *et al. v. Spray in Place Solutions, LLC, et al.* **1:24-cv-2568 (KAM) (PK)**
> **Joint Status Report to the Court**

Dear Judge Kuo:

This firm represents Plaintiffs in the above-referenced matter. We write jointly with the Defendants in accordance with the Court's Order dated February 20, 2026, directing the parties to file a joint status report by April 20, 2026, reporting on the progress of discovery.

The parties are pleased to report that the deposition of one of Defendant Spray in Place Solutions, LLC's ("Spray in Place") employees was held on Friday, April 10, 2026, and that the Defendants made an additional document production on the same day. Plaintiffs have not yet received any amended formal responses to their discovery requests. Plaintiffs are reviewing the supplemental productions and, in the event any remaining issues or outstanding documents and information exists, will attempt to work with Defendants to address same.

The parties have been engaging in substantive and meaningful settlement negotiations and there has been improved communication between the parties.

Respectfully submitted,

*/s/ Rebecca W. Richardson*
Rebecca W. Richardson, Esq.
*Counsel for the Plaintiffs*

*/s/ Emanuel Kataev*
Emanuel Kataev, Esq.
*Counsel for the Defendants*