

5301 Wisconsin Avenue, NW
Suite 800
Washington, DC 20015
T: 202-362-0041
F: 202-362-2640
www.odonoghuelaw.com

June 3, 2026

**VIA ELECTRONIC FILING**
Honorable Peggy Kuo U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: *Trustees of the Plumbers Local Union No. 1 Welfare Fund,*
> *et al. v. Spray in Place Solutions, LLC, et al.* **24 CV 2568 (KAM) (PK)**
> **Letter Motion Requesting Clarification Regarding May 27, 2026 Court Order**

Dear Judge Kuo:

This firm represents Plaintiffs in the above-referenced matter. The Parties wrote jointly to the Court on May 26, 2026, respectfully requesting a referral of this matter to mediation before the Eastern District of New York Mediation Panel, holding the Parties' deadlines for completion of discovery and commencing dispositive motion practice in abeyance for sixty (60) days to permit the Parties to focus their time and resources on their settlement efforts.

On May 27, 2026, the Court granted the Parties Request and stayed discovery for 60 days; in an abundance of caution, the Parties are hereby requesting clarification as to the date the Parties must commence dispositive motion practice and whether that date has also been stayed for 60 days or whether it remains June 29, 2026.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

/s/ Rebecca Richardson
Rebecca Richardson, Esq.
*Counsel for the Plaintiffs*


/s/ Emanuel Kataev
Emanuel Kataev, Esq.
*Counsel for Defendants*
