O'DONOGHUE & O'DONOGHUE LLP
EST. 1935

5301 Wisconsin Avenue, NW
Suite 800
Washington, DC 20015
T: 202-362-0041
F: 202-362-2640
www.odonoghuelaw.com

July 24, 2026

**VIA ELECTRONIC FILING**
Honorable Peggy Kuo U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Trustees of the Plumbers Local Union No. 1 Welfare Fund, et al. v. Spray in Place Solutions, LLC, et al.* 1:24-cv-2568 (KAM) (PK)**
**Joint Request for Extension of Deadlines**

Dear Judge Kuo:

This firm represents Plaintiffs in the above-referenced matter. We write jointly with the Defendants to respectfully request that the Court briefly extend the Parties' deadlines for completion of discovery and commencing dispositive motion practice forty-five (45) days so as to permit the Parties to continue to focus their time and resources on their settlement efforts.

Briefly, and by way of background, Plaintiffs commenced this action on April 5, 2024, pursuant to Section 502(a)(3) and 515 of the Employee Retirement Income Security Act, as amended, ("ERISA"), 29 U.S.C. §§ 1132(a)(3), and 1145, Section 301 of the Labor Management Relations Act ("LMRA"), and common-law bond principles to recover delinquent employer contributions, interest, and other supplemental amounts owed to Plaintiffs by Defendant SIPS as contained in an audit covering September 1, 2020 through June 30, 2022 (the "Audit"). *See* ECF Doc. No. 1. Plaintiffs also sought Defendant's compliance with an Expanded Audit covering the period through December 31, 2023. *Id.* The Defendants dispute the Funds' contention that employer contributions were delinquent, and deny that any interest or supplemental amounts are owed. The Defendants also dispute that an expanded audit was required through the end of 2023.

The parties entered into a stipulation on March 25, 2025 that governed compliance with this Expanded Audit, which covered the period ending in December 2022, and required that Defendants pay any undisputed contributions determined to be due. The stipulation was fully satisfied on February 2, 2026. Defendants reported to the Court in October 2025 that because the parties previously focused their efforts on obtaining the discovery necessary to complete an audit pursuant to a stipulation, *see* ECF Docket Entry 23, and that audit is now complete, the parties dispute now centers on whether the auditors' findings are appropriate, necessitating a separate phase of discovery. A new civil case management plan and scheduling order went into effect on October 14, 2025. *See* ECF Docket Entry 40. The Parties have engaged in extensive discovery and had one additional deposition scheduled for May 28, 2026 before discovery closed on June 1, 2026, which the Parties postponed to avoid potentially unnecessary costs.

Notwithstanding the Parties' diligent discovery efforts, including the voluminous and extensive nature of information and documentation exchanged thus far, given the Parties' continued substantive settlement efforts, the Parties believe mediation would be helpful in resolving this matter without the need for continued, costly litigation.

Accordingly, on May 26, 2026, the Parties respectfully requested that the Court refer this matter to mediation before the Eastern District of New York Mediation Panel, which the Court granted on May 27, 2026. The Court held the Parties' deadline to complete discovery and commence dispositive motion practice in abeyance for 60 days to allow the Parties to attend mediation and focus their efforts on resolution of this matter. On July 16, 2026, the Parties attended mediation and made substantial progress towards a resolution but were unable to come to greed-upon settlement terms in that session. The Plaintiffs have made an offer of settlement that they are waiting for a response from the Defendants, and the Parties hope to continue working towards resolution of this matter without incurring additional fees and costs in protracted litigation.

The Parties therefore respectfully request the following brief further extension of deadlines: the Parties' deadline to complete discovery be extended from August 1, 2026 to September 15, 2026; the Parties' deadline to commence dispositive motion practice be extended from August 28, 2026 to October 12, 2026. This is the Parties' second request to extend these deadlines; the first request was granted.

We sincerely thank the Court for its time and attention to this matter, and its consideration of the foregoing.

Respectfully submitted,

/s/ *Rebecca W. Richardson*
Rebecca W. Richardson, Esq.
*Counsel for the Plaintiffs*

/s/ *Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
*Counsel for the Defendants*