O'DONOGHUE & O'DONOGHUE LLP
EST. 1935

5301 Wisconsin Avenue, NW
Suite 800
Washington, DC 20015
T: 202-362-0041
F: 202-362-2640
www.odonoghuelaw.com

September 24, 2026

**VIA ELECTRONIC FILING**
Honorable Peggy Kuo U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Trustees of the Plumbers Local Union No. 1 Welfare Fund, et al. v. Spray in Place Solutions, LLC, et al.* 1:24-cv-2568 (KAM) (PK)**
**Parties' Joint Response to Court Order and Joint Request for Extension of Discovery Deadline**

Dear Judge Kuo:

This firm represents Plaintiffs in the above-referenced matter. We write jointly with the Defendants pursuant to the Court's September 21, 2026 Order directing the Parties to propose dates for a settlement conference before Judge Kuo. The Parties propose the following dates in response: November 2 (afternoon), 11, 12, 2026.

Further, the Parties respectfully request to extend the Parties' deadline to complete discovery until after the settlement conference and propose the current deadline of September 29, 2026 be adjourned accordingly. The Parties have continued to be unable to find a mutually agreeable date for the Plaintiffs' 30(b)(6) deposition of the Defendant and given the settlement conference, the Parties would prefer not to incur additional unnecessary costs prior to same. The brief extension will remain narrow and solely for the purpose of conducting the 30(b)(6) deposition of the Defendant. In the event the parties do not reach a settlement at the conference, the parties would like to set a date for the Plaintiffs' 30(b)(6) deposition of the Defendant at the conclusion of that conference.

This is the Parties' fourth request to extend the Parties' deadline to complete discovery. All prior requests were granted. This request is not intended to affect any other deadlines in this case. We sincerely thank the Court for its time and attention to this matter, and its consideration of the foregoing.

Respectfully submitted,
/s/ *Rebecca W. Richardson*
Rebecca W. Richardson, Esq.
*Counsel for the Plaintiff*

/s/ *Emanuel Kataev*
Emanuel Kataev, Esq.
*Counsel for the Defendants*