12458

## PLUMBERS AND GASFITTERS LOCAL UNION NO. 1

OF THE

UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA

NEW YORK CITY

# INDEPENDENT MECHANICAL EQUIPMENT AND SERVICE DIVISION COLLECTIVE BARGAINING AGREEMENT

The undersigned Plumbing Contractor and individual signatory agree to be bound by all provisions of the Collective Bargaining Agreement between Local Union No. 1 of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada and the Association of Contracting Plumbers of the City of New York and any amendments renewals and extensions that may hereafter be made by the parties to the Agreement. The undersigned individual signatory acknowledges that he/she has received a complete copy of the Collective Bargaining Agreement, effective October 1, 2019 and has read it in its entirety. The undersigned Employer and individual signatory acknowledges that Local Union No. 1 of the United Association of the Plumbing and Pipe Fitting Industry of the United States and Canada claims to represent a majority of the bargaining unit, and the Employer acknowledges and agrees, that based upon Local Union No. 1 having presented or offered evidence of majority support, that a majority of its Employees have authorized Local Union No. 1 to represent them in collective bargaining, and the Employer hereby recognizes Local Union No. 1 as the exclusive bargaining representative of all full time and regular part time Plumbers on all present and future job sites within the jurisdiction of Local Union No. 1. The undersigned Plumbing Contractor and individual signatory agree to be bound to all agreements, declarations of trust, amendments and regulations thereto, referenced in the Collective Bargaining Agreement. All contributions shall be remitted as set forth under the Collective Bargaining Agreement and declarations of trust amendments and regulations thereto, referenced in the Collective Bargaining Agreement. The undersigned agrees to be bound by any amendments to the Collective Bargaining Agreement and all amendments and regulations of the aforesaid declaration of trusts and anything supplementary thereto as adopted by the aforesaid Association and aforesaid Local Union or their designated trustees. The undersigned Plumbing Contractor and individual signatory agree that the Collective Bargaining Agreement to which they shall be bound shall continue in effect until and including December 31, 2022 and during each year thereafter unless on or before the thirtieth (30th) day of June 2022, or on or before the thirtieth (30th) day of June of any year thereafter, written notice of termination or proposed changes shall have been served by either party on the other party via certified or registered mail.

**Employer (Individual/Firm Corporate)**

PLEASE PRINT CLEARLY

Business Name: Spray In Place Solutions LLC

Address: 45 Knickerbocker Ave Suite 1

Bohemia NY 11716

Telephone: 631-256-6046

Fax #: 631-857-7852

E-mail Address: nikki@sprayinplace.com

Name of Government Agency Issuing Plumber's License:

License #:

Employer Identification #: 82-0907270

Name/Title of Person Signing: Jeff Ansell

Signature: [signature]

Date of Signing: 11/25/19

**Plumbers Local Union No. 1**

Name/Title of Person Signing: **Michael Apuzzo, Business Manager**

Signature: Michael Apuzzo

Date of Signing: 11/26/2019

PLUMBERS LOCAL UNION #1
NOV 27 2019
TRUSTFUNDS