***This is a replacement of and not in addition to any prior bond executed by Atlantic Specialty Insurance Company for this principal***

RECEIVED
PLUMBERS LOCAL UNION # 1
JUL 28 2020
TRUST FUNDS

Bond Number: 810002719

KNOW ALL MEN BY THESE PRESENTS:

That the undersigned, Spray in Place Solutions LLC (Name of Employer) with its principal place of business at 45 Knickerbocker Ave Suite 1 Bohemia, NY 11716 (Address of Employer), as Principal, and Atlantic Specialty Insurance Company (Name of Surety Company) with its principal place of business at One State Street Plaza, Fl 31 New York, NY 10004 (Address of Surety Company) as Surety are held and firmly bound unto the **PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, PLUMBERS LOCAL UNION NO. 1 TRADE EDUCATION FUND, PLUMBERS LOCAL UNION NO. 1 401(K) RETIREMENT SAVINGS PLAN** and **PLUMBING INDUSTRY PROMOTION FUND,** with their offices at 50-02 5th Street, Long Island City, New York 11101 (hereinafter referred to collectively as the "Fund Office"), the **PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND** with its offices at 103 Oronoco Street, Alexandria, VA 22316 (hereinafter referred to as the "PPNPF" or "National Pension Fund") and the **INTERNATIONAL TRAINING FUND** with its offices at 103 Oronoco Street, Alexandria, VA 22316 (hereinafter referred to as the "ITF") and **PLUMBERS LOCAL UNION NO. 1, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO,** with its offices at 50-02 5th Street, Long Island City, NY 11101 (hereinafter referred to as the "Union"), as Obligees, in the penal sum of Seven Thousand DOLLARS for the obligations and undertakings hereinafter set forth, for the payment of which, well and truly to be made, we hereby jointly and severally bind ourselves, our successors and assigns, and heirs, executors and administrators.

SIGNED, SEALED AND DATED this 1st day of July, 20 20

**WHEREAS,** the Principal and the Union are parties to a collective bargaining agreement and / or participation agreement pursuant to which the Principal is obligated to contribute monies to the Fund Office, PPNPF, and ITF for fringe benefits on behalf of its employees, including but not limited to contributions for health and welfare benefits, trade education benefits, pension benefits and training benefits and, to remit deferred wages of employees to the 401 (k) Plan; and

**WHEREAS,** pursuant to the terms of the aforesaid agreement, the Principal is required to furnish a surety bond guaranteeing the due and timely payment of said amounts; and

**WHEREAS,** the Principal, Surety, and Obligees desire to provide for the obligations of the Principal to pay the fringe benefits and wages provided for in the aforesaid agreement and / or participation agreement and in any written modifications, renewals, extensions or amendments thereof, or successor agreements thereto;

**NOW, THEREFORE,** the conditions of this bond are such that if the said Principal shall well and faithfully pay all monies to the Fund Office, PPNPF, and ITF for fringe benefits on behalf of its employees, including but not limited to contributions for health and welfare benefits, trade education benefits, pension benefits and training benefits, and all interest thereon, and remit all deferred wages of employees to the 401(k) Savings Plan, and all interest thereon, as well as the greater of lost earnings or restoration of profits on late payments of employee contributions to the 401(k) Savings Plan, in accordance with the terms and provisions of the agreement presently in effect between the Principal and the Union, and/or any written modifications, amendments, renewals or extensions thereof, or successor agreements thereto, then this obligation shall not be drawn upon, however, the same guarantee shall remain in full force and effect in the event of any future payment deficiency or delinquency.

This bond is executed upon the following expressed conditions governing the liability of the Surety hereunder:

1. The aggregate liability of the Surety for all or any defaults of the Principal hereunder shall in no event exceed the penalty of this bond.
2. This bond may be canceled by the Surety at any time by giving 90 days' notice, by certified mail return receipt requested, to the Administrator of the Fund Office, 50-02 5th Street, Long Island City, New York 11101, in which event the Surety's liability shall at expiration of said 90 days terminate, except as to such liability of the Principal as may have accrued prior to the expiration of said 90 days.

**Employer:** Spray in Place Solutions LLC
(Name of Employer)

**Address:** 45 Knickerbocker Ave Suite 1

Bohemia, NY 11716

**By:** [signature]
(Signature and Seal)

**Surety:** Atlantic Specialty Insurance Company
(Name of Surety Company)

**Address:** One State Street Plaza, Fl 31 New York, NY 10004

**By:** [signature]
(Signature and Seal) David Gonsalves - Attorney in Fact

ATLANTIC SPECIALTY INSURANCE COMPANY CORPORATE SEAL 1986 NEW YORK

*(To be used if employer is an individual or a member as a partnership)*

STATE OF New York
COUNTY OF Suffolk } ss.:

On the 8 day of July, in the year Two Thousand and twenty before me personally came Jeff Sauseie to me known, and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he executed the same.

Jillian Brooks
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BR6405728
Qualified in Suffolk County
Commission Expires March 16, 2024

(Signature)

*(To be used if employer is a corporation)*

STATE OF ______
COUNTY OF ______ } ss.: ______

On the ______ day of ______, in the year Two Thousand and ______ before me personally came ______ to me known, being by me duly sworn, did depose and say that he resides at ______; that he is the ______ of the corporation described in, and which executed, the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of ______ of said corporation; and that he signed his name thereto by like order.

(Signature)

*(To be used by the Surety)*

STATE OF North Carolina
COUNTY OF Mecklenburg } ss.: ______

On the 1st day of July, in the year Two Thousand and 20 before me personally came David Gonsalves to me known, who, being by me duly sworn, did depose and say that did depose and say that he resides at 11440 Carmel Commons Blvd Ste 207 Charlotte NC 28226; that he is the Attorney in Fac of the corporation described in, and which executed, the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that he signed his name thereto by like order.

ELSPETH J. MURRAY
NOTARY PUBLIC
MECKLENBURG COUNTY
NORTH CAROLINA
MY COMMISSION EXPIRES 12/15/2023

(Signature)

OneBeacon
INSURANCE GROUP

# Power of Attorney

KNOW ALL MEN BY THESE PRESENTS, that ATLANTIC SPECIALTY INSURANCE COMPANY, a New York corporation with its principal office in Plymouth, Minnesota, does hereby constitute and appoint: **David Gonsalves, Sheralyn Barbara Gibson**, each individually if there be more than one named, its true and lawful Attorney-in-Fact, to make, execute, seal and deliver, for and on its behalf as surety, any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof; provided that no bond or undertaking executed under this authority shall exceed in amount the sum of: **sixty million dollars ($60,000,000)** and the execution of such bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof in pursuance of these presents, shall be as binding upon said Company as if they had been fully signed by an authorized officer of the Company and sealed with the Company seal. This Power of Attorney is made and executed by authority of the following resolutions adopted by the Board of Directors of ATLANTIC SPECIALTY INSURANCE COMPANY on the twenty-fifth day of September, 2012:

Resolved: That the President, any Senior Vice President or Vice-President (each an "Authorized Officer") may execute for and in behalf of the Company any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof, and affix the seal of the Company thereto; and that the Authorized Officer may appoint and authorize an Attorney-in-Fact to execute on behalf of the Company any and all such instruments and to affix the Company seal thereto; and that the Authorized Officer may at any time remove any such Attorney-in-Fact and revoke all power and authority given to any such Attorney-in-Fact.

Resolved: That the Attorney-in-Fact may be given full power and authority to execute for and in the name and on behalf of the Company any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof, and any such instrument executed by any such Attorney-in-Fact shall be as binding upon the Company as if signed and sealed by an Authorized Officer and, further, the Attorney-in-Fact is hereby authorized to verify any affidavit required to be attached to bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof.

This power of attorney is signed and sealed by facsimile under the authority of the following Resolution adopted by the Board of Directors of ATLANTIC SPECIALTY INSURANCE COMPANY on the twenty-fifth day of September, 2012:

Resolved: That the signature of an Authorized Officer, the signature of the Secretary or the Assistant Secretary, and the Company seal may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing an Attorney-in-Fact for purposes only of executing and sealing any bond, undertaking, recognizance or other written obligation in the nature thereof, and any such signature and seal where so used, being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.

IN WITNESS WHEREOF, ATLANTIC SPECIALTY INSURANCE COMPANY has caused these presents to be signed by an Authorized Officer and the seal of the Company to be affixed this twenty-ninth day of April, 2019.

ATLANTIC SPECIALTY INSURANCE COMPANY CORPORATE SEAL 1986 NEW YORK

By [signature]

Paul J. Brehm, Senior Vice President

STATE OF MINNESOTA
HENNEPIN COUNTY

On this twenty-ninth day of April, 2019, before me personally came Paul J. Brehm, Senior Vice President of ATLANTIC SPECIALTY INSURANCE COMPANY, to me personally known to be the individual and officer described in and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, that he is the said officer of the Company aforesaid, and that the seal affixed to the preceding instrument is the seal of said Company and that the said seal and the signature as such officer was duly affixed and subscribed to the said instrument by the authority and at the direction of the Company.

MANDALY ANN LAMERE
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2023

[signature]

Notary Public

I, the undersigned, Secretary of ATLANTIC SPECIALTY INSURANCE COMPANY, a New York Corporation, do hereby certify that the foregoing power of attorney is in full force and has not been revoked, and the resolutions set forth above are now in force.

Signed and sealed. Dated 1st day of July, 2020.

ATLANTIC SPECIALTY INSURANCE COMPANY CORPORATE SEAL 1986 NEW YORK

This Power of Attorney expires January 31, 2023

[signature]

Christopher V. Jerry, Secretary