# NOTICE OF CANCELLATION OR NONRENEWAL

**NAME AND ADDRESS OF SURETY**
Atlantic Specialty Insurance Company
150 Royall Street, Suite 100
Canton, MA 02021

**BOND TYPE:**
Continuous

**NAME AND ADDRESS OF OBLIGEE**
Plumbers Local Union No 1
50-02 5TH ST 2ND FLOOR
LONG ISLAND, NY 11101-6164

**BOND NO.:** 810-00-27-19
**DATE OF MAILING:** 01/04/2024

**NAME AND ADDRESS OF PRINCIPAL**
SPRAY IN PLACE SOLUTIONS LLC
45 KNICKERBOCKER AVE STE 1
BOHEMIA, NY 11716-3119

**EFFECTIVE DATE OF NOTICE:** 04/08/2024

**12:01 A.M. STANDARD TIME AT THE ADDRESS OF THE OBLIGEE**

**NAME AND ADDRESS OF PRODUCER:**
THE BOND EXCHANGE INC A WHOLESALE
INSURANCE AGENCY
6701 CARMEL RD STE 250
CHARLOTTE, NC 28226

(800)438-1162

| | **Applicable Item Marked "X"** |
|---|---|
| **Cancellation** | [X] You are hereby notified in accordance with the terms and conditions of the above mentioned bond, that such bond will cease at and from the hour and date listed as Effective Date of Notice above. See the **"Important Notices"** section for other information that may apply. |
| | [ ] You are hereby notified in accordance with the terms and conditions of the above mentioned bond, that such bond will cease at and from the hour and date listed as Effective Date of Notice above for the **reason(s)** stated in the **"Important Notices"** section.. See the **"Important Notices"** section for other information that may apply. |
| **Premium Adjustment** | [ ] Enclosed is $_______________, being the amount of return premium at pro rata rate for the unexpired term of this bond.<br>[ ] A bill for the premium earned to the time of cancellation will be forwarded in due course.<br>[ ] The excess of paid premium, if any, above the pro rata premium for the expired time, (if not tendered) will be refunded upon demand.<br>[ ] Other:_______________ |
| **Nonrenewal** | [ ] You are hereby notified in accordance with the terms and conditions of the above mentioned bond that the above mentioned bond will expire at and from the hour and date listed as Effective Date of Notice above and the bond will NOT be renewed. See the **"Important Notices"** section for other information that may apply. |
| | [ ] You are hereby notified in accordance with the terms and conditions of the above mentioned bond that the above mentioned bond will expire at and from the hour and date listed as Effective Date of Notice above and the bond will NOT be renewed for the **reason(s)** stated in the **"Important Notices"** section. See the **"Important Notices"** section for other information that may apply. |
| **Important Notices** | [X] **Reason(s) for cancellation or nonrenewal** (reason(s) stated only if above marked item indicates such)<br>Your insurance will be cancelled for nonpayment of premium unless we receive the minimum due of $XXXXXXXXX by the effective date of this notice. |

**LEGAL NAME OF OBLIGEE:**
Plumbers Local Union No 1

3 0-00-0000 01/03/2024 CDP CPW

Mary A. Fisk-Bieker

AUTHORIZED REPRESENTATIVE


Copyright 2013, Intact Insurance Group USA LLC

810-00-27-19 -0004
Plumbers Local Union No 1
50-02 5TH ST 2ND FLOOR
LONG ISLAND, NY 11101-6164

Intact Insurance
150 Royall Street, Suite 100
Canton, MA 02021
01/04/2024

POLICY NO.: 810-00-27-19 -0004
DATE: 01/04/2024

810-00-27-19 -0004
Plumbers Local Union No 1
50-02 5TH ST 2ND FLOOR
LONG ISLAND, NY 11101-6164

PHS CDP 01/04/2024

**Atlantic Specialty Insurance Company**

**150 Royall Street, Suite 100**
**Canton, MA 02021**