**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

June 16, 2022

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL**
**& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Plumbers and Gasfitters Local Union No. 1
Attn: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101
mapuzzo@ualocal1.org
ualocal1@ualocal1.org
(718) 835-0896 (facsimile)

***Re:*** **Spray in Place Solutions LLC with Plumbers Local Union No. 1 Termination Notice**

Dear Mr. Apuzzo and to whom else it may concern:

This firm represents Spray in Place Solutions LLC (hereinafter our "Client") with respect to labor and employment law matters. We write on our Client's behalf and pursuant to Independent Mechanical Equipment and Service Division Collective Bargaining Agreement (the "CBA") with Plumbers and Gasfitters Local Union No. 1 (the "Union") – which requires our Client to provide one-hundred-and-eighty (180) days' prior written notice – to terminate the CBA, which by its terms will expire on December 31, 2022.

Although the CBA is an independent agreement, this letter also serves as notice to the Association of Contracting Plumbers of the City of New York, Inc. (the "Association") that it has no authority or consent to negotiate on our Client's behalf now or at any time in the future.

By this letter, timely notice is hereby given to the Association and the Union pursuant to Article XVI of the CBA that the CBA between our Client and the Union will be terminated on December 31, 2022, as this correspondence is sent on or before the thirtieth day of June 2022 (or 180 days prior to the expiration of the CBA) as set forth in the CBA. We request written confirmation of the termination as soon as is practicable and thank you for your anticipated courtesies in advance.

Dated: Lake Success, New York
June 16, 2022

Regards,
**MILMAN LABUDA LAW GROUP PLLC**
/s
Robert F. Milman, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
rob@mllaborlaw.com
emanuel@mllaborlaw.com

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL**
**& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Association of Contracting Plumbers of the City of New York, Inc.
Attn: Robert Greenberg, President
535 8th Avenue, 17th Floor
New York, NY 10018
(212) 481-7185 (facsimile)
info@acpcny.org

**VIA E-MAIL**
Spray in Place Solutions LLC
Attn: Nikki Scott, Controller
45-1 Knickerbocker Avenue
Bohemia, NY 11716-3104
nikki@sprayinplace.com

**PLUMBERS AND GASFITTERS LOCAL UNION NO. 1**
**OF THE**
**UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA**
***NEW YORK CITY***

**MICHAEL APUZZO**
*Business Manager*

**PAUL O'CONNOR**
*Financial Secretary-Treasurer*

*Business Agent-At-Large*
FREDDY DELLIGATTI

*Business Agents*
RICHARD GARNER
RICHARD GILLIGAN
JOHN HICKEY
CARL L. JOHNSON, JR.
GEORGE MALANDRAKIS
ROBERT MURRAY
LOUIS J. PASQUALE
RAYMOND V. RONDINO
JOHN TOTINO

*President/Organizer*
TOMMY KINIRONS

*Vice President*
ALAN PAWELSKY

*Recording Secretary*
TIMOTHY J. SPELLMAN

*Executive Board/Organizer*
PAUL COTTO

*Executive Board*
MICHAEL ALOISI
DOMINICK BRUNO
CHRIS CONBOY, JR.

*Finance Committee*
ALBERT ESPOSITO
MATTHEW GRIMES
DAVID J. McINTOSH

*Examining Board*
PIOTR AKSAMITOWSKI
JUDALINE CASSIDY
RAFAEL CRUZ
ANDREW C. DONLEVY
ANDREW T. FRISCIA
MICHAEL J. REED

*Inside Sentry*
MICHAEL A. FUSCO

June 29, 2022

Ms. Nikki Scott, Controller
Spray in Place Solutions, LLC
45-1 Knickerbocker Avenue
Bohemia, NY 11716

Dear Ms. Scott,

This letter is to confirm that Plumbers Local Union No. 1 has received a copy of your request for abrogation of your obligations under the Collective Bargaining Agreement.

The Union will forward a copy of your request to the Joint Plumbing Industry Board (PIB) and the PIB Collection Committee for review at their next scheduled meeting. As a condition of the Union's acceptance of your company's abrogation request, the PIB is required to conduct a final payroll audit of your company. When the final audit is completed, reviewed and accepted by the PIB and PIB Collection Committee at a regularly scheduled meeting, the Union will advise you as to whether your request for abrogation of the collective bargaining agreement is accepted.

If you should have any questions with regards to this matter, please feel free to contact my office.

Sincerely,

Michael Apuzzo

Michael Apuzzo
Business Manager

MA/kp

PHONE (718) 738-7500 • FAX (718) 835-0896 • www.ualocal1.org
50-02 Fifth Street • Long Island City, New York 11101

X1114