**Trustees of the Plumbers Local Union No. 1 Welfare Fund, et al. v. SIPS**

**24 CV 2568 (KAM)(PK)**
**Summary of Damages**

**Contributions Owed September 1, 2020 through December 31, 2022**

| | | |
|---|---|---|
| **Delinquent Benefit Contributions to the Local 1 Funds** | | |
| Contributions Owed September 1, 2020 through December 31, 2022 | | $69,017.32 |
| Liquidated Damages on Contributions | | $13,803.46 |
| Administrative Fees | | $2,000.00 |
| Interest on Contributions | | $30,776.79 |
| **Delinquent Contributions to Union** | | |
| Contributions Owed September 1, 2020 through December 31, 2022 | | $5,497.45 |
| Liquidated Damages on Contributions | | $1,099.49 |
| Interest on Contributions | | $2,450.10 |
| Total | | $124,644.61 |
| **ASB-C Findings** | | |
| ASB-C Findings | $ | 6,386.31 |
| Lost Earnings | $ | 938.53 |
| Interest | $ | 2,351.78 |
| Liquidated Damages | $ | 1,464.97 |
| Total w. ASB-C Findings and Lost Earnings Findings | | $135,786.20 |
| **Miscellaneous Fees and Costs** | | |
| Audit Costs through September 30, 2026 | | $11,382.35 |
| Attorneys' Fees through October 7, 2026 | | $51,312.50 |
| Total w. Miscellaneous Fees and Costs | | $198,481.05 |
| Less amounts already recovered | $ | 12,727.60 |
| Less audit findings and associated interest and LDs removed as out of the geographical jurisdiction of the Union | $ | 27,199.49 |
| **Subtotal Due to Plumbers Local Union No. 1 Funds** | | $158,553.96 |

| Interest (Local 1 Funds Contributions) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Month | Due date | Contributions | yearly interest rate | daily interest rate | daily interest | Date of Payment or Date of Motion service | Days in default | owed interest through date of filing |
| Sep-20 | 10/20/2020 | 2,024.70 | 202.47 | 0.000273973 | $0.55 | 2/2/2026 | 1931 | $1,062.05 |
| Oct-20 | 11/20/2020 | 3,637.32 | 363.73 | 0.000273973 | $1.00 | 2/2/2026 | 1900 | $1,900.00 |
| Nov-20 | 12/20/2020 | 4,564.80 | 456.48 | 0.000273973 | $1.25 | 2/2/2026 | 1870 | $2,337.50 |
| Dec-20 | 1/20/2021 | 1,655.90 | 165.59 | 0.000273973 | $0.45 | 2/2/2026 | 1839 | $845.94 |
| Dec-20 | 1/20/2021 | 37.76 | 3.78 | 0.000273973 | $0.01 | 10/12/2026 | 2091 | $20.91 |
| Jan-21 | 2/20/2021 | 1451.7 | 145.17 | 0.000273973 | $0.40 | 10/12/2026 | 2060 | $824.00 |
| Jun-21 | 7/20/2021 | 3,072.76 | 307.28 | 0.000273973 | $0.84 | 10/12/2026 | 1910 | $1,604.40 |
| Jul-21 | 8/20/2021 | 76.18 | 7.62 | 0.000273973 | $0.02 | 10/12/2026 | 1879 | $37.58 |
| Nov-21 | 12/20/2021 | 2046.86 | 204.69 | 0.000273973 | $0.56 | 10/12/2026 | 1757 | $983.92 |
| Dec-21 | 1/20/2022 | 2,065.46 | 206.55 | 0.000273973 | $0.57 | 10/12/2026 | 1726 | $983.82 |
| Jan-22 | 2/20/2022 | 1455.98 | 145.60 | 0.000273973 | $0.40 | 10/12/2026 | 1695 | $678.00 |
| Feb-22 | 3/20/2022 | 2,420.99 | 242.10 | 0.000273973 | $0.66 | 10/12/2026 | 1667 | $1,100.22 |
| Mar-22 | 4/20/2022 | 3512.98 | 351.30 | 0.000273973 | $0.96 | 10/12/2026 | 1636 | $1,570.56 |
| Apr-22 | 5/20/2022 | 7593.12 | 759.31 | 0.000273973 | $2.08 | 10/12/2026 | 1606 | $3,340.48 |
| May-22 | 6/20/2022 | 3817.72 | 381.77 | 0.000273973 | $1.05 | 10/12/2026 | 1575 | $1,653.75 |
| Jun-22 | 7/20/2022 | 3521.44 | 352.14 | 0.000273973 | $0.96 | 10/12/2026 | 1545 | $1,483.20 |
| Jul-22 | 8/20/2022 | 6,190.69 | 619.07 | 0.000273973 | $1.70 | 10/12/2026 | 1514 | $2,573.80 |
| Aug-22 | 9/20/2022 | 4,846.38 | 484.64 | 0.000273973 | $1.33 | 10/12/2026 | 1483 | $1,972.39 |
| Sep-22 | 10/20/2022 | 3133.87 | 313.39 | 0.000273973 | $0.86 | 10/12/2026 | 1453 | $1,249.58 |
| Oct-22 | 11/20/2022 | 4422.74 | 442.27 | 0.000273973 | $1.21 | 10/12/2026 | 1422 | $1,720.62 |
| Nov-22 | 12/20/2022 | 5175.45 | 517.55 | 0.000273973 | $1.42 | 10/12/2026 | 1392 | $1,976.64 |
| Dec-22 | 1/20/2023 | 2292.52 | 229.25 | 0.000273973 | $0.63 | 10/12/2026 | 1361 | $857.43 |
| | | | | | | | Total | $30,776.79 |
| | | $ 69,017.32 | | | | | | |

| Interest (Union Assessment) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Month | Due date | Contributions | yearly interest rate | daily interest rate | daily interest | Date of Payment or Date of Motion service | Days in default | owed interest through date of filing |
| Sep-20 | 10/20/2020 | 169.64 | 16.96 | 0.000273973 | $0.05 | 2/2/2026 | 1931 | $96.55 |
| Oct-20 | 11/20/2020 | 299.53 | 29.95 | 0.000273973 | $0.08 | 2/2/2026 | 1900 | $152.00 |
| Nov-20 | 12/20/2020 | 375.71 | 37.57 | 0.000273973 | $0.10 | 2/2/2026 | 1870 | $187.00 |
| Dec-20 | 1/20/2021 | 198.36 | 19.84 | 0.000273973 | $0.05 | 10/12/2026 | 2091 | $104.55 |
| Jan-21 | 2/20/2021 | 138.88 | 13.89 | 0.000273973 | $0.04 | 10/12/2026 | 2060 | $82.40 |
| Jun-21 | 7/20/2021 | 255.32 | 25.53 | 0.000273973 | $0.07 | 10/12/2026 | 1910 | $133.70 |
| Jul-21 | 8/20/2021 | 11.37 | 1.14 | 0.000273973 | $0.00 | 10/12/2026 | 1879 | $0.00 |
| Nov-21 | 12/20/2021 | 164.81 | 16.48 | 0.000273973 | $0.05 | 10/12/2026 | 1757 | $87.85 |
| Dec-21 | 1/20/2022 | 197.28 | 19.73 | 0.000273973 | $0.05 | 10/12/2026 | 1726 | $86.30 |
| Jan-22 | 2/20/2022 | 103.60 | 10.36 | 0.000273973 | $0.03 | 10/12/2026 | 1695 | $50.85 |
| Feb-22 | 3/20/2022 | 221.27 | 22.13 | 0.000273973 | $0.06 | 10/12/2026 | 1667 | $100.02 |
| Mar-22 | 4/20/2022 | 249.98 | 25.00 | 0.000273973 | $0.07 | 10/12/2026 | 1636 | $114.52 |
| Apr-22 | 5/20/2022 | 545.97 | 54.60 | 0.000273973 | $0.15 | 10/12/2026 | 1606 | $240.90 |
| May-22 | 6/20/2022 | 271.66 | 27.17 | 0.000273973 | $0.07 | 10/12/2026 | 1575 | $110.25 |
| Jun-22 | 7/20/2022 | 266.52 | 26.65 | 0.000273973 | $0.07 | 10/12/2026 | 1545 | $108.15 |
| Jul-22 | 8/20/2022 | 482.79 | 48.28 | 0.000273973 | $0.13 | 10/12/2026 | 1514 | $196.82 |
| Aug-22 | 9/20/2022 | 356.60 | 35.66 | 0.000273973 | $0.10 | 10/12/2026 | 1483 | $148.30 |
| Sep-22 | 10/20/2022 | 232.53 | 23.25 | 0.000273973 | $0.06 | 10/12/2026 | 1453 | $87.18 |
| Oct-22 | 11/20/2022 | 337.72 | 33.77 | 0.000273973 | $0.09 | 10/12/2026 | 1422 | $127.98 |
| Nov-22 | 12/20/2022 | 399.43 | 39.94 | 0.000273973 | $0.11 | 10/12/2026 | 1392 | $153.12 |
| Dec-22 | 1/20/2023 | 218.48 | 21.85 | 0.000273973 | $0.06 | 10/12/2026 | 1361 | $81.66 |
| | | 5,497.45 | 549.75 | 0.000273973 | $1.51 | 10/12/2026 | Total | $2,450.10 |
| | | | | | | | | $33,226.89 |

| Liquidated Damages | | | |
|---|---|---|---|
| Plaintiff | Total Contributions | Liquidated Damages | Liquidated Damages (amount) |
| Local 1 Funds | $ 69,017.32 | 20% | $13,803.46 |
| Union | $5,497.45 | 20% | $1,099.49 |
| | | Total | $14,902.95 |

| Administrative Fees | | |
|---|---|---|
| Number of Months | Monthly Fee | Total |
| 20 | $100 | $2,000.00 |