# ATTACHMENT 1

Schultheis & Panettieri LLP
Accountants and Consultants

**Please Reply to:**
450 Wireless Boulevard
Hauppauge, NY 11788
Telephone: (631) 273-4778
Fax: (631) 273-3488

21 Vernon Street
Floral Park, NY 11001
Telephone: (516) 216-5695

485A US Route 1 South
Suite 360
Iselin, NJ 08830
Telephone: (732) 268-1301

www.snpcpa.com

PARTNERS
Carol Westfall, CPA
Vincent F. Panettieri, CPA
Max Capone, CPA
James M. Heinzman, CPA, CFE
Donna Panettieri, CPA
Peter M. Murray, CPA, CFE
Gary Waldren, CPA
Jennifer Leible, CPA
Richard B. Silvestro, CPA
Jamie L. Krainski, CPA
Vincent A. Gelpi, CPA
Michael Garafalo, CPA, CFE
Kyle Kamm, CPA

DIRECTORS
Stephen Bowen
Anthony Sgroi
William R. Shannon
William Austin
Kimberly Miller
Michael Fox
Viorel Kuzma
Justin Katulka

May 16, 2023

Spray In Place Solutions, LLC
45 Knickerbocker Avenue
Suite 1
Bohemia, NY 11716

**Re: Plumbers Local Union No. 1 Funds - Compliance Procedures of Spray In Place Solutions, LLC for the period of September 01, 2020 to June 30, 2022**

Dear Employer:

This firm is the Accountant for the Plumbers Local Union No. 1 Funds (the "Funds"). We have performed procedures on your books and records covering the period September 01, 2020 to June 30, 2022.

These procedures reflect you owe for Funds contributions and/or Union assessments in the amount of $70,902.44, which includes 401k delinquencies, if applicable. In addition, a total of $4,059.24 is owed for additional delinquencies that are on file with Plumbers Local No. 1 Fund Office. See attached reports for detail breakdown.

If you disagree with the findings, you must respond within ten days of the date of this letter by submitting detailed exceptions to the undersigned. Your exceptions will be reviewed, and a response given to you shortly thereafter. If your reply does not resolve the findings of the procedures, we shall issue a final report. At that point, payment of any findings will be required within ten days.

Payment shall be made by check or money order payable to "Plumbers Local No. 1 Trust Funds" and must be forwarded to the Funds office within ten days of the date of this letter to avoid additional interest assessments. Copies of your report should be included with your payment to ensure proper credit of your account.

Submit payment to:

**Plumbers Local Union No. 1 Trust Funds**
**Funds Collection Department**
**50-02 5th Street, 2nd Floor**
**Long Island City, NY 11101**

If you have any questions, please do not hesitate to call me at 631-273-4778.

Very Truly Yours,

Benedetta Brusseau
Enc.
cc: Walter Saraceni, Administrator

**Joint Plumbing Industry Board**
**Plumbers Local Union No. 1 Trust Funds**

DRAFT

**Schedule #1** **Summary of Findings**

Employer: SPRAY IN PLACE SOLUTIONS, LLC

Employer #: 12458

Audit Period: 9/1/2020 to 6/30/2022

Report Type: Preliminary Report -

| TRADE | BENEFIT PERIOD | UNREPORTED HOURS | | TOTAL FUNDS ASSESSMENT RATE | ALL FUND AND UNION ASSESSMENT | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REGULAR | OT | | | WELFARE | TRADE ED. FUND | 401(K) PLAN | PROMO FUND | ASSESSMENT | ORGANIZING FUND | PAC FUND |
| Plumber - AJ | 1000 01/01/2021 - 06/30/2021 | 124.25 | - | $ 32.26 | $ 4,385.34 | $ 2,460.15 | $ 229.86 | $ 1,248.71 | $ 69.58 | $ 321.12 | $ 49.70 | $ 6.21 |
| Plumber - AJ | 1000 01/01/2021 - 06/30/2021 | - | 8.00 | $ 64.52 | $ 558.33 | $ 316.80 | $ 29.60 | $ 160.80 | $ 8.96 | $ 35.37 | $ 6.40 | $ 0.41 |
| | Total | **124.25** | **8.00** | | **$ 4,943.67** | **$ 2,776.95** | **$ 229.86** | **$ 1,248.71** | **$ 78.54** | **$ 356.49** | **$ 56.10** | **$ 6.62** |
| Helper - BJ | 2000 01/01/2021 - 12/31/2021 | 36.00 | - | $ 15.83 | $ 625.01 | $ 471.60 | $ 16.20 | $ 72.00 | $ 10.08 | $ 46.13 | $ 7.20 | $ 1.80 |
| Helper - BJ | 2000 01/01/2021 - 12/31/2021 | - | 4.00 | $ 15.83 | $ 72.41 | $ 52.40 | $ 1.80 | $ 8.00 | $ 1.12 | $ 7.69 | $ 1.20 | $ 0.20 |
| | Total | **36.00** | **4.00** | | **$ 697.42** | **$ 524.00** | **$ 16.20** | **$ 72.00** | **$ 11.20** | **$ 53.82** | **$ 8.40** | **$ 2.00** |
| Plumber - AJ | 1000 07/01/2021 - 06/30/2022 | 680.75 | - | $ 33.86 | $ 24,831.04 | $ 13,921.34 | $ 1,259.40 | $ 7,488.25 | $ 381.22 | $ 1,474.52 | $ 272.30 | $ 34.05 |
| Plumber - AJ | 1000 07/01/2021 - 06/30/2022 | - | 41.75 | $ 67.72 | $ 3,029.27 | $ 1,707.58 | $ 154.48 | $ 918.50 | $ 46.76 | $ 166.47 | $ 33.40 | $ 2.09 |
| | Total | **680.75** | **41.75** | | **$ 27,860.31** | **$ 15,628.92** | **$ 1,259.40** | **$ 7,488.25** | **$ 427.98** | **$ 1,640.99** | **$ 305.70** | **$ 36.14** |
| Plumber - AJ | 1000 09/01/2020 - 12/31/2020 | 63.75 | - | $ 31.76 | $ 2,194.34 | $ 1,262.25 | $ 86.06 | $ 640.69 | $ 35.70 | $ 140.95 | $ 25.50 | $ 3.19 |
| Plumber - AJ | 1000 09/01/2020 - 12/31/2020 | 252.75 | - | $ 32.26 | $ 8,884.96 | $ 5,004.45 | $ 467.60 | $ 2,540.15 | $ 141.54 | $ 617.50 | $ 101.10 | $ 12.65 |
| Plumber - AJ | 1000 09/01/2020 - 12/31/2020 | - | 27.00 | $ 64.52 | $ 1,884.39 | $ 1,069.20 | $ 99.90 | $ 542.70 | $ 30.24 | $ 119.39 | $ 21.60 | $ 1.36 |
| | Total | **316.50** | **27.00** | | **$ 12,963.69** | **$ 7,335.90** | **$ 467.60** | **$ 2,540.15** | **$ 207.48** | **$ 877.84** | **$ 148.20** | **$ 17.20** |
| **Grand Total:** | | **1,157.50** | **80.75** | | **$ 46,465.17** | **$ 26,265.77** | **2,344.90** | **13,619.80** | **$ 725.20** | **$ 2,929.14** | **$ 518.40** | **$ 61.96** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments** Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

Audit Period: 9/1/2020 to 6/30/2022

Benefit Period Begins: 9/1/2020

Benefit Period Ends: 12/31/2020

Report Type: Preliminary Report

DRAFT

**Plumber - AJ**

**1000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Sep - 2020 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $19.80 | TRADE ED. FUND $1.35 | 401 (K) PLAN $10.05 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 63.75 | $ 31.76 | $ 2,194.34 | $ 1,262.25 | $ 86.06 | $ 640.69 | $ 35.70 | $ 140.95 | $ 25.50 | $ 3.19 |
| | **Total for Sep - 2020** | | **63.75** | **$ 31.76** | **$ 2,194.34** | **$ 1,262.25** | **$ 86.06** | **$ 640.69** | **$ 35.70** | **$ 140.95** | **$ 25.50** | **$ 3.19** |

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Oct - 2020 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $19.80 | TRADE ED. FUND $1.85 | 401 (K) PLAN $10.05 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 92.75 | $ 32.26 | $ 3,238.92 | $ 1,836.45 | $ 171.59 | $ 932.14 | $ 51.94 | $ 205.07 | $ 37.10 | $ 4.64 |
| XXX-XX-9081 | MARTINO JAY J | 200 | 10.00 | $ 64.52 | $ 697.92 | $ 396.00 | $ 37.00 | $ 201.00 | $ 11.20 | $ 44.22 | $ 8.00 | $ 0.50 |
| | **Total for Oct - 2020** | | **102.75** | **$ 96.78** | **$ 3,936.84** | **$ 2,232.45** | **$ 208.59** | **$ 1,133.14** | **$ 63.14** | **$ 249.29** | **$ 45.10** | **$ 5.14** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments**

Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

| | |
|---|---|
| Employer: | 12458 |
| Employer #: | SPRAY IN PLACE SOLUTIONS, LLC |
| Audit Period: | 9/1/2020 to 6/30/2022 |
| Benefit Period Begins: | 9/1/2020 |
| Benefit Period Ends: | 12/31/2020 |
| Report Type: | Preliminary Report |

DRAFT

**Plumber - AJ**

**1000**

| SOCIAL SECURITY | EMPLOYEE | % | Nov - 2020 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | FUNDS ASSESSMENT: WELFARE $19.80 | TRADE ED. FUND $1.85 | 401 (K) PLAN $10.05 | PROMO FUND $0.56 | UNION ASSESSMENT: ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| XXX-XX-9081 | MARTINO JAY J | 100 | 108.50 | $ 32.26 | $ 3,788.93 | $ 2,148.30 | $ 200.73 | $ 1,090.43 | $ 60.76 | $ 239.89 | $ 43.40 | $ 5.43 |
| XXX-XX-9081 | MARTINO JAY J | 200 | 16.50 | $ 64.52 | $ 1,151.57 | $ 653.40 | $ 61.05 | $ 331.65 | $ 18.48 | $ 72.96 | $ 13.20 | $ 0.83 |
| | **Total for Nov - 2020** | | **125.00** | **$ 96.78** | **$ 4,940.50** | **$ 2,801.70** | **$ 261.78** | **$ 1,422.08** | **$ 79.24** | **$ 312.85** | **$ 56.60** | **$ 6.26** |

| SOCIAL SECURITY | EMPLOYEE | % | Dec - 2020 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | FUNDS ASSESSMENT: WELFARE $19.80 | TRADE ED. FUND $1.85 | 401 (K) PLAN $10.05 | PROMO FUND $0.56 | UNION ASSESSMENT: ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| XXX-XX-9081 | MARTINO JAY J | 100 | 51.50 | $ 32.26 | $ 1,857.11 | $ 1,019.70 | $ 95.28 | $ 517.58 | $ 28.84 | $ 172.54 | $ 20.60 | $ 2.58 |
| XXX-XX-9081 | MARTINO JAY J | 200 | 0.50 | $ 64.52 | $ 34.90 | $ 19.80 | $ 1.85 | $ 10.05 | $ 0.56 | $ 2.21 | $ 0.40 | $ 0.03 |
| | **Total for Dec - 2020** | | **52.00** | **$ 96.78** | **$ 1,892.01** | **$ 1,039.50** | **$ 97.13** | **$ 527.63** | **$ 29.40** | **$ 174.75** | **$ 21.00** | **$ 2.61** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments**

Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

DRAFT

Audit Period: 9/1/2020 to 6/30/2022

Benefit Period Begins: 1/1/2021

Benefit Period Ends: 6/30/2021

Report Type: Preliminary Report

**Plumber - AJ**

**1000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Jan - 2021 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $19.80 | TRADE ED. FUND $1.85 | 401 (K) PLAN $10.05 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 44.00 | $ 32.26 | $ 1,555.68 | $ 871.20 | $ 81.40 | $ 442.20 | $ 24.64 | $ 116.44 | $ 17.60 | $ 2.20 |
| XXX-XX-9081 | MARTINO JAY J | 200 | 0.50 | $ 64.52 | $ 34.90 | $ 19.80 | $ 1.85 | $ 10.05 | $ 0.56 | $ 2.21 | $ 0.40 | $ 0.03 |
| | **Total for Jan - 2021** | | **44.50** | **$ 96.78** | **$ 1,590.58** | **$ 891.00** | **$ 83.25** | **$ 452.25** | **$ 25.20** | **$ 118.65** | **$ 18.00** | **$ 2.23** |

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Jun - 2021 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $19.80 | TRADE ED. FUND $1.85 | 401 (K) PLAN $10.05 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 80.25 | $ 32.26 | $ 2,829.66 | $ 1,588.95 | $ 148.46 | $ 806.51 | $ 44.94 | $ 204.68 | $ 32.10 | $ 4.01 |
| XXX-XX-9081 | MARTINO JAY J | 200 | 7.50 | $ 64.52 | $ 523.43 | $ 297.00 | $ 27.75 | $ 150.75 | $ 8.40 | $ 33.16 | $ 6.00 | $ 0.38 |
| | **Total for Jun - 2021** | | **87.75** | **$ 96.78** | **$ 3,353.09** | **$ 1,885.95** | **$ 176.21** | **$ 957.26** | **$ 53.34** | **$ 237.84** | **$ 38.10** | **$ 4.39** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments** Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

DRAFT

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

Audit Period: 9/1/2020 to 6/30/2022

Benefit Period Begins: 7/1/2021

Benefit Period Ends: 6/30/2022

Report Type: Preliminary Report

**Plumber - AJ**

**1000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Jul - 2021 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.45 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 2.25 | $ 33.86 | $ 82.17 | $ 46.01 | $ 4.16 | $ 24.75 | $ 1.26 | $ 4.97 | $ 0.90 | $ 0.11 |
| | **Total for Jul - 2021** | | **2.25** | **$ 33.86** | **$ 82.17** | **$ 46.01** | **$ 4.16** | **$ 24.75** | **$ 1.26** | **$ 4.97** | **$ 0.90** | **$ 0.11** |

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Nov - 2021 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.45 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 41.75 | $ 33.86 | $ 1,524.75 | $ 853.79 | $ 77.24 | $ 459.25 | $ 23.38 | $ 92.31 | $ 16.70 | $ 2.09 |
| | **Total for Nov - 2021** | | **41.75** | **$ 33.86** | **$ 1,524.75** | **$ 853.79** | **$ 77.24** | **$ 459.25** | **$ 23.38** | **$ 92.31** | **$ 16.70** | **$ 2.09** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments** Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

DRAFT

Audit Period: 9/1/2020 to 6/30/2022

Benefit Period Begins: 7/1/2021

Benefit Period Ends: 6/30/2022

Report Type: Preliminary Report

**Plumber - AJ**

**1000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Dec - 2021 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.45 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 61.00 | $ 33.86 | $ 2,270.96 | $ 1,247.45 | $ 112.85 | $ 671.00 | $ 34.16 | $ 178.05 | $ 24.40 | $ 3.05 |
| | **Total for Dec - 2021** | | **61.00** | **$ 33.86** | **$ 2,270.96** | **$ 1,247.45** | **$ 112.85** | **$ 671.00** | **$ 34.16** | **$ 178.05** | **$ 24.40** | **$ 3.05** |

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Jan - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.45 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 43.00 | $ 33.86 | $ 1,561.06 | $ 879.35 | $ 79.55 | $ 473.00 | $ 24.08 | $ 85.73 | $ 17.20 | $ 2.15 |
| | **Total for Jan - 2022** | | **43.00** | **$ 33.86** | **$ 1,561.06** | **$ 879.35** | **$ 79.55** | **$ 473.00** | **$ 24.08** | **$ 85.73** | **$ 17.20** | **$ 2.15** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments**

Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

DRAFT

Audit Period: 9/1/2020 to 6/30/2022

Benefit Period Begins: 7/1/2021

Benefit Period Ends: 6/30/2022

Report Type: Preliminary Report

**Plumber - AJ**

**1000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Feb - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.45 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 46.50 | $ 33.86 | $ 1,722.27 | $ 950.92 | $ 86.03 | $ 511.50 | $ 26.04 | $ 126.86 | $ 18.60 | $ 2.33 |
| XXX-XX-9081 | MARTINO JAY J | 200 | 12.50 | $ 67.72 | $ 906.97 | $ 511.25 | $ 46.25 | $ 275.00 | $ 14.00 | $ 49.84 | $ 10.00 | $ 0.63 |
| | **Total for Feb - 2022** | | **59.00** | **$ 101.58** | **$ 2,629.24** | **$ 1,462.17** | **$ 132.28** | **$ 786.50** | **$ 40.04** | **$ 176.70** | **$ 28.60** | **$ 2.96** |

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Mar - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.45 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 103.75 | $ 33.86 | $ 3,766.51 | $ 2,121.69 | $ 191.94 | $ 1,141.25 | $ 58.10 | $ 206.85 | $ 41.50 | $ 5.19 |
| | **Total for Mar - 2022** | | **103.75** | **$ 33.86** | **$ 3,766.51** | **$ 2,121.69** | **$ 191.94** | **$ 1,141.25** | **$ 58.10** | **$ 206.85** | **$ 41.50** | **$ 5.19** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments** Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

DRAFT

| | |
|---|---|
| Employer: | 12458 |
| Employer #: | SPRAY IN PLACE SOLUTIONS, LLC |
| Audit Period: | 9/1/2020 to 6/30/2022 |
| Benefit Period Begins: | 7/1/2021 |
| Benefit Period Ends: | 6/30/2022 |
| Report Type: | Preliminary Report |

**Plumber - AJ**

**1000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Apr - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.45 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 165.75 | $ 33.86 | $ 6,018.53 | $ 3,389.59 | $ 306.64 | $ 1,823.25 | $ 92.82 | $ 331.65 | $ 66.30 | $ 8.29 |
| XXX-XX-9081 | MARTINO JAY J | 200 | 29.25 | $ 67.72 | $ 2,122.30 | $ 1,196.33 | $ 108.23 | $ 643.50 | $ 32.76 | $ 116.63 | $ 23.40 | $ 1.46 |
| | **Total for Apr - 2022** | | **195.00** | **$ 101.58** | **$ 8,140.83** | **$ 4,585.92** | **$ 414.87** | **$ 2,466.75** | **$ 125.58** | **$ 448.28** | **$ 89.70** | **$ 9.75** |

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | May - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.45 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 112.75 | $ 33.86 | $ 4,093.25 | $ 2,305.74 | $ 208.59 | $ 1,240.25 | $ 63.14 | $ 224.80 | $ 45.10 | $ 5.64 |
| | **Total for May - 2022** | | **112.75** | **$ 33.86** | **$ 4,093.25** | **$ 2,305.74** | **$ 208.59** | **$ 1,240.25** | **$ 63.14** | **$ 224.80** | **$ 45.10** | **$ 5.64** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments**

Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

DRAFT

Audit Period: 9/1/2020 to 6/30/2022

Benefit Period Begins: 7/1/2021

Benefit Period Ends: 6/30/2022

Report Type: Preliminary Report

**Plumber - AJ**

**1000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Jun - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.45 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 104.00 | $ 33.86 | $ 3,791.54 | $ 2,126.80 | $ 192.40 | $ 1,144.00 | $ 58.24 | $ 223.30 | $ 41.60 | $ 5.20 |
| | **Total for Jun - 2022** | | **104.00** | **$ 33.86** | **$ 3,791.54** | **$ 2,126.80** | **$ 192.40** | **$ 1,144.00** | **$ 58.24** | **$ 223.30** | **$ 41.60** | **$ 5.20** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments** Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

DRAFT

Audit Period: 9/1/2020 to 6/30/2022

Benefit Period Begins: 1/1/2021

Benefit Period Ends: 12/31/2021

Report Type: Preliminary Report

**Plumber - BJ**

**2000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Nov - 2021 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $13.10 | TRADE ED. FUND $0.45 | 401 (K) PLAN $2.00 | PROMO FUND $0.28 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.20 | PAC FUND $0.05 |
| XXX-XX-8738 | MCGREGOR CHAD | 100 | 36.00 | $ 15.83 | $ 625.01 | $ 471.60 | $ 16.20 | $ 72.00 | $ 10.08 | $ 46.13 | $ 7.20 | $ 1.80 |
| XXX-XX-8738 | MCGREGOR CHAD | 100 | 4.00 | $ 15.83 | $ 72.41 | $ 52.40 | $ 1.80 | $ 8.00 | $ 1.12 | $ 7.69 | $ 1.20 | $ 0.20 |
| | **Total for Nov - 2021** | | **40.00** | **$ 31.66** | **$ 697.42** | **$ 524.00** | **$ 18.00** | **$ 80.00** | **$ 11.20** | **$ 53.82** | **$ 8.40** | **$ 2.00** |

DRAFT

**Joint Plumbing Industry Board**

**Plumbers Local Union No. 1 Trust Funds**

**SPRAY IN PLACE SOLUTIONS, LLC**

***Prepared by: Schultheis & Panettieri LLP***

**Preliminary Report -**

## Deferral Difference

| Name | SSN | Week Ending | Audited Deferrals | Reported Deferrals | Deferral Diff | Lost Earnings | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Total:** | | |
| | | | | | | | **Grand Total:** | | |

DRAFT

**Joint Plumbing Industry Board**

**Plumbers Local Union No. 1 Trust Funds**

**SPRAY IN PLACE SOLUTIONS, LLC**

***Prepared by: Schultheis & Panettieri LLP***

**Preliminary Report -**

## Missed Deferrals

| Name | SSN | Week Ending | Audited Wages | Reported Wages | Wage Difference | Enrollment % | Missed Deferrals (@ 50%) | Lost Earnings | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Total: | |
| | | | | | | | | | | Grand Total: | |

**Joint Plumbing Industry Board**
**Plumbers Local Union No. 1 Trust Funds**
**SPRAY IN PLACE SOLUTIONS, LLC**
***Prepared by: Schultheis & Panettieri LLP***

DRAFT

**Preliminary Report - 05/16/2023**

## ASB-C Findings

| Name | SSN | Week Ending | Audited Wages | Reported Wages | Wage Diff | 5% Wage Diff | Lost Earnings | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| MARTINO, JAY J | XXX-XX-9081 | 1/8/2021 | 643.20 | 0.00 | 643.20 | 32.16 | 3.29 | 8.13 | 7.09 | 50.67 |
| MARTINO, JAY J | XXX-XX-9081 | 1/15/2021 | 321.60 | 0.00 | 321.60 | 16.08 | 1.64 | 4.03 | 3.54 | 25.29 |
| MARTINO, JAY J | XXX-XX-9081 | 1/29/2021 | 3,296.40 | 0.00 | 3,296.40 | 164.82 | 16.19 | 40.47 | 36.20 | 257.68 |
| MARTINO, JAY J | XXX-XX-9081 | 6/4/2021 | 4,054.90 | 0.00 | 4,054.90 | 202.75 | 17.81 | 41.69 | 44.11 | 306.36 |
| MARTINO, JAY J | XXX-XX-9081 | 6/11/2021 | 1,700.40 | 0.00 | 1,700.40 | 85.02 | 7.42 | 17.30 | 18.49 | 128.23 |
| MARTINO, JAY J | XXX-XX-9081 | 6/18/2021 | 1,718.12 | 0.00 | 1,718.12 | 85.91 | 7.45 | 17.29 | 18.67 | 129.32 |
| MARTINO, JAY J | XXX-XX-9081 | 7/30/2021 | 160.31 | 0.00 | 160.31 | 8.02 | 0.75 | 1.52 | 1.75 | 12.04 |
| MARTINO, JAY J | XXX-XX-9081 | 11/19/2021 | 1,977.60 | 0.00 | 1,977.60 | 98.88 | 7.32 | 15.19 | 21.24 | 142.63 |
| MARTINO, JAY J | XXX-XX-9081 | 11/26/2021 | 659.20 | 0.00 | 659.20 | 32.96 | 2.42 | 4.99 | 7.08 | 47.45 |
| MARTINO, JAY J | XXX-XX-9081 | 12/3/2021 | 2,066.25 | 0.00 | 2,066.25 | 103.31 | 7.53 | 16.06 | 22.17 | 149.07 |
| MARTINO, JAY J | XXX-XX-9081 | 12/17/2021 | 961.88 | 0.00 | 961.88 | 48.09 | 3.45 | 7.27 | 10.31 | 69.12 |
| MARTINO, JAY J | XXX-XX-9081 | 12/24/2021 | 2,567.50 | 0.00 | 2,567.50 | 128.38 | 9.14 | 19.14 | 27.50 | 184.16 |
| MARTINO, JAY J | XXX-XX-9081 | 12/31/2021 | 320.63 | 0.00 | 320.63 | 16.03 | 1.13 | 2.36 | 3.43 | 22.95 |
| MARTINO, JAY J | XXX-XX-9081 | 1/14/2022 | 1,667.50 | 0.00 | 1,667.50 | 83.38 | 5.79 | 11.38 | 17.83 | 118.38 |
| MARTINO, JAY J | XXX-XX-9081 | 1/21/2022 | 1,450.00 | 0.00 | 1,450.00 | 72.50 | 4.99 | 9.74 | 15.50 | 102.73 |
| MARTINO, JAY J | XXX-XX-9081 | 2/4/2022 | 2,906.26 | 0.00 | 2,906.26 | 145.31 | 9.84 | 18.92 | 31.03 | 205.10 |
| MARTINO, JAY J | XXX-XX-9081 | 2/11/2022 | 1,471.25 | 0.00 | 1,471.25 | 73.56 | 4.94 | 9.42 | 15.70 | 103.62 |
| MARTINO, JAY J | XXX-XX-9081 | 2/18/2022 | 242.00 | 0.00 | 242.00 | 12.10 | 0.81 | 1.52 | 2.58 | 17.01 |
| MARTINO, JAY J | XXX-XX-9081 | 2/25/2022 | 1,332.19 | 0.00 | 1,332.19 | 66.61 | 4.40 | 8.25 | 14.20 | 93.46 |
| MARTINO, JAY J | XXX-XX-9081 | 3/11/2022 | 2,211.25 | 0.00 | 2,211.25 | 110.56 | 7.17 | 13.22 | 23.55 | 154.50 |
| MARTINO, JAY J | XXX-XX-9081 | 3/18/2022 | 2,827.50 | 0.00 | 2,827.50 | 141.38 | 9.09 | 16.61 | 30.09 | 197.17 |
| MARTINO, JAY J | XXX-XX-9081 | 3/25/2022 | 2,483.13 | 0.00 | 2,483.13 | 124.16 | 7.91 | 14.33 | 26.41 | 172.81 |
| MARTINO, JAY J | XXX-XX-9081 | 4/1/2022 | 2,773.13 | 0.00 | 2,773.13 | 138.66 | 8.72 | 15.71 | 29.48 | 192.57 |
| MARTINO, JAY J | XXX-XX-9081 | 4/8/2022 | 4,821.25 | 0.00 | 4,821.25 | 241.06 | 14.98 | 26.80 | 51.21 | 334.05 |
| MARTINO, JAY J | XXX-XX-9081 | 4/15/2022 | 3,470.94 | 0.00 | 3,470.94 | 173.55 | 10.65 | 18.92 | 36.84 | 239.96 |
| MARTINO, JAY J | XXX-XX-9081 | 4/22/2022 | 1,323.13 | 0.00 | 1,323.13 | 66.16 | 4.01 | 7.07 | 14.03 | 91.27 |
| MARTINO, JAY J | XXX-XX-9081 | 4/29/2022 | 2,809.38 | 0.00 | 2,809.38 | 140.47 | 8.41 | 14.72 | 29.78 | 193.38 |
| MARTINO, JAY J | XXX-XX-9081 | 5/6/2022 | 2,048.12 | 0.00 | 2,048.12 | 102.41 | 6.05 | 10.52 | 21.69 | 140.67 |
| MARTINO, JAY J | XXX-XX-9081 | 5/13/2022 | 1,160.00 | 0.00 | 1,160.00 | 58.00 | 3.38 | 5.84 | 12.28 | 79.50 |

**Joint Plumbing Industry Board**
**Plumbers Local Union No. 1 Trust Funds**
**SPRAY IN PLACE SOLUTIONS, LLC**
***Prepared by: Schultheis & Panettieri LLP***

DRAFT

**Preliminary Report - 05/16/2023**

## ASB-C Findings

| Name | SSN | Week Ending | Audited Wages | Reported Wages | Wage Diff | 5% Wage Diff | Lost Earnings | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| MARTINO, JAY J | XXX-XX-9081 | 5/20/2022 | 2,465.00 | 0.00 | 2,465.00 | 123.25 | 7.09 | 12.14 | 26.07 | 168.55 |
| MARTINO, JAY J | XXX-XX-9081 | 5/27/2022 | 2,501.25 | 0.00 | 2,501.25 | 125.06 | 7.10 | 12.06 | 26.43 | 170.65 |
| MARTINO, JAY J | XXX-XX-9081 | 6/3/2022 | 2,374.38 | 0.00 | 2,374.38 | 118.72 | 6.65 | 11.20 | 25.07 | 161.64 |
| MARTINO, JAY J | XXX-XX-9081 | 6/10/2022 | 2,156.88 | 0.00 | 2,156.88 | 107.84 | 5.96 | 9.95 | 22.76 | 146.51 |
| MARTINO, JAY J | XXX-XX-9081 | 6/17/2022 | 2,156.88 | 0.00 | 2,156.88 | 107.84 | 5.87 | 9.72 | 22.74 | 146.17 |
| MARTINO, JAY J | XXX-XX-9081 | 6/24/2022 | 1,214.38 | 0.00 | 1,214.38 | 60.72 | 3.26 | 5.35 | 12.80 | 82.13 |

**Total:** **4,836.80**

**Grand Total:** **4,836.80**

**Joint Plumbing Industry Board**

**Plumbers Local Union No.1 Trust Funds**

**SPRAY IN PLACE SOLUTIONS, LLC**

***Prepared by: Schultheis & Panettieri LLP***

**Preliminary Report - 5/16/2023**

DRAFT

**Summary of Delinquent Benefit Contributions, 401K delinquencies and or Union Assessments**
**For the Audit Period**
**9/1/2020 to 6/30/2022**

## Delinquent Benefit Contributions to Local Union No.1 Trust Funds

| | Fund Deficiency | Allocated Interest | Liquidated Damages |
|---|---|---|---|
| Welfare Fund | $ 26,265.77 | $ 4,253.68 | $ 5,253.15 |
| Trade Educational Fund | $ 2,344.90 | $ 379.14 | $ 468.98 |
| 401(k) Plan - Employer Portion | $ 13,619.80 | $ 2,182.98 | $ 2,723.96 |
| Promotion Fund | $ 725.20 | $ 118.27 | $ 0.00 |
| **Total Delinquent Benefit Contributions to Local Union No.1 Trust Funds** | **$ 42,955.67** | **$ 6,934.07** | **$ 8,446.09** |

## Delinquent Contributions to Union

| | Fund Deficiency | Allocated Interest | Liquidated Damages |
|---|---|---|---|
| Union Assessment | $ 2,929.14 | $ 490.19 | $ 0.00 |
| Organizing Fund | $ 518.40 | $ 84.56 | $ 0.00 |
| PAC Fund | $ 61.96 | $ 10.06 | $ 0.00 |
| **Total Delinquent Contribution to Union** | **$ 3,509.50** | **$ 584.81** | **$ 0.00** |
| **Total Delinquent Contributions** | **$ 46,465.17** | **$ 7,518.88** | **$ 8,446.09** |

**Joint Plumbing Industry Board**

**Plumbers Local Union No.1 Trust Funds**

**SPRAY IN PLACE SOLUTIONS, LLC**

***Prepared by: Schultheis & Panettieri LLP***

**Preliminary Report - 5/16/2023**

DRAFT

**Summary of Delinquent Benefit Contributions, 401K delinquencies and or Union Assessments**
**For the Audit Period**
**9/1/2020 to 6/30/2022**

## 401K Delinquencies

| | Deferral Difference | Lost Earnings | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|---|
| Deferral Difference | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | Missed Deferrals | Lost Earnings | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|---|
| Missed Deferrals | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total 401K Delinquencies** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## ASB-C Findings

| | 5% Wage Diff | Lost Earnings | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|---|
| ASB-C Findings | $ 3,415.69 | $ 232.61 | $ 458.84 | $ 729.66 | $ 4,836.80 |
| **Total ASB-C Findings** | **$ 3,415.69** | **$ 232.61** | **$ 458.84** | **$ 729.66** | **$ 4,836.80** |

**Audit Cost** **$3,635.50**

**Total Due to Plumbers Local Union No. 1 Trust Funds for audit period 9/1/2020 through 6/30/2022** **$ 70,902.44**

**Additional Outstanding Delinquencies on file with Plumbers Local Union No. 1 Fund Office** **$ 4,059.24**

**Joint Plumbing Industry Board**

**Plumbers Local Union No.1 Trust Funds**

**SPRAY IN PLACE SOLUTIONS, LLC**

***Prepared by: Schultheis & Panettieri LLP***

**Preliminary Report - 5/16/2023**

DRAFT

**Summary of Delinquent Benefit Contributions, 401K delinquencies and or Union Assessments**
**For the Audit Period**
**9/1/2020 to 6/30/2022**

| | |
|---|---|
| **Grand Total Due to Plumbers Local Union No. 1 Trust Funds** | **$ 74,961.68** |

DRAFT

**Joint Plumbing Industry Board**

**Plumbers Local Union No. 1 Trust Funds**

**SPRAY IN PLACE SOLUTIONS, LLC**

***Prepared by: Schultheis & Panettieri LLP***

**Preliminary Report - 5/16/2023**

**Summary of Interest & Liquidated Damages**
**For the Audit Period**
**9/1/2020 to 6/30/2022**

**Interest on Amounts Owed to Plumbers Local One - calculated at 10% per annum. Calculate Interest through: 5/16/2023**

| Year | Balance Forward | Eligible Funds Deficiency | Interest On Deficiency | Interest Plus Deficiency |
|---|---|---|---|---|
| 2020 | $ 0.00 | $ 12,963.72 | $ 96.33 | $ 13,060.05 |
| 2021 | $ 13,060.05 | $ 9,518.97 | $ 1,599.20 | $ 24,178.22 |
| 2022 | $ 24,178.22 | $ 23,982.48 | $ 3,897.89 | $ 52,058.59 |
| 2023 | $ 52,058.59 | $ 0.00 | $ 1,925.46 | $ 53,984.05 |
| **Total Interest Due to Plumbers Local One** | | | **$ 7,518.88** | |

**Liquidated Damages calculated at 20%**

| Eligible Funds | Eligible Funds Deficiency | Liquidated Damages |
|---|---|---|
| Welfare Fund | $ 26,265.77 | $ 5,253.15 |
| Trade Educational Fund | $ 2,344.90 | $ 468.98 |
| 401(k) Plan - Employer Portion | $ 13,619.80 | $ 2,723.96 |
| **Grand Total Liquidated Damages** | | **$ 8,446.09** |

**Spray In Place Solutions, LLC (12458)- ADDITIONAL OUTSTANDING DESCREPANCIES**

Period End date

9/26/2020 -No report Received

| | |
|---|---|
| Interest on late: | $832.57 |
| Attorney Fees: | $1,889.03 |

| | |
|---|---|
| **Total Owed (incld fringes owed, excludes LD'S)** | **$2,721.60** |
| Liquated Damages | $1,337.64 |
| **Total LD's Owed** | **$1,337.64** |