# ATTACHMENT 2

Schultheis & Panettieri LLP
Accountants and Consultants

**Please Reply to:**
450 Wireless Boulevard
Hauppauge, NY 11788
Telephone: (631) 273-4778
Fax: (631) 273-3488

21 Vernon Street
Floral Park, NY 11001
Telephone: (516) 216-5695

485A US Route 1 South
Suite 360
Iselin, NJ 08830
Telephone: (732) 268-1301

www.snpcpa.com

PARTNERS
Carol Westfall, CPA
Vincent F. Panettieri, CPA
Max Capone, CPA
James M. Heinzman, CPA, CFE
Donna Panettieri, CPA
Peter M. Murray, CPA, CFE
Gary Waldren, CPA
Jennifer Leible, CPA
Richard B. Silvestro, CPA
Jamie L. Krainski, CPA
Vincent A. Gelpi, CPA
Michael Garafalo, CPA, CFE
Kyle Kamm, CPA
Kim T. D'Amico, CPA

DIRECTORS
Stephen Bowen
Anthony Sgroi
William R. Shannon
William Austin
Kimberly Miller
Michael Fox
Viorel Kuzma
Justin Katulka
Allison Newton, SHRM-SCP

**INDEPENDENT ACCOUNTANT'S REPORT**
**ON APPLYING AGREED-UPON PROCEDURES**

Board of Trustees
Plumbers Local Union No. 1 Funds
c/o Ms. Wendy Salvatierra
50-02 5th Street, 2nd Floor
Long Island City, NY 11101

Re: Employer: Spray In Place Solutions, LLC
Period Covered: September 01, 2020 - December 31, 2022
Jurisdiction: New York

We have performed the procedures enumerated below solely to assist management of the Plumbers Local Union No. 1 Funds (the "Funds") with determining whether employer contributions were remitted by Spray In Place Solutions, LLC (the "Employer") on behalf of the Funds' participants for the period September 01, 2020 through December 31, 2022 in accordance with collective bargaining or other written agreement(s). Management of the Employer is responsible for remitting employer contributions in accordance with applicable agreements. Management of the Funds is responsible for the collection of employer contributions and has agreed to and acknowledged that the procedures performed are appropriate to meet the intended purpose of determining whether employer contributions were remitted in accordance with applicable agreements. This report may not be suitable for any other purpose. The procedures performed may not address all the items of interest to a user of this report and may not meet the needs of all users of this report and, as such, users are responsible for determining whether the procedures performed are appropriate for their purposes.

A. **Procedure:** Compared gross wages reported in Employer's payroll records to federal and state payroll tax filings.

   **Findings:** No exceptions were found as a result of applying the procedure.

B. **Procedure:** Compared the total payroll hours for Funds' participants with total hours remitted to the Funds in accordance with collective bargaining (or other written) agreements requiring contributions to the Funds. We will report any discrepancy in Employer remittances.

**Findings:** Exceptions were found as a result of applying the procedure. A deficiency totaling $154,813.90 was scheduled. Included in this deficiency are additional outstanding discrepancies owed to the Local 1 Fund Office totaling $18,067.33.

C. **Procedure:** The cash disbursement journal was analyzed for transfers to related companies, non-payroll disbursements to participants and payments to subcontractors where there is an indication they are performing bargaining unit work. We will report all such transfers, disbursements and payments.

**Findings:** No exceptions were found as a result of applying the procedure.

D. **Procedure:** Tested that the 401(k) salary deferrals and Welfare Fund ASB Account C employee contributions being made are consistent with amounts authorized by participants or as required under collective bargaining (or other written) agreements requiring contributions to the Funds.

**Findings:** Exceptions were found as a result of applying the procedure. ASB-C findings totaling $11,141.59 are also included in the above deficiency.

E. **Procedure:** Tested to determine eligible compensation was used in calculating the 401(k) deferrals, including that the applicable wage rate paid was equal to or greater than the amount detailed in the collective bargaining (or other written) agreements requiring contributions to the Funds.

**Findings:** No exceptions were found as a result of applying the procedure.

F. **Procedure:** Compared amounts withheld from payroll and reported on W-2 filings to amounts remitted to 401(k) plan.

**Findings:** No exceptions were found as a result of applying the procedure.

We were engaged by the Funds to perform this agreed-upon procedures engagement and conducted our engagement in accordance with attestation standards established by the American Institute of Certified Public Accountants. We were not engaged to and did not conduct an examination or review engagement, the objective of which would be the expression of an opinion or conclusion, respectively, on the Funds' financial statements or any part thereof. Accordingly, we do not express such an opinion or conclusion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

We are required to be independent of the Employer and to meet our other ethical responsibilities in accordance with the relevant ethical requirements related to our agreed-upon procedures engagement.

This report is intended solely for the information and use of the Funds, and is not intended and should not be used by anyone other than those specified parties.

Schultheis & Panettieri, LLP

SCHULTHEIS & PANETTIERI, LLP
Hauppauge, New York

REPORT DATE: September 11, 2025

Enc.
cc: O'Donoghue & O'Donoghue LLP (electronically)

# JOINT PLUMBING INDUSTRY BOARD
# AUDIT NOTES

| | | | |
|---|---|---|---|
| **Union Name :** | Plumbers Local Union No.1 Trust Funds | **Fed ID # :** | 82-0907270 |
| **Employer :** | SPRAY IN PLACE SOLUTIONS, LLC | | |
| **Telephone # :** | (631)256-6046 | **Fax # :** | (631)527-7852 |
| **Employer # :** | 12458 | | |
| **Audit Period :** | 9/1/2020 | **To:** | 12/31/2022 |
| **Employer Contact (Position) :** | EMANUEL KATAEV | (ATTORNEY) | |
| **Appointment Address :** | SCHULTHEIS & PANETTIERI OFFICE'S | | |
| **Employer Current Address :** | 45 KNICKERBOCKER AVENUE, STE. 1, BOHEMIA, NEW YORK 11716 | | |
| **Employer Mailing Address :** | 45 KNICKERBOCKER AVENUE, STE. 1, BOHEMIA, NEW YORK 11716 | | |
| **Email Address :** | emanuel@sagelegal.nyc | | |
| **Principal (Position):** | Jeff SAUSELE | (PRESIDENT) | |
| **All Field Work Dates :** | MAIL-IN | | |
| **Date Handed In For Review :** | 08/18/2025 | | |
| **Auditors Name :** | Jeffrey Cascio | | |

**Items Used To Complete This Audit**

| | | | |
|---|---|---|---|
| **Type Of Payroll Viewed:** | PAYCHEX | | |
| **Payroll format (Quarterly,Monthly,Weekly)** | WEEKLY | **General Ledger:** | YES |
| **Quarterly Taxes:** | YES | **Other Trade Reports:** | NO |
| **W2's:** | YES | | |
| **Cash Disbursements Journal** | YES | | |

**Exit Interview:**

| | | | |
|---|---|---|---|
| **Audit Results Discussed With:** | EMANUEL KATAEV | (ATTORNEY) | |
| **Date:** | 8/12/2025 | **Agreed to findings?** | NO |

**Audit Notes:**

Reason For Audit: CLOSEOUT

**Total Findings :** $ 136,746.57

**Percentage of Findings :** 3,512.61 %

The audit resulted in insufficient welfare contributions totaling 1,826.75 reg hours and 161.50 OT hours and ASB-C findings and lost earnings totaling $11,141.59. The original audit period was 9/1/2020 till 6/30/2022. The preliminary report had gone out on 5/16/2023 and at that time the findings were 1,157.50 reg hours and 80.75 OT hours of insufficient welfare contributions and ASB-C findings and lost earnings totaling $4,836.80. Per a Collection Committee meeting on 1/8/2024, the audit was changed from a random audit to a closeout audit, and the audit period was extended to 12/31/2022. The additional records were requested but not provided therefore, we referred the audit back legal. On 8/4/2025, we received an email from O'Donoghue & O'Donoghue with the missing records needed to complete the audit. Since this was changed to a closeout audit, additional outstanding discrepancies owed to Local 1 Fund office totaling $18,067.33 was included in the total amount due. An exit interview was conducted on 8/12/2025. A preliminary report also went out on 8/26/2025. We have not heard back from Spray in Place nor their attorney therefore, we are finalizing the audit.

There were only 145 hours of benefits reported during the audit period for one member: Chad McGregor. During review of the payroll, we added in Jay Martino. He is listed in ISSI as a Local 1 BT member. Per the employer contact, he stated that no benefits were reported for him due issues they were having with the I-remit system. The hours identifiable in the payroll as Local 1 plumbing work totaled 245.25 reg hours and 28.50 OT hours. The remainder of the hours worked (1,441.5 reg hours and 118 OT hours) were listed as shop hours, on-site hours and prevailing wage NYC hours. The employer contact stated that when not doing plumbing work, Jay would be cleaning the shop, working on trucks and loading and unloading trucks. No backup was provided for these hours therefore, these shop, on-site and prevailing wage hours were included in the audit. Wages paid for holiday, sick time and bonus pay were accessed for assessment charges and ASB-C finding. Jay Martino had signed a 0% 401-k election form.

The 1120-S was not provided but it was verified with the employer contact that Jeff Sausele is the President of the company.

The employer did not have any plumbers out on PFL during the audit period.

The principal due is greater than $25,000 and 2% of the total contributions therefore, the audit costs were charged in the audit.

## Joint Plumbing Industry Board
## Plumbers Local Union No. 1 Trust Funds

**Schedule #1** **Summary of Findings**

Employer: SPRAY IN PLACE SOLUTIONS, LLC

Employer #: 12458

Audit Period: 9/1/2020 to 12/31/2022

Report Type: Final Report -

| TRADE | BENEFIT PERIOD | UNREPORTED HOURS | | TOTAL FUNDS ASSESSMENT RATE | ALL FUND AND UNION ASSESSMENT | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REGULAR | OT | | | WELFARE | TRADE ED. FUND | 401(K) PLAN | PROMO FUND | ASSESSMENT | ORGANIZING FUND | PAC FUND |
| Plumber - AJ | 1000 01/01/2021 - 06/30/2021 | 124.25 | - | $ 32.26 | $ 4,364.25 | $ 2,460.15 | $ 229.86 | $ 1,248.71 | $ 69.58 | $ 300.04 | $ 49.70 | $ 6.21 |
| Plumber - AJ | 1000 01/01/2021 - 06/30/2021 | - | 8.00 | $ 64.52 | $ 554.41 | $ 316.80 | $ 29.60 | $ 160.80 | $ 8.96 | $ 31.44 | $ 6.40 | $ 0.41 |
| | Total | **124.25** | **8.00** | | **$ 4,918.66** | **$ 2,776.95** | **$259.46** | **$1,409.51** | **$ 78.54** | **$ 331.48** | **$ 56.10** | **$ 6.62** |
| Helper - BJ | 2000 01/01/2021 - 12/31/2021 | 36.00 | 4.00 | $ 15.83 | $ 697.42 | $ 524.00 | $ 18.00 | $ 80.00 | $ 11.20 | $ 53.82 | $ 8.40 | $ 2.00 |
| | Total | **36.00** | **4.00** | | **$ 697.42** | **$ 524.00** | **$18.00** | **$80.00** | **$ 11.20** | **$ 53.82** | **$ 8.40** | **$ 2.00** |
| Helper - BJ | 2000 01/01/2022 - 12/31/2022 | 104.00 | 11.00 | $ 16.73 | $ 2,108.22 | $ 1,575.50 | $ 69.00 | $ 247.25 | $ 32.20 | $ 154.42 | $ 24.10 | $ 5.75 |
| | Total | **104.00** | **11.00** | | **$ 2,108.22** | **$ 1,575.50** | **$69.00** | **$247.25** | **$ 32.20** | **$ 154.42** | **$ 24.10** | **$ 5.75** |
| Plumber - AJ | 1000 07/01/2021 - 06/30/2022 | 680.75 | - | $ 33.86 | $ 24,819.36 | $ 13,921.34 | $ 1,259.40 | $ 7,488.25 | $ 381.22 | $ 1,462.80 | $ 272.30 | $ 34.05 |
| Plumber - AJ | 1000 07/01/2021 - 06/30/2022 | - | 41.75 | $ 67.72 | $ 3,026.41 | $ 1,707.58 | $ 154.48 | $ 918.50 | $ 46.76 | $ 163.60 | $ 33.40 | $ 2.09 |
| | Total | **680.75** | **41.75** | | **$ 27,845.77** | **$ 15,628.92** | **$1,413.88** | **$8,406.75** | **$ 427.98** | **$ 1,626.40** | **$ 305.70** | **$ 36.14** |
| Plumber - AJ | 1000 07/01/2022 - 12/31/2022 | 565.25 | - | $ 34.25 | $ 20,858.72 | $ 11,779.81 | $ 1,045.72 | $ 6,217.75 | $ 316.54 | $ 1,188.02 | $ 226.10 | $ 84.78 |
| Plumber - AJ | 1000 07/01/2022 - 12/31/2022 | - | 69.75 | $ 68.50 | $ 5,122.26 | $ 2,907.18 | $ 258.08 | $ 1,534.50 | $ 78.12 | $ 278.13 | $ 55.80 | $ 10.45 |
| | Total | **565.25** | **69.75** | | **$ 25,980.98** | **$ 14,686.99** | **$1,303.80** | **$7,752.25** | **$ 394.66** | **$ 1,466.15** | **$ 281.90** | **$ 95.23** |
| Plumber - AJ | 1000 09/01/2020 - 12/31/2020 | 63.75 | - | $ 31.76 | $ 2,194.34 | $ 1,262.25 | $ 86.06 | $ 640.69 | $ 35.70 | $ 140.95 | $ 25.50 | $ 3.19 |
| Plumber - AJ | 1000 09/01/2020 - 12/31/2020 | 252.75 | - | $ 32.26 | $ 8,884.99 | $ 5,004.45 | $ 467.60 | $ 2,540.15 | $ 141.54 | $ 617.50 | $ 101.10 | $ 12.65 |
| Plumber - AJ | 1000 09/01/2020 - 12/31/2020 | - | 27.00 | $ 64.52 | $ 1,884.39 | $ 1,069.20 | $ 99.90 | $ 542.70 | $ 30.24 | $ 119.39 | $ 21.60 | $ 1.36 |
| | Total | **316.50** | **27.00** | | **$ 12,963.72** | **$ 7,335.90** | **$653.56** | **$3,723.54** | **$ 207.48** | **$ 877.84** | **$ 148.20** | **$ 17.20** |
| **Grand Total:** | | **1,826.75** | **161.50** | | **$ 74,514.77** | **$ 42,528.26** | **$3,717.70** | **$ 21,619.30** | **$ 1,152.06** | **$ 4,510.11** | **$ 824.40** | **$ 162.94** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments** Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

Audit Period: 9/1/2020 to 12/31/2022

Benefit Period Begins: 9/1/2020

Benefit Period Ends: 12/31/2020

Report Type: Final Report

**Plumber - AJ**

**1000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Sep - 2020 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $19.80 | TRADE ED. FUND $1.35 | 401 (K) PLAN $10.05 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 63.75 | $ 31.76 | $ 2,194.34 | $ 1,262.25 | $ 86.06 | $ 640.69 | $ 35.70 | $ 140.95 | $ 25.50 | $ 3.19 |
| | **Total for Sep - 2020** | | **63.75** | **$ 31.76** | **$ 2,194.34** | **$ 1,262.25** | **$ 86.06** | **$ 640.69** | **$ 35.70** | **$ 140.95** | **$ 25.50** | **$ 3.19** |

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Oct - 2020 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $19.80 | TRADE ED. FUND $1.85 | 401 (K) PLAN $10.05 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 92.75 | $ 32.26 | $ 3,238.93 | $ 1,836.45 | $ 171.59 | $ 932.14 | $ 51.94 | $ 205.07 | $ 37.10 | $ 4.64 |
| XXX-XX-9081 | MARTINO JAY J | 200 | 10.00 | $ 64.52 | $ 697.92 | $ 396.00 | $ 37.00 | $ 201.00 | $ 11.20 | $ 44.22 | $ 8.00 | $ 0.50 |
| | **Total for Oct - 2020** | | **102.75** | **$ 96.78** | **$ 3,936.85** | **$ 2,232.45** | **$ 208.59** | **$ 1,133.14** | **$ 63.14** | **$ 249.29** | **$ 45.10** | **$ 5.14** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments** Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

Audit Period: 9/1/2020 to 12/31/2022

Benefit Period Begins: 9/1/2020

Benefit Period Ends: 12/31/2020

Report Type: Final Report

**Plumber - AJ**

**1000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Nov - 2020 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $19.80 | TRADE ED. FUND $1.85 | 401 (K) PLAN $10.05 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 108.50 | $ 32.26 | $ 3,788.94 | $ 2,148.30 | $ 200.73 | $ 1,090.43 | $ 60.76 | $ 239.89 | $ 43.40 | $ 5.43 |
| XXX-XX-9081 | MARTINO JAY J | 200 | 16.50 | $ 64.52 | $ 1,151.57 | $ 653.40 | $ 61.05 | $ 331.65 | $ 18.48 | $ 72.96 | $ 13.20 | $ 0.83 |
| | **Total for Nov - 2020** | | **125.00** | **$ 96.78** | **$ 4,940.51** | **$ 2,801.70** | **$ 261.78** | **$ 1,422.08** | **$ 79.24** | **$ 312.85** | **$ 56.60** | **$ 6.26** |

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Dec - 2020 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $19.80 | TRADE ED. FUND $1.85 | 401 (K) PLAN $10.05 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 51.50 | $ 32.26 | $ 1,857.12 | $ 1,019.70 | $ 95.28 | $ 517.58 | $ 28.84 | $ 172.54 | $ 20.60 | $ 2.58 |
| XXX-XX-9081 | MARTINO JAY J | 200 | 0.50 | $ 64.52 | $ 34.90 | $ 19.80 | $ 1.85 | $ 10.05 | $ 0.56 | $ 2.21 | $ 0.40 | $ 0.03 |
| | **Total for Dec - 2020** | | **52.00** | **$ 96.78** | **$ 1,892.02** | **$ 1,039.50** | **$ 97.13** | **$ 527.63** | **$ 29.40** | **$ 174.75** | **$ 21.00** | **$ 2.61** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments**

Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

Audit Period: 9/1/2020 to 12/31/2022

Benefit Period Begins: 1/1/2021

Benefit Period Ends: 6/30/2021

Report Type: Final Report

**Plumber - AJ**

**1000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Jan - 2021 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $19.80 | TRADE ED. FUND $1.85 | 401 (K) PLAN $10.05 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 44.00 | $ 32.26 | $ 1,555.68 | $ 871.20 | $ 81.40 | $ 442.20 | $ 24.64 | $ 116.44 | $ 17.60 | $ 2.20 |
| XXX-XX-9081 | MARTINO JAY J | 200 | 0.50 | $ 64.52 | $ 34.90 | $ 19.80 | $ 1.85 | $ 10.05 | $ 0.56 | $ 2.21 | $ 0.40 | $ 0.03 |
| | **Total for Jan - 2021** | | **44.50** | **$ 96.78** | **$ 1,590.58** | **$ 891.00** | **$ 83.25** | **$ 452.25** | **$ 25.20** | **$ 118.65** | **$ 18.00** | **$ 2.23** |

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Jun - 2021 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $19.80 | TRADE ED. FUND $1.85 | 401 (K) PLAN $10.05 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 80.25 | $ 32.26 | $ 2,808.57 | $ 1,588.95 | $ 148.46 | $ 806.51 | $ 44.94 | $ 183.60 | $ 32.10 | $ 4.01 |
| XXX-XX-9081 | MARTINO JAY J | 200 | 7.50 | $ 64.52 | $ 519.51 | $ 297.00 | $ 27.75 | $ 150.75 | $ 8.40 | $ 29.23 | $ 6.00 | $ 0.38 |
| | **Total for Jun - 2021** | | **87.75** | **$ 96.78** | **$ 3,328.08** | **$ 1,885.95** | **$ 176.21** | **$ 957.26** | **$ 53.34** | **$ 212.83** | **$ 38.10** | **$ 4.39** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments**

Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

Audit Period: 9/1/2020 to 12/31/2022

Benefit Period Begins: 7/1/2021

Benefit Period Ends: 6/30/2022

Report Type: Final Report

**Plumber - AJ**

**1000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Jul - 2021 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.45 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 2.25 | $ 33.86 | $ 87.55 | $ 46.01 | $ 4.16 | $ 24.75 | $ 1.26 | $ 10.36 | $ 0.90 | $ 0.11 |
| | **Total for Jul - 2021** | | **2.25** | **$ 33.86** | **$ 87.55** | **$ 46.01** | **$ 4.16** | **$ 24.75** | **$ 1.26** | **$ 10.36** | **$ 0.90** | **$ 0.11** |

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Nov - 2021 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.45 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 41.75 | $ 33.86 | $ 1,514.25 | $ 853.79 | $ 77.24 | $ 459.25 | $ 23.38 | $ 81.80 | $ 16.70 | $ 2.09 |
| | **Total for Nov - 2021** | | **41.75** | **$ 33.86** | **$ 1,514.25** | **$ 853.79** | **$ 77.24** | **$ 459.25** | **$ 23.38** | **$ 81.80** | **$ 16.70** | **$ 2.09** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments** Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

Audit Period: 9/1/2020 to 12/31/2022

Benefit Period Begins: 7/1/2021

Benefit Period Ends: 6/30/2022

Report Type: Final Report

**Plumber - AJ**

**1000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Dec - 2021 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.45 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 61.00 | $ 33.86 | $ 2,262.74 | $ 1,247.45 | $ 112.85 | $ 671.00 | $ 34.16 | $ 169.83 | $ 24.40 | $ 3.05 |
| | **Total for Dec - 2021** | | **61.00** | **$ 33.86** | **$ 2,262.74** | **$ 1,247.45** | **$ 112.85** | **$ 671.00** | **$ 34.16** | **$ 169.83** | **$ 24.40** | **$ 3.05** |

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Jan - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.45 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 43.00 | $ 33.86 | $ 1,559.58 | $ 879.35 | $ 79.55 | $ 473.00 | $ 24.08 | $ 84.25 | $ 17.20 | $ 2.15 |
| | **Total for Jan - 2022** | | **43.00** | **$ 33.86** | **$ 1,559.58** | **$ 879.35** | **$ 79.55** | **$ 473.00** | **$ 24.08** | **$ 84.25** | **$ 17.20** | **$ 2.15** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments** Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

Audit Period: 9/1/2020 to 12/31/2022

Benefit Period Begins: 7/1/2021

Benefit Period Ends: 6/30/2022

Report Type: Final Report

**Plumber - AJ**

**1000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Feb - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.45 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 46.50 | $ 33.86 | $ 1,736.15 | $ 950.92 | $ 86.03 | $ 511.50 | $ 26.04 | $ 140.73 | $ 18.60 | $ 2.33 |
| XXX-XX-9081 | MARTINO JAY J | 200 | 12.50 | $ 67.72 | $ 906.11 | $ 511.25 | $ 46.25 | $ 275.00 | $ 14.00 | $ 48.98 | $ 10.00 | $ 0.63 |
| | **Total for Feb - 2022** | | **59.00** | **$ 101.58** | **$ 2,642.26** | **$ 1,462.17** | **$ 132.28** | **$ 786.50** | **$ 40.04** | **$ 189.71** | **$ 28.60** | **$ 2.96** |

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Mar - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.45 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 103.75 | $ 33.86 | $ 3,762.96 | $ 2,121.69 | $ 191.94 | $ 1,141.25 | $ 58.10 | $ 203.29 | $ 41.50 | $ 5.19 |
| | **Total for Mar - 2022** | | **103.75** | **$ 33.86** | **$ 3,762.96** | **$ 2,121.69** | **$ 191.94** | **$ 1,141.25** | **$ 58.10** | **$ 203.29** | **$ 41.50** | **$ 5.19** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments** Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

Audit Period: 9/1/2020 to 12/31/2022

Benefit Period Begins: 7/1/2021

Benefit Period Ends: 6/30/2022

Report Type: Final Report

**Plumber - AJ**

**1000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Apr - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.45 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 165.75 | $ 33.86 | $ 6,018.79 | $ 3,389.59 | $ 306.64 | $ 1,823.25 | $ 92.82 | $ 331.90 | $ 66.30 | $ 8.29 |
| XXX-XX-9081 | MARTINO JAY J | 200 | 29.25 | $ 67.72 | $ 2,120.30 | $ 1,196.33 | $ 108.23 | $ 643.50 | $ 32.76 | $ 114.62 | $ 23.40 | $ 1.46 |
| | **Total for Apr - 2022** | | **195.00** | **$ 101.58** | **$ 8,139.09** | **$ 4,585.92** | **$ 414.87** | **$ 2,466.75** | **$ 125.58** | **$ 446.52** | **$ 89.70** | **$ 9.75** |

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | May - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.45 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 112.75 | $ 33.86 | $ 4,089.38 | $ 2,305.74 | $ 208.59 | $ 1,240.25 | $ 63.14 | $ 220.92 | $ 45.10 | $ 5.64 |
| | **Total for May - 2022** | | **112.75** | **$ 33.86** | **$ 4,089.38** | **$ 2,305.74** | **$ 208.59** | **$ 1,240.25** | **$ 63.14** | **$ 220.92** | **$ 45.10** | **$ 5.64** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments**

Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

Audit Period: 9/1/2020 to 12/31/2022

Benefit Period Begins: 7/1/2021

Benefit Period Ends: 6/30/2022

Report Type: Final Report

**Plumber - AJ**

**1000**

| SOCIAL SECURITY | EMPLOYEE | % | Jun - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | FUNDS ASSESSMENT: WELFARE $20.45 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | UNION ASSESSMENT: ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| XXX-XX-9081 | MARTINO JAY J | 100 | 104.00 | $ 33.86 | $ 3,787.96 | $ 2,126.80 | $ 192.40 | $ 1,144.00 | $ 58.24 | $ 219.72 | $ 41.60 | $ 5.20 |
| | **Total for Jun - 2022** | | **104.00** | **$ 33.86** | **$ 3,787.96** | **$ 2,126.80** | **$ 192.40** | **$ 1,144.00** | **$ 58.24** | **$ 219.72** | **$ 41.60** | **$ 5.20** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments**

Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

Audit Period: 9/1/2020 to 12/31/2022

Benefit Period Begins: 7/1/2022

Benefit Period Ends: 12/31/2022

Report Type: Final Report

**Plumber - AJ**

**1000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Jul - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.84 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.15 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 120.75 | $ 34.25 | $ 4,470.35 | $ 2,516.43 | $ 223.39 | $ 1,328.25 | $ 67.62 | $ 268.25 | $ 48.30 | $ 18.11 |
| XXX-XX-9081 | MARTINO JAY J | 200 | 30.00 | $ 68.50 | $ 2,203.13 | $ 1,250.40 | $ 111.00 | $ 660.00 | $ 33.60 | $ 119.63 | $ 24.00 | $ 4.50 |
| | **Total for Jul - 2022** | | **150.75** | **$ 102.75** | **$ 6,673.48** | **$ 3,766.83** | **$ 334.39** | **$ 1,988.25** | **$ 101.22** | **$ 387.88** | **$ 72.30** | **$ 22.61** |

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Aug - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.84 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.15 |
| XXX-XX-9081 | MARTINO JAY J | 200 | 22.25 | $ 68.50 | $ 1,633.99 | $ 927.38 | $ 82.33 | $ 489.50 | $ 24.92 | $ 88.72 | $ 17.80 | $ 3.34 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 97.00 | $ 34.25 | $ 3,568.99 | $ 2,021.48 | $ 179.45 | $ 1,067.00 | $ 54.32 | $ 193.39 | $ 38.80 | $ 14.55 |
| | **Total for Aug - 2022** | | **119.25** | **$ 102.75** | **$ 5,202.98** | **$ 2,948.86** | **$ 261.78** | **$ 1,556.50** | **$ 79.24** | **$ 282.11** | **$ 56.60** | **$ 17.89** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments** Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

Audit Period: 9/1/2020 to 12/31/2022

Benefit Period Begins: 7/1/2022

Benefit Period Ends: 12/31/2022

Report Type: Final Report

**Plumber - AJ**

**1000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Sep - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.84 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.15 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 88.50 | $ 34.25 | $ 3,256.25 | $ 1,844.34 | $ 163.72 | $ 973.50 | $ 49.56 | $ 176.45 | $ 35.40 | $ 13.28 |
| XXX-XX-9081 | MARTINO JAY J | 200 | 1.50 | $ 68.50 | $ 110.15 | $ 62.52 | $ 5.55 | $ 33.00 | $ 1.68 | $ 5.98 | $ 1.20 | $ 0.22 |
| | **Total for Sep - 2022** | | **90.00** | **$ 102.75** | **$ 3,366.40** | **$ 1,906.86** | **$ 169.27** | **$ 1,006.50** | **$ 51.24** | **$ 182.43** | **$ 36.60** | **$ 13.50** |

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Oct - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.84 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.15 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 113.50 | $ 34.25 | $ 4,176.09 | $ 2,365.34 | $ 209.98 | $ 1,248.50 | $ 63.56 | $ 226.29 | $ 45.40 | $ 17.02 |
| | **Total for Oct - 2022** | | **113.50** | **$ 34.25** | **$ 4,176.09** | **$ 2,365.34** | **$ 209.98** | **$ 1,248.50** | **$ 63.56** | **$ 226.29** | **$ 45.40** | **$ 17.02** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments** Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

Audit Period: 9/1/2020 to 12/31/2022

Benefit Period Begins: 7/1/2022

Benefit Period Ends: 12/31/2022

Report Type: Final Report

**Plumber - AJ**

**1000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Nov - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.84 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.15 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 105.50 | $ 34.25 | $ 3,881.74 | $ 2,198.62 | $ 195.18 | $ 1,160.50 | $ 59.08 | $ 210.34 | $ 42.20 | $ 15.82 |
| XXX-XX-9081 | MARTINO JAY J | 200 | 14.50 | $ 68.50 | $ 1,064.84 | $ 604.36 | $ 53.65 | $ 319.00 | $ 16.24 | $ 57.82 | $ 11.60 | $ 2.17 |
| | **Total for Nov - 2022** | | **120.00** | **$ 102.75** | **$ 4,946.58** | **$ 2,802.98** | **$ 248.83** | **$ 1,479.50** | **$ 75.32** | **$ 268.16** | **$ 53.80** | **$ 17.99** |

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Dec - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $20.84 | TRADE ED. FUND $1.85 | 401 (K) PLAN $11.00 | PROMO FUND $0.56 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.40 | PAC FUND $0.15 |
| XXX-XX-9081 | MARTINO JAY J | 100 | 40.00 | $ 34.25 | $ 1,505.30 | $ 833.60 | $ 74.00 | $ 440.00 | $ 22.40 | $ 113.30 | $ 16.00 | $ 6.00 |
| XXX-XX-9081 | MARTINO JAY J | 200 | 1.50 | $ 68.50 | $ 110.15 | $ 62.52 | $ 5.55 | $ 33.00 | $ 1.68 | $ 5.98 | $ 1.20 | $ 0.22 |
| | **Total for Dec - 2022** | | **41.50** | **$ 102.75** | **$ 1,615.45** | **$ 896.12** | **$ 79.55** | **$ 473.00** | **$ 24.08** | **$ 119.28** | **$ 17.20** | **$ 6.22** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments** Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

Audit Period: 9/1/2020 to 12/31/2022

Benefit Period Begins: 1/1/2021

Benefit Period Ends: 12/31/2021

Report Type: Final Report

**Plumber - BJ**

**2000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Nov - 2021 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $13.10 | TRADE ED. FUND $0.45 | 401 (K) PLAN $2.00 | PROMO FUND $0.28 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.20 | PAC FUND $0.05 |
| XXX-XX-8738 | MCGREGOR CHAD | 100 | 4.00 | $ 15.83 | $ 72.41 | $ 52.40 | $ 1.80 | $ 8.00 | $ 1.12 | $ 7.69 | $ 1.20 | $ 0.20 |
| XXX-XX-8738 | MCGREGOR CHAD | 100 | 36.00 | $ 15.83 | $ 625.01 | $ 471.60 | $ 16.20 | $ 72.00 | $ 10.08 | $ 46.13 | $ 7.20 | $ 1.80 |
| | **Total for Nov - 2021** | | **40.00** | **$ 31.66** | **$ 697.42** | **$ 524.00** | **$ 18.00** | **$ 80.00** | **$ 11.20** | **$ 53.82** | **$ 8.40** | **$ 2.00** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments** Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

Audit Period: 9/1/2020 to 12/31/2022

Benefit Period Begins: 1/1/2022

Benefit Period Ends: 12/31/2022

Report Type: Final Report

**Plumber - BJ**

**2000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Oct - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $13.70 | TRADE ED. FUND $0.60 | 401 (K) PLAN $2.15 | PROMO FUND $0.28 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.20 | PAC FUND $0.05 |
| XXX-XX-8738 | MCGREGOR CHAD | 100 | 32.00 | $ 16.73 | $ 584.37 | $ 438.40 | $ 19.20 | $ 68.80 | $ 8.96 | $ 41.01 | $ 6.40 | $ 1.60 |
| | **Total for Oct - 2022** | | **32.00** | **$ 16.73** | **$ 584.37** | **$ 438.40** | **$ 19.20** | **$ 68.80** | **$ 8.96** | **$ 41.01** | **$ 6.40** | **$ 1.60** |

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Nov - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $13.70 | TRADE ED. FUND $0.60 | 401 (K) PLAN $2.15 | PROMO FUND $0.28 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.20 | PAC FUND $0.05 |
| XXX-XX-8738 | MCGREGOR CHAD | 100 | 24.00 | $ 16.73 | $ 438.28 | $ 328.80 | $ 14.40 | $ 51.60 | $ 6.72 | $ 30.76 | $ 4.80 | $ 1.20 |
| XXX-XX-8738 | MCGREGOR CHAD | 100 | 10.00 | $ 16.73 | $ 190.02 | $ 137.00 | $ 6.00 | $ 21.50 | $ 2.80 | $ 19.22 | $ 3.00 | $ 0.50 |
| | **Total for Nov - 2022** | | **34.00** | **$ 33.46** | **$ 628.30** | **$ 465.80** | **$ 20.40** | **$ 73.10** | **$ 9.52** | **$ 49.98** | **$ 7.80** | **$ 1.70** |

**Schedule # 2** **Detail of Findings - Funds / Union Assessments** Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds

Employer: 12458

Employer #: SPRAY IN PLACE SOLUTIONS, LLC

Audit Period: 9/1/2020 to 12/31/2022

Benefit Period Begins: 1/1/2022

Benefit Period Ends: 12/31/2022

Report Type: Final Report

**Plumber - BJ**

**2000**

| | | | | | | FUNDS ASSESSMENT | | | | UNION ASSESSMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY | EMPLOYEE | % | Dec - 2022 UNREPORTED UNITS | TOTAL FUNDS ASSESSMENT RATE | All FUND AND UNION ASSESSMENT | WELFARE $13.70 | TRADE ED. FUND $0.60 | 401 (K) PLAN $2.15 | PROMO FUND $0.28 | ASSESSMENT AT 2.75 % | ORGANIZING FUND $0.20 | PAC FUND $0.05 |
| XXX-XX-8738 | MCGREGOR CHAD | 100 | 48.00 | $ 16.73 | $ 876.55 | $ 657.60 | $ 28.80 | $ 103.20 | $ 13.44 | $ 61.51 | $ 9.60 | $ 2.40 |
| XXX-XX-8738 | MCGREGOR CHAD | 100 | 1.00 | $ 16.73 | $ 19.00 | $ 13.70 | $ 0.60 | $ 2.15 | $ 0.28 | $ 1.92 | $ 0.30 | $ 0.05 |
| | **Total for Dec - 2022** | | **49.00** | **$ 33.46** | **$ 895.55** | **$ 671.30** | **$ 29.40** | **$ 105.35** | **$ 13.72** | **$ 63.43** | **$ 9.90** | **$ 2.45** |

**Joint Plumbing Industry Board**

**Plumbers Local Union No. 1 Trust Funds**

**SPRAY IN PLACE SOLUTIONS, LLC**

***Prepared by: Schultheis & Panettieri LLP***

**Final Report -**

## Deferral Difference

| Name | SSN | Week Ending | Audited Deferrals | Reported Deferrals | Deferral Diff | Lost Earnings | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total: | | |
| | | | | | | | Grand Total: | | |

**Joint Plumbing Industry Board**
**Plumbers Local Union No. 1 Trust Funds**
**SPRAY IN PLACE SOLUTIONS, LLC**
***Prepared by: Schultheis & Panettieri LLP***

**Final Report -**

## Missed Deferrals

| Name | SSN | Week Ending | Audited Wages | Reported Wages | Wage Difference | Reported % | Enrollment % | Missed Deferrals (@ 50%) | Lost Earnings | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | **Total:** | |
| | | | | | | | | | | | **Grand Total:** | |

**Joint Plumbing Industry Board**
**Plumbers Local Union No. 1 Trust Funds**
**SPRAY IN PLACE SOLUTIONS, LLC**
***Prepared by: Schultheis & Panettieri LLP***

**Final Report - 08/26/2025**

## ASB-C Findings

| Name | SSN | Week Ending | Audited Wages | Reported Wages | Wage Diff | 5% Wage Diff | Lost Earnings | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| MARTINO, JAY J | XXX-XX-9081 | 1/8/2021 | 643.20 | 0.00 | 643.20 | 32.16 | 3.29 | 16.22 | 7.09 | 58.76 |
| MARTINO, JAY J | XXX-XX-9081 | 1/15/2021 | 321.60 | 0.00 | 321.60 | 16.08 | 1.64 | 8.07 | 3.54 | 29.33 |
| MARTINO, JAY J | XXX-XX-9081 | 1/29/2021 | 3,296.40 | 0.00 | 3,296.40 | 164.82 | 16.19 | 81.78 | 36.20 | 298.99 |
| MARTINO, JAY J | XXX-XX-9081 | 6/4/2021 | 4,054.90 | 0.00 | 4,054.90 | 202.75 | 17.81 | 92.03 | 44.11 | 356.70 |
| MARTINO, JAY J | XXX-XX-9081 | 6/11/2021 | 1,700.40 | 0.00 | 1,700.40 | 85.02 | 7.42 | 38.39 | 18.49 | 149.32 |
| MARTINO, JAY J | XXX-XX-9081 | 6/18/2021 | 1,718.12 | 0.00 | 1,718.12 | 85.91 | 7.45 | 38.60 | 18.67 | 150.63 |
| MARTINO, JAY J | XXX-XX-9081 | 7/30/2021 | 160.31 | 0.00 | 160.31 | 8.02 | 0.75 | 3.52 | 1.75 | 14.04 |
| MARTINO, JAY J | XXX-XX-9081 | 11/19/2021 | 1,977.60 | 0.00 | 1,977.60 | 98.88 | 7.32 | 39.42 | 21.24 | 166.86 |
| MARTINO, JAY J | XXX-XX-9081 | 11/26/2021 | 659.20 | 0.00 | 659.20 | 32.96 | 2.42 | 13.07 | 7.08 | 55.53 |
| MARTINO, JAY J | XXX-XX-9081 | 12/3/2021 | 2,066.25 | 0.00 | 2,066.25 | 103.31 | 7.53 | 41.36 | 22.17 | 174.37 |
| MARTINO, JAY J | XXX-XX-9081 | 12/17/2021 | 961.88 | 0.00 | 961.88 | 48.09 | 3.45 | 19.03 | 10.31 | 80.88 |
| MARTINO, JAY J | XXX-XX-9081 | 12/24/2021 | 2,567.50 | 0.00 | 2,567.50 | 128.38 | 9.14 | 50.52 | 27.50 | 215.54 |
| MARTINO, JAY J | XXX-XX-9081 | 12/31/2021 | 320.63 | 0.00 | 320.63 | 16.03 | 1.13 | 6.27 | 3.43 | 26.86 |
| MARTINO, JAY J | XXX-XX-9081 | 1/14/2022 | 1,667.50 | 0.00 | 1,667.50 | 83.38 | 5.79 | 31.73 | 17.83 | 138.73 |
| MARTINO, JAY J | XXX-XX-9081 | 1/21/2022 | 1,450.00 | 0.00 | 1,450.00 | 72.50 | 4.99 | 27.43 | 15.50 | 120.42 |
| MARTINO, JAY J | XXX-XX-9081 | 2/4/2022 | 2,906.26 | 0.00 | 2,906.26 | 145.31 | 9.84 | 54.32 | 31.03 | 240.50 |
| MARTINO, JAY J | XXX-XX-9081 | 2/11/2022 | 1,471.25 | 0.00 | 1,471.25 | 73.56 | 4.94 | 27.34 | 15.70 | 121.54 |
| MARTINO, JAY J | XXX-XX-9081 | 2/18/2022 | 242.00 | 0.00 | 242.00 | 12.10 | 0.81 | 4.47 | 2.58 | 19.96 |
| MARTINO, JAY J | XXX-XX-9081 | 2/25/2022 | 1,332.19 | 0.00 | 1,332.19 | 66.61 | 4.40 | 24.45 | 14.20 | 109.66 |
| MARTINO, JAY J | XXX-XX-9081 | 3/11/2022 | 2,211.25 | 0.00 | 2,211.25 | 110.56 | 7.17 | 40.09 | 23.55 | 181.37 |
| MARTINO, JAY J | XXX-XX-9081 | 3/18/2022 | 2,827.50 | 0.00 | 2,827.50 | 141.38 | 9.09 | 50.95 | 30.09 | 231.51 |
| MARTINO, JAY J | XXX-XX-9081 | 3/25/2022 | 2,483.13 | 0.00 | 2,483.13 | 124.16 | 7.91 | 44.47 | 26.41 | 202.95 |
| MARTINO, JAY J | XXX-XX-9081 | 4/1/2022 | 2,773.13 | 0.00 | 2,773.13 | 138.66 | 8.72 | 49.34 | 29.48 | 226.20 |
| MARTINO, JAY J | XXX-XX-9081 | 4/8/2022 | 4,821.25 | 0.00 | 4,821.25 | 241.06 | 14.98 | 85.23 | 51.21 | 392.48 |
| MARTINO, JAY J | XXX-XX-9081 | 4/15/2022 | 3,470.94 | 0.00 | 3,470.94 | 173.55 | 10.65 | 60.96 | 36.84 | 282.00 |
| MARTINO, JAY J | XXX-XX-9081 | 4/22/2022 | 1,323.13 | 0.00 | 1,323.13 | 66.16 | 4.01 | 23.09 | 14.03 | 107.29 |
| MARTINO, JAY J | XXX-XX-9081 | 4/29/2022 | 2,809.38 | 0.00 | 2,809.38 | 140.47 | 8.41 | 48.70 | 29.78 | 227.36 |
| MARTINO, JAY J | XXX-XX-9081 | 5/6/2022 | 2,048.12 | 0.00 | 2,048.12 | 102.41 | 6.05 | 35.27 | 21.69 | 165.42 |
| MARTINO, JAY J | XXX-XX-9081 | 5/13/2022 | 1,160.00 | 0.00 | 1,160.00 | 58.00 | 3.38 | 19.84 | 12.28 | 93.50 |

Case 1:24-cv-02568-KAM-PK Document 66-19 Filed 10/12/26 Page 25 of 32 PageID #: 2410

Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds
**SPRAY IN PLACE SOLUTIONS, LLC**
***Prepared by: Schultheis & Panettieri LLP***

**Final Report - 08/26/2025**

## ASB-C Findings

| Name | SSN | Week Ending | Audited Wages | Reported Wages | Wage Diff | 5% Wage Diff | Lost Earnings | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| MARTINO, JAY J | XXX-XX-9081 | 5/20/2022 | 2,465.00 | 0.00 | 2,465.00 | 123.25 | 7.09 | 41.89 | 26.07 | 198.30 |
| MARTINO, JAY J | XXX-XX-9081 | 5/27/2022 | 2,501.25 | 0.00 | 2,501.25 | 125.06 | 7.10 | 42.22 | 26.43 | 200.81 |
| MARTINO, JAY J | XXX-XX-9081 | 6/3/2022 | 2,374.38 | 0.00 | 2,374.38 | 118.72 | 6.65 | 39.81 | 25.07 | 190.25 |
| MARTINO, JAY J | XXX-XX-9081 | 6/10/2022 | 2,156.88 | 0.00 | 2,156.88 | 107.84 | 5.96 | 35.92 | 22.76 | 172.48 |
| MARTINO, JAY J | XXX-XX-9081 | 6/17/2022 | 2,156.88 | 0.00 | 2,156.88 | 107.84 | 5.87 | 35.67 | 22.74 | 172.12 |
| MARTINO, JAY J | XXX-XX-9081 | 6/24/2022 | 1,214.38 | 0.00 | 1,214.38 | 60.72 | 3.26 | 19.95 | 12.80 | 96.73 |
| MARTINO, JAY J | XXX-XX-9081 | 7/1/2022 | 1,341.25 | 0.00 | 1,341.25 | 67.06 | 16.90 | 26.02 | 16.79 | 126.77 |
| MARTINO, JAY J | XXX-XX-9081 | 7/8/2022 | 1,830.63 | 0.00 | 1,830.63 | 91.53 | 23.07 | 35.29 | 22.92 | 172.81 |
| MARTINO, JAY J | XXX-XX-9081 | 7/15/2022 | 3,045.00 | 0.00 | 3,045.00 | 152.25 | 38.01 | 58.22 | 38.05 | 286.53 |
| MARTINO, JAY J | XXX-XX-9081 | 7/22/2022 | 362.50 | 0.00 | 362.50 | 18.13 | 4.50 | 6.88 | 4.53 | 34.04 |
| MARTINO, JAY J | XXX-XX-9081 | 7/29/2022 | 8,407.82 | 0.00 | 8,407.82 | 420.39 | 103.94 | 158.45 | 104.87 | 787.65 |
| MARTINO, JAY J | XXX-XX-9081 | 8/5/2022 | 2,247.50 | 0.00 | 2,247.50 | 112.38 | 27.65 | 42.05 | 28.01 | 210.09 |
| MARTINO, JAY J | XXX-XX-9081 | 8/12/2022 | 5,798.80 | 0.00 | 5,798.80 | 289.94 | 70.99 | 107.69 | 72.19 | 540.81 |
| MARTINO, JAY J | XXX-XX-9081 | 8/19/2022 | 1,312.01 | 0.00 | 1,312.01 | 65.60 | 15.98 | 24.18 | 16.32 | 122.08 |
| MARTINO, JAY J | XXX-XX-9081 | 8/26/2022 | 1,398.72 | 0.00 | 1,398.72 | 69.94 | 16.96 | 25.59 | 17.38 | 129.87 |
| MARTINO, JAY J | XXX-XX-9081 | 9/2/2022 | 1,706.84 | 0.00 | 1,706.84 | 85.34 | 20.59 | 31.00 | 21.19 | 158.12 |
| MARTINO, JAY J | XXX-XX-9081 | 9/16/2022 | 3,369.83 | 0.00 | 3,369.83 | 168.49 | 40.25 | 60.28 | 41.75 | 310.77 |
| MARTINO, JAY J | XXX-XX-9081 | 9/23/2022 | 1,447.84 | 0.00 | 1,447.84 | 72.39 | 17.21 | 25.70 | 17.92 | 133.22 |
| MARTINO, JAY J | XXX-XX-9081 | 9/30/2022 | 1,366.78 | 0.00 | 1,366.78 | 68.34 | 16.15 | 24.07 | 16.90 | 125.46 |
| MARTINO, JAY J | XXX-XX-9081 | 10/7/2022 | 2,283.75 | 0.00 | 2,283.75 | 114.19 | 26.82 | 39.91 | 28.20 | 209.12 |
| MARTINO, JAY J | XXX-XX-9081 | 10/14/2022 | 1,214.38 | 0.00 | 1,214.38 | 60.72 | 14.18 | 21.05 | 14.98 | 110.93 |
| MARTINO, JAY J | XXX-XX-9081 | 10/21/2022 | 2,138.75 | 0.00 | 2,138.75 | 106.94 | 24.81 | 36.78 | 26.35 | 194.88 |
| MARTINO, JAY J | XXX-XX-9081 | 10/28/2022 | 2,580.88 | 0.00 | 2,580.88 | 129.04 | 29.76 | 44.03 | 31.76 | 234.59 |
| MARTINO, JAY J | XXX-XX-9081 | 11/4/2022 | 3,117.50 | 0.00 | 3,117.50 | 155.88 | 35.73 | 52.76 | 38.32 | 282.69 |
| MARTINO, JAY J | XXX-XX-9081 | 11/11/2022 | 2,892.96 | 0.00 | 2,892.96 | 144.65 | 32.95 | 48.56 | 35.52 | 261.68 |
| MARTINO, JAY J | XXX-XX-9081 | 11/18/2022 | 3,998.20 | 0.00 | 3,998.20 | 199.91 | 45.25 | 66.56 | 49.03 | 360.75 |
| MARTINO, JAY J | XXX-XX-9081 | 11/25/2022 | 1,926.75 | 0.00 | 1,926.75 | 96.34 | 21.67 | 31.81 | 23.60 | 173.42 |
| MARTINO, JAY J | XXX-XX-9081 | 12/2/2022 | 1,651.60 | 0.00 | 1,651.60 | 82.58 | 18.46 | 27.63 | 20.21 | 148.88 |
| MARTINO, JAY J | XXX-XX-9081 | 12/9/2022 | 3,826.40 | 0.00 | 3,826.40 | 191.32 | 42.50 | 63.48 | 46.76 | 344.06 |

Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds
SPRAY IN PLACE SOLUTIONS, LLC
*Prepared by: Schultheis & Panettieri LLP*

**Final Report - 08/26/2025**

## ASB-C Findings

| Name | SSN | Week Ending | Audited Wages | Reported Wages | Wage Diff | 5% Wage Diff | Lost Earnings | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| MARTINO, JAY J | XXX-XX-9081 | 12/23/2022 | 145.00 | 0.00 | 145.00 | 7.25 | 1.59 | 2.37 | 1.77 | 12.98 |

**Total:** **11,141.59**

**Grand Total:** **11,141.59**

**Joint Plumbing Industry Board**
**Plumbers Local Union No.1 Trust Funds**
**SPRAY IN PLACE SOLUTIONS, LLC**
***Prepared by: Schultheis & Panettieri LLP***

**Final Report - 8/26/2025**

**Summary of Delinquent Benefit Contributions, 401K delinquencies and or Union Assessments**
**For the Audit Period**
**9/1/2020 to 12/31/2022**

## Delinquent Benefit Contributions to Local Union No.1 Trust Funds

| | Fund Deficiency | Allocated Interest | Liquidated Damages |
|---|---|---|---|
| Welfare Fund | $ 42,528.26 | $ 16,725.18 | $ 8,505.65 |
| Trade Educational Fund | $ 3,717.70 | $ 1,469.06 | $ 743.54 |
| 401(k) Plan - Employer Portion | $ 21,619.30 | $ 8,520.09 | $ 4,323.86 |
| Promotion Fund | $ 1,152.06 | $ 456.11 | $ 0.00 |
| **Total Delinquent Benefit Contributions to Local Union No.1 Trust Funds** | **$ 69,017.32** | **$ 27,170.44** | **$ 13,573.05** |

## Delinquent Contributions to Union

| | Fund Deficiency | Allocated Interest | Liquidated Damages |
|---|---|---|---|
| Union Assessment | $ 4,510.11 | $ 1,806.99 | $ 0.00 |
| Organizing Fund | $ 824.40 | $ 326.29 | $ 0.00 |
| PAC Fund | $ 162.94 | $ 58.99 | $ 0.00 |
| **Total Delinquent Contribution to Union** | **$ 5,497.45** | **$ 2,192.27** | **$ 0.00** |

| | | | |
|---|---|---|---|
| **Total Delinquent Contributions** | **$ 74,514.77** | **$ 29,362.71** | **$ 13,573.05** |

**Joint Plumbing Industry Board**

**Plumbers Local Union No.1 Trust Funds**

**SPRAY IN PLACE SOLUTIONS, LLC**

***Prepared by: Schultheis & Panettieri LLP***

**Final Report - 8/26/2025**

**Summary of Delinquent Benefit Contributions, 401K delinquencies and or Union Assessments**
**For the Audit Period**
**9/1/2020 to 12/31/2022**

## 401K Delinquencies

| | Deferral Difference | Lost Earnings | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|---|
| Deferral Difference | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | Missed Deferrals | Lost Earnings | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|---|
| Missed Deferrals | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total 401K Delinquencies** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## ASB-C Findings

| | 5% Wage Diff | Lost Earnings | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|---|
| ASB-C Findings | $ 6,386.31 | $ 938.53 | $ 2,351.78 | $ 1,464.97 | $ 11,141.59 |
| **Total ASB-C Findings** | **$ 6,386.31** | **$ 938.53** | **$ 2,351.78** | **$ 1,464.97** | **$ 11,141.59** |

| | |
|---|---|
| **Subtotal Due to Plumbers Local Union No. 1 Trust Funds** | **$128,592.12** |
| **Audit Cost** | **$ 8,154.45** |
| **Total Due to Plumbers Local Union No. 1 Trust Funds for audit period 9/1/2020 through 12/31/2022** | **$ 136,746.57** |

**Joint Plumbing Industry Board**
**Plumbers Local Union No.1 Trust Funds**
**SPRAY IN PLACE SOLUTIONS, LLC**
***Prepared by: Schultheis & Panettieri LLP***

**Final Report - 8/26/2025**

---

**Summary of Delinquent Benefit Contributions, 401K delinquencies and or Union Assessments**
**For the Audit Period**
**9/1/2020 to 12/31/2022**

| | |
|---|---|
| **Additional Outstanding Delinquencies on file with Plumbers Local Union No. 1 Fund Office** | **$ 18,067.33** |
| **Grand Total Due to Plumbers Local Union No. 1 Trust Funds** | **$ 154,813.90** |

**Joint Plumbing Industry Board**

**Plumbers Local Union No. 1 Trust Funds**

**SPRAY IN PLACE SOLUTIONS, LLC**

***Prepared by: Schultheis & Panettieri LLP***

**Final Report - 8/26/2025**

**Summary of Interest & Liquidated Damages**
**For the Audit Period**
**9/1/2020 to 12/31/2022**

**Interest on Amounts Owed to Plumbers Local One - calculated at 10% per annum. Calculate Interest through: 8/26/2025**

| Year | Balance Forward | Eligible Funds Deficiency | Interest On Deficiency | Interest Plus Deficiency |
|---|---|---|---|---|
| 2020 | $ 0.00 | $ 12,963.72 | $ 96.33 | $ 13,060.05 |
| 2021 | $ 13,060.05 | $ 9,480.62 | $ 1,598.26 | $ 24,138.93 |
| 2022 | $ 24,138.93 | $ 52,070.43 | $ 4,405.37 | $ 80,614.73 |
| 2023 | $ 80,614.73 | $ 0.00 | $ 8,061.47 | $ 88,676.20 |
| 2024 | $ 88,676.20 | $ 0.00 | $ 8,867.62 | $ 97,543.82 |
| 2025 | $ 97,543.82 | $ 0.00 | $ 6,333.66 | $ 103,877.48 |
| **Total Interest Due to Plumbers Local One** | | | **$ 29,362.71** | |

**Liquidated Damages calculated at 20%**

| Eligible Funds | Eligible Funds Deficiency | Liquidated Damages |
|---|---|---|
| Welfare Fund | $ 42,528.26 | $ 8,505.65 |
| Trade Educational Fund | $ 3,717.70 | $ 743.54 |
| 401(k) Plan - Employer Portion | $ 21,619.30 | $ 4,323.86 |
| **Grand Total Liquidated Damages** | | **$ 13,573.05** |

**Spray In Place Solutions, LLC (12458)- ADDITIONAL OUTSTANDING DESCREPANCIES**

Fringe Interest : $832.57

Attorney Fees (through August 2025): $15,897.12

**Total Owed (incld fringes owed, excludes LD'S)** **$16,729.69**

Fringe Liquated Damages $1,337.64

**Total LD's Owed** **$1,337.64**

Schultheis & Panettieri LLP
Accountants and Consultants

**Please Reply to:**
450 Wireless Boulevard
Hauppauge, NY 11788
Telephone: (631) 273-4778
Fax: (631) 273-3488

21 Vernon Street
Floral Park, NY 11001
Telephone: (516) 216-5695

485A US Route 1 South
Suite 360
Iselin, NJ 08830
Telephone: (732) 268-1301

www.snpcpa.com

PARTNERS
Carol Westfall, CPA
Vincent F. Panettieri, CPA
Max Capone, CPA
James M. Heinzman, CPA, CFE
Donna Panettieri, CPA
Peter M. Murray, CPA, CFE
Gary Waldren, CPA
Jennifer Leible, CPA
Richard B. Silvestro, CPA
Jamie L. Krainski, CPA
Vincent A. Gelpi, CPA
Michael Garafalo, CPA, CFE
Kyle Kamm, CPA
Kim T. D'Amico, CPA

DIRECTORS
Stephen Bowen
Anthony Sgroi
William R. Shannon
William Austin
Kimberly Miller
Michael Fox
Viorel Kuzma
Justin Katulka
Allison Newton, SHRM-SCP

September 12, 2025

Spray In Place Solutions, LLC
45 Knickerbocker Avenue
Suite 1
Bohemia, NY 11716

Re: Plumbers Local Union No. 1 - Compliance procedures of
Spray In Place Solutions, LLC
for the period September 01, 2020 through December 31, 2022

Dear Employer:

We previously sent you our findings for the procedures performed for the Plumbers Local Union No. 1 Funds. We have finalized our report with no adjustments to those findings. Attached is copy of the final report.

These procedures reflect that you owe for Funds contributions and/or Union assessments in the amount of $136,746.57 and additional outstanding delinquencies on file with Plumbers Local No. 1 Fund Office totaling $18,067.33.

*If you have not already submitted payment*, it should be made by check or money order payable to "Plumbers Local No. 1 Trust Funds" within 10 days of the date of this letter to avoid additional interest assessments. Copies of your report should be included with your payment to ensure proper credit to your account.

Submit the total due of $154,813.90 to:

**Plumbers Local Union No. 1 Trust Funds**
**Funds Collection Department**
**50-02 5th Street, 2nd Floor**
**Long Island City, NY 11101**

If you have any questions regarding this letter, please feel free to call.

Thank you,

Benedetta Brusseau
Enc.
cc: Wendy Salvatierra
O'Donoghue & O'Donoghue LLP (electronically)