**From:** Jeffrey Cascio <jcascio@snpcpa.com>
**Sent:** Tuesday, May 16, 2023 10:53 AM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC (Prelim Report)

We have completed our payroll compliance procedures.

You may view and download a copy of our Preliminary report via:
https://snpcpa.sharefile.com/d-sf990a42b26274e05b9cf43674a3a95df

Please review and provide a response within 10 business days if you have any exceptions regarding the findings or if you agree.

Thank you,
Jeff

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

**If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com**

**You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org**

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding

or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.