**From:** Jeffrey Cascio
**To:** "Emanuel Kataev"
**Cc:** "Emanuel Kataev"
**Subject:** EXIT INTERVIEW - Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC
**Attachments:** FBD Hourly Report Spray In Place.pdf
ASB-C Report Spray In Place.pdf

---

Good morning Mr Kataev. I am sending you the findings for your client Spray In Place Solutions. This will be in supervisory review, and you should be receiving a preliminary report to review with your client. Once you receive the preliminary report you will have 10 working days to review prior to the report being finalized. If you have any questions, please feel free to contact me

Jeff Cascio
631-273-4778

---

**From:** Jeffrey Cascio
**Sent:** Monday, March 25, 2024 8:57 AM
**To:** Emanuel Kataev <mail@emanuelkataev.com>
**Cc:** nikki@sprayinplace.com; Emanuel Kataev <emanuel@sagelegal.nyc>
**Subject:** RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC

Good morning Mr Kataev, no worries. I appreciate your response. Ive attached both for your review. The first is the original with the initial audit period and the second is the one showing the new audit period. If you have any questions feel free to contact me. Please also give me an update on when I might get the updated documents.

Jeff

---

**From:** Emanuel Kataev <mail@emanuelkataev.com>
**Sent:** Saturday, March 23, 2024 2:09 AM
**To:** Jeffrey Cascio <jcascio@snpcpa.com>
**Cc:** nikki@sprayinplace.com; Emanuel Kataev <emanuel@sagelegal.nyc>
**Subject:** Re: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC

**ATTENTION:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Hi, Jeff:

My apologies for the delayed response; I have been between setting up my practice and managing deadlines in litigation matters. Your correspondence below references a letter or two; may I have a copy of any new letters?

Thanks and best,

**Emanuel Kataev, Esq.**

**Sage Legal LLC**

**Emanuel Kataev, Esq., P.C.**

18211 Jamaica Avenue

Jamaica, NY 11423-2327
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

mail@emanuelkataev.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

On Fri, Mar 8, 2024 at 10:52 AM Jeffrey Cascio <jcascio@snpcpa.com> wrote:

> Good morning Nikki, thank you for speaking with me before. If you could just respond back that you received the updated request letter.
>
> Good morning Mr. Kataev, hope all is well and the new year is going well. As per the request letter... the audit for Spray in Place LLC was extended as per the Local One Plumbers Collection Committee on 1/18/24 and a new letter was sent out. The new revised request letter has a new end date for the audit as 12/31/23 (Original was 6/30/22). So we would need the following additional documents.
>
> - General Ledger (7/1/22 through 12/31/23)
> - Full employees earnings records (7/1/22 through 12/31/23)
> - Federal 941s (Q3 2022 through Q4 2023)
> - NYS45s (Q3 2022 through Q4 2023)
>
> Additional records may be needed.
>
> Our secure sharefile link to upload records electronically is as follows:
>
> https://snpcpa.sharefile.com/r-r41dc8a70d540445bb339c8eae46b4fce
>
> If you have any questions feel free to contact me.
>
> Jeffrey Cascio
> Schultheis & Panettieri, LLP
> 450 Wireless Boulevard
> Hauppauge, NY 11788
>
> Tel: (631) 273-4778
> Fax: (631) 273-3488
> Web: www.snpcpa.com

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

**If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com**

**You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org**

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.