# Joint Plumbing Industry Board

## Plumbers Local Union No. 1

## FRINGE BENEFIT DEFICIENCY HOURLY REPORT BY MAN

### SPRAY IN PLACE SOLUTIONS, LLC

DRAFT

### Account # 12458

### Audit Period From 9/1/2020 To 12/31/2022

| | | | | | HOURS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PAYROLL | | REPORTED | | ADDITIONAL | | JURIS | | ADJUSTMENT | | DIFFERENCE | | |
| Week Ending | NAME | SSN | Contract# | Job Class | Reg | OT | Reg | OT | Reg | OT | Reg | OT | Reg | OT | Reg | OT | Total Reg + OT |
| 2020-09-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 63.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 63.75 | 0.00 | 63.75 |
| 2020-10-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 92.75 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 92.75 | 10.00 | 102.75 |
| 2020-11-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 108.50 | 16.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 108.50 | 16.50 | 125.00 |
| 2020-12-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 51.50 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51.50 | 0.50 | 52.00 |
| 2021-01-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 44.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44.00 | 0.50 | 44.50 |
| 2021-06-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 80.25 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 80.25 | 7.50 | 87.75 |
| 2021-07-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 24.75 | 13.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.75 | 13.75 | 38.50 |
| 2021-11-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 41.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 41.75 | 0.00 | 41.75 |
| 2021-12-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 104.00 | 26.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 104.00 | 26.75 | 130.75 |
| 2022-01-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 43.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43.00 | 0.00 | 43.00 |

**Footnote:**

# SPRAY IN PLACE SOLUTIONS, LLC

DRAFT

## Account # 12458

## Audit Period From 9/1/2020 To 12/31/2022

| Week Ending | NAME | SSN | Contract# | Job Class | HOURS PAYROLL Reg | PAYROLL OT | REPORTED Reg | REPORTED OT | ADDITIONAL Reg | ADDITIONAL OT | JURIS Reg | JURIS OT | ADJUSTMENT Reg | ADJUSTMENT OT | DIFFERENCE Reg | DIFFERENCE OT | Total Reg + OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022-02-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 153.00 | 39.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 153.00 | 39.50 | 192.50 |
| 2022-03-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 103.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 103.75 | 0.00 | 103.75 |
| 2022-04-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 165.75 | 29.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 165.75 | 29.25 | 195.00 |
| 2022-05-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 112.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 112.75 | 0.00 | 112.75 |
| 2022-06-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 104.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 104.00 | 0.00 | 104.00 |
| 2022-07-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 168.25 | 51.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 168.25 | 51.00 | 219.25 |
| 2022-08-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 97.00 | 22.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 97.00 | 22.25 | 119.25 |
| 2022-09-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 88.50 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 88.50 | 1.50 | 90.00 |
| 2022-10-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 113.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 113.50 | 0.00 | 113.50 |
| 2022-11-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 136.50 | 14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 136.50 | 14.50 | 151.00 |
| 2022-12-01 | MARTINO*JAY J | XXX-XX-9081 | 1000 | AJ | 107.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107.00 | 1.50 | 108.50 |
| **Total For: MARTINO*JAY J** | | **XXX-XX-9081** | | | **2,004.25** | **235.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **2,004.25** | **235.00** | **2,239.25** |

**Footnote:**

# SPRAY IN PLACE SOLUTIONS, LLC

DRAFT

## Account # 12458

## Audit Period From 9/1/2020 To 12/31/2022

| Week Ending / NAME / SSN | HOURS: PAYROLL Reg | PAYROLL OT | REPORTED Reg | REPORTED OT | ADDITIONAL Reg | ADDITIONAL OT | JURIS Reg | JURIS OT | ADJUSTMENT Reg | ADJUSTMENT OT | DIFFERENCE Reg | DIFFERENCE OT | DIFFERENCE Total Reg + OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021-11-01 MCGREGOR*CHAD XXX-XX-8738 Contract# 2000 Job Class BJ | 36.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.00 | 4.00 | 40.00 |
| 2022-10-01 MCGREGOR*CHAD XXX-XX-8738 Contract# 2000 Job Class BJ | 32.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.00 | 0.00 | 32.00 |
| 2022-11-01 MCGREGOR*CHAD XXX-XX-8738 Contract# 2000 Job Class BJ | 24.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 | 10.00 | 34.00 |
| 2022-12-01 MCGREGOR*CHAD XXX-XX-8738 Contract# 2000 Job Class BJ | 48.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 48.00 | 1.00 | 49.00 |
| **Total For: MCGREGOR*CHAD XXX-XX-8738** | **140.00** | **15.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **140.00** | **15.00** | **155.00** |
| **Grand Totals :** | **2,144.25** | **250.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **2,144.25** | **250.00** | **2,394.25** |

**Footnote:**

**Joint Plumbing Industry Board**
**Plumbers Local Union No. 1 Trust Funds**
**SPRAY IN PLACE SOLUTIONS, LLC**
***Prepared by: Schultheis & Panettieri LLP***

DRAFT

**Revised Final - 05/16/2023**

## ASB-C Findings

| Name | SSN | Week Ending | Audited Wages | Reported Wages | Wage Diff | 5% Wage Diff | Lost Earnings | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| MARTINO, JAY J | XXX-XX-9081 | 1/8/2021 | 643.20 | 0.00 | 643.20 | 32.16 | 3.29 | 8.13 | 7.09 | 50.67 |
| MARTINO, JAY J | XXX-XX-9081 | 1/15/2021 | 321.60 | 0.00 | 321.60 | 16.08 | 1.64 | 4.03 | 3.54 | 25.29 |
| MARTINO, JAY J | XXX-XX-9081 | 1/29/2021 | 3,296.40 | 0.00 | 3,296.40 | 164.82 | 16.19 | 40.47 | 36.20 | 257.68 |
| MARTINO, JAY J | XXX-XX-9081 | 6/4/2021 | 4,054.90 | 0.00 | 4,054.90 | 202.75 | 17.81 | 41.69 | 44.11 | 306.36 |
| MARTINO, JAY J | XXX-XX-9081 | 6/11/2021 | 1,700.40 | 0.00 | 1,700.40 | 85.02 | 7.42 | 17.30 | 18.49 | 128.23 |
| MARTINO, JAY J | XXX-XX-9081 | 6/18/2021 | 1,718.12 | 0.00 | 1,718.12 | 85.91 | 7.45 | 17.29 | 18.67 | 129.32 |
| MARTINO, JAY J | XXX-XX-9081 | 7/9/2021 | 4,522.55 | 0.00 | 4,522.55 | 226.13 | 0.00 | 40.58 | 45.23 | 311.94 |
| MARTINO, JAY J | XXX-XX-9081 | 7/30/2021 | 160.31 | 0.00 | 160.31 | 8.02 | 0.75 | 1.52 | 1.75 | 12.04 |
| MARTINO, JAY J | XXX-XX-9081 | 11/19/2021 | 1,977.60 | 0.00 | 1,977.60 | 98.88 | 7.32 | 15.19 | 21.24 | 142.63 |
| MARTINO, JAY J | XXX-XX-9081 | 11/26/2021 | 1,264.69 | 0.00 | 1,264.69 | 63.23 | 2.42 | 9.26 | 13.13 | 88.04 |
| MARTINO, JAY J | XXX-XX-9081 | 12/3/2021 | 2,066.25 | 0.00 | 2,066.25 | 103.31 | 7.53 | 16.06 | 22.17 | 149.07 |
| MARTINO, JAY J | XXX-XX-9081 | 12/10/2021 | 5,282.69 | 0.00 | 5,282.69 | 264.13 | 0.00 | 37.77 | 52.83 | 354.73 |
| MARTINO, JAY J | XXX-XX-9081 | 12/17/2021 | 961.88 | 0.00 | 961.88 | 48.09 | 3.45 | 7.27 | 10.31 | 69.12 |
| MARTINO, JAY J | XXX-XX-9081 | 12/24/2021 | 4,420.00 | 0.00 | 4,420.00 | 221.00 | 9.14 | 32.03 | 46.03 | 308.20 |
| MARTINO, JAY J | XXX-XX-9081 | 12/31/2021 | 320.63 | 0.00 | 320.63 | 16.03 | 1.13 | 2.36 | 3.43 | 22.95 |
| MARTINO, JAY J | XXX-XX-9081 | 1/14/2022 | 1,638.75 | 0.00 | 1,638.75 | 81.94 | 5.79 | 11.20 | 17.55 | 116.48 |
| MARTINO, JAY J | XXX-XX-9081 | 1/21/2022 | 1,425.00 | 0.00 | 1,425.00 | 71.25 | 4.99 | 9.59 | 15.25 | 101.08 |
| MARTINO, JAY J | XXX-XX-9081 | 2/4/2022 | 2,885.63 | 0.00 | 2,885.63 | 144.28 | 9.84 | 18.79 | 30.82 | 203.73 |
| MARTINO, JAY J | XXX-XX-9081 | 2/11/2022 | 6,560.05 | 0.00 | 6,560.05 | 328.00 | 4.94 | 39.95 | 66.59 | 439.48 |
| MARTINO, JAY J | XXX-XX-9081 | 2/18/2022 | 4,092.05 | 0.00 | 4,092.05 | 204.60 | 0.81 | 24.26 | 41.08 | 270.75 |
| MARTINO, JAY J | XXX-XX-9081 | 2/25/2022 | 4,796.55 | 0.00 | 4,796.55 | 239.83 | 4.40 | 28.37 | 48.85 | 321.45 |
| MARTINO, JAY J | XXX-XX-9081 | 3/11/2022 | 2,173.13 | 0.00 | 2,173.13 | 108.66 | 7.17 | 13.01 | 23.17 | 152.01 |
| MARTINO, JAY J | XXX-XX-9081 | 3/18/2022 | 2,778.75 | 0.00 | 2,778.75 | 138.94 | 9.09 | 16.34 | 29.61 | 193.98 |
| MARTINO, JAY J | XXX-XX-9081 | 3/25/2022 | 2,440.31 | 0.00 | 2,440.31 | 122.02 | 7.91 | 14.10 | 25.99 | 170.02 |
| MARTINO, JAY J | XXX-XX-9081 | 4/1/2022 | 2,725.31 | 0.00 | 2,725.31 | 136.27 | 8.72 | 15.45 | 29.00 | 189.44 |
| MARTINO, JAY J | XXX-XX-9081 | 4/8/2022 | 5,809.43 | 0.00 | 5,809.43 | 290.47 | 14.98 | 31.97 | 61.09 | 398.51 |
| MARTINO, JAY J | XXX-XX-9081 | 4/15/2022 | 3,641.39 | 0.00 | 3,641.39 | 182.07 | 10.65 | 19.80 | 38.54 | 251.06 |
| MARTINO, JAY J | XXX-XX-9081 | 4/22/2022 | 1,300.31 | 0.00 | 1,300.31 | 65.02 | 4.01 | 6.96 | 13.81 | 89.80 |
| MARTINO, JAY J | XXX-XX-9081 | 4/29/2022 | 2,760.94 | 0.00 | 2,760.94 | 138.05 | 8.41 | 14.49 | 29.29 | 190.24 |

DRAFT

**Joint Plumbing Industry Board**

**Plumbers Local Union No. 1 Trust Funds**

**SPRAY IN PLACE SOLUTIONS, LLC**

***Prepared by: Schultheis & Panettieri LLP***

**Revised Final - 05/16/2023**

## ASB-C Findings

| Name | SSN | Week Ending | Audited Wages | Reported Wages | Wage Diff | 5% Wage Diff | Lost Earnings | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| MARTINO, JAY J | XXX-XX-9081 | 5/6/2022 | 2,012.81 | 0.00 | 2,012.81 | 100.64 | 6.05 | 10.35 | 21.34 | 138.38 |
| MARTINO, JAY J | XXX-XX-9081 | 5/13/2022 | 1,140.00 | 0.00 | 1,140.00 | 57.00 | 3.38 | 5.74 | 12.08 | 78.20 |
| MARTINO, JAY J | XXX-XX-9081 | 5/20/2022 | 2,422.50 | 0.00 | 2,422.50 | 121.13 | 7.09 | 11.94 | 25.64 | 165.80 |
| MARTINO, JAY J | XXX-XX-9081 | 5/27/2022 | 2,458.13 | 0.00 | 2,458.13 | 122.91 | 7.10 | 11.86 | 26.00 | 167.87 |
| MARTINO, JAY J | XXX-XX-9081 | 6/3/2022 | 2,547.19 | 0.00 | 2,547.19 | 127.36 | 6.65 | 11.97 | 26.80 | 172.78 |
| MARTINO, JAY J | XXX-XX-9081 | 6/10/2022 | 2,119.69 | 0.00 | 2,119.69 | 105.98 | 5.96 | 9.78 | 22.39 | 144.11 |
| MARTINO, JAY J | XXX-XX-9081 | 6/17/2022 | 2,119.69 | 0.00 | 2,119.69 | 105.98 | 5.87 | 9.56 | 22.37 | 143.78 |
| MARTINO, JAY J | XXX-XX-9081 | 6/24/2022 | 1,193.44 | 0.00 | 1,193.44 | 59.67 | 3.26 | 5.26 | 12.59 | 80.78 |
| MARTINO, JAY J | XXX-XX-9081 | 7/1/2022 | 4,088.04 | 0.00 | 4,088.04 | 204.40 | 0.00 | 16.69 | 40.88 | 261.97 |
| MARTINO, JAY J | XXX-XX-9081 | 7/8/2022 | 1,830.63 | 0.00 | 1,830.63 | 91.53 | 0.00 | 7.30 | 18.31 | 117.14 |
| MARTINO, JAY J | XXX-XX-9081 | 7/15/2022 | 3,045.00 | 0.00 | 3,045.00 | 152.25 | 0.00 | 11.85 | 30.45 | 194.55 |
| MARTINO, JAY J | XXX-XX-9081 | 7/22/2022 | 4,493.80 | 0.00 | 4,493.80 | 224.69 | 0.00 | 17.05 | 44.94 | 286.68 |
| MARTINO, JAY J | XXX-XX-9081 | 7/29/2022 | 8,407.82 | 0.00 | 8,407.82 | 420.39 | 0.00 | 31.10 | 84.08 | 535.57 |
| MARTINO, JAY J | XXX-XX-9081 | 8/5/2022 | 2,247.50 | 0.00 | 2,247.50 | 112.38 | 0.00 | 8.10 | 22.48 | 142.96 |
| MARTINO, JAY J | XXX-XX-9081 | 8/12/2022 | 5,798.80 | 0.00 | 5,798.80 | 289.94 | 0.00 | 20.34 | 57.99 | 368.27 |
| MARTINO, JAY J | XXX-XX-9081 | 8/19/2022 | 1,312.01 | 0.00 | 1,312.01 | 65.60 | 0.00 | 4.48 | 13.12 | 83.20 |
| MARTINO, JAY J | XXX-XX-9081 | 8/26/2022 | 1,398.72 | 0.00 | 1,398.72 | 69.94 | 0.00 | 4.64 | 13.99 | 88.57 |
| MARTINO, JAY J | XXX-XX-9081 | 9/2/2022 | 1,468.13 | 0.00 | 1,468.13 | 73.41 | 0.00 | 4.73 | 14.68 | 92.82 |
| MARTINO, JAY J | XXX-XX-9081 | 9/16/2022 | 3,117.50 | 0.00 | 3,117.50 | 155.88 | 0.00 | 9.44 | 31.18 | 196.50 |
| MARTINO, JAY J | XXX-XX-9081 | 9/23/2022 | 1,395.63 | 0.00 | 1,395.63 | 69.78 | 0.00 | 4.09 | 13.96 | 87.83 |
| MARTINO, JAY J | XXX-XX-9081 | 9/30/2022 | 1,232.50 | 0.00 | 1,232.50 | 61.63 | 0.00 | 3.50 | 12.33 | 77.46 |
| MARTINO, JAY J | XXX-XX-9081 | 10/7/2022 | 2,283.75 | 0.00 | 2,283.75 | 114.19 | 0.00 | 6.26 | 22.84 | 143.29 |
| MARTINO, JAY J | XXX-XX-9081 | 10/14/2022 | 1,214.38 | 0.00 | 1,214.38 | 60.72 | 0.00 | 3.21 | 12.14 | 76.07 |
| MARTINO, JAY J | XXX-XX-9081 | 10/21/2022 | 2,138.75 | 0.00 | 2,138.75 | 106.94 | 0.00 | 5.45 | 21.39 | 133.78 |
| MARTINO, JAY J | XXX-XX-9081 | 10/28/2022 | 2,591.88 | 0.00 | 2,591.88 | 129.59 | 0.00 | 6.36 | 25.92 | 161.87 |
| MARTINO, JAY J | XXX-XX-9081 | 11/4/2022 | 3,117.50 | 0.00 | 3,117.50 | 155.88 | 0.00 | 7.35 | 31.18 | 194.41 |
| MARTINO, JAY J | XXX-XX-9081 | 11/11/2022 | 2,847.96 | 0.00 | 2,847.96 | 142.40 | 0.00 | 6.44 | 28.48 | 177.32 |
| MARTINO, JAY J | XXX-XX-9081 | 11/18/2022 | 4,425.47 | 0.00 | 4,425.47 | 221.27 | 0.00 | 9.58 | 44.25 | 275.10 |
| MARTINO, JAY J | XXX-XX-9081 | 11/25/2022 | 3,700.77 | 0.00 | 3,700.77 | 185.04 | 0.00 | 7.66 | 37.01 | 229.71 |

DRAFT

**Joint Plumbing Industry Board**
**Plumbers Local Union No. 1 Trust Funds**
**SPRAY IN PLACE SOLUTIONS, LLC**
***Prepared by: Schultheis & Panettieri LLP***

**Revised Final - 05/16/2023**

## ASB-C Findings

| Name | SSN | Week Ending | Audited Wages | Reported Wages | Wage Diff | 5% Wage Diff | Lost Earnings | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| MARTINO, JAY J | XXX-XX-9081 | 12/2/2022 | 1,651.60 | 0.00 | 1,651.60 | 82.58 | 0.00 | 3.73 | 16.52 | 102.83 |
| MARTINO, JAY J | XXX-XX-9081 | 12/9/2022 | 3,826.40 | 0.00 | 3,826.40 | 191.32 | 0.00 | 8.28 | 38.26 | 237.86 |
| MARTINO, JAY J | XXX-XX-9081 | 12/16/2022 | 861.76 | 0.00 | 861.76 | 43.09 | 0.00 | 1.78 | 8.62 | 53.49 |
| MARTINO, JAY J | XXX-XX-9081 | 12/23/2022 | 4,534.77 | 0.00 | 4,534.77 | 226.74 | 0.00 | 8.95 | 45.35 | 281.04 |
| MARTINO, JAY J | XXX-XX-9081 | 12/30/2022 | 1,984.20 | 0.00 | 1,984.20 | 99.21 | 0.00 | 3.72 | 19.84 | 122.77 |

**Total: 11,259.06**

**Grand Total: 11,259.06**