**From:** Jeffrey Cascio
**To:** Emanuel Kataev; Emanuel Kataev
**Subject:** FW: RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC new audit period 9/1/2020 -12/31/2022- Revised preliminary report
**Date:** Wednesday, August 27, 2025 7:43:19 AM
**Attachments:** Spray in Place Solutions, LLC- Revised Preliminary Report 9-1-2020-12-31-2022.zip

---

Good morning Mr Kataev, you may view a copy of our **Revised** Preliminary **report** in the attached document. A separate email will be sent to you with the password in order to view the attachment.

The original preliminary report was sent out to you on 5/16/2023 and it was for the period of 9/1/2020-06/30/2022. The audit period was extended to 12/31/2022 due to the abrogation. We revised the audit to reflect the extended period.
Please review and provide a response within 10 business days if you have any exceptions regarding the findings or if you agree.
Also please be advised that since this was a closeout audit, there were additional outstanding delinquencies owed to Local No. 1 fund office that was added to the audit due balance. The backup is attached in the revised preliminary report. Any questions regarding these outstanding delinquencies should be directed to the Fund Office
If you have any questions, please contact me.