| | |
|---|---|
| **From:** | Jeffrey Cascio |
| **To:** | "Emanuel Kataev"; "Emanuel Kataev" |
| **Subject:** | FW: RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC new audit period 9/1/2020 -12/31/2022- FINAL REPORT |
| **Date:** | Friday, September 12, 2025 10:41:46 AM |
| **Attachments:** | Spray in Place Solutions, LLC- 9-1-2020-12-31-2022- Final Report.zip |

You may view a copy of our **Final report** in the attached document. A separate email will be sent to you with the password in order to view the attachment.

If you have any questions, please contact me.

Thank you
Jeff