An official website of New York State.
Here's how you know

# Department of State
## Division of Corporations

## Entity Information

Return to Results Return to Search

Entity Details

**ENTITY NAME:** SPRAY IN PLACE SOLUTIONS, LLC
**DOS ID:** 5158028
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** FOREIGN LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 802 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 06/21/2017
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 06/21/2017
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:** 03/07/2017
**STATEMENT STATUS:** CURRENT
**COUNTY:** SUFFOLK
**NEXT STATEMENT DUE DATE:** 06/30/2027
**JURISDICTION:** FLORIDA, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY NAME HISTORY FILING HISTORY MERGER HISTORY ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** THE LLC

**Address:** 45 KNICKERBOCKER AVE., SUITE 1, BOHEMIA, NY, UNITED STATES, 11716

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |