# THE NATION'S LEADING SIPP APPLICATOR

## SPRAY IN PLACE SOLUTIONS

Spray in Place Solutions is the nation's leader in the state-of-the-art trenchless pipe restoration technology known as spray-in-place pipe (SIPP) rehabilitation. Founded by experts from both the equipment and application sides of the industry, the company has lined hundreds of thousands of feet of pipe across the

nation and is one of America's most experienced SIPP epoxy applicators.

Spray in Place Solutions utilizes innovative robotic technology to 'Camera, Clean and Coat' the inside of pipes. We apply an environmentally safe, fully plasticized, non-porous, 'high-build' epoxy coating that adheres to the pipe wall like car paint. After curing, we turn over a structurally rehabilitated 'like new' pipe with an added 75 year engineered life expectancy. Plus, it's certified compliant with ASTM 729 and NSF/ANSI 61.

During 30 years in the plumbing industry and 15 years specializing in epoxy spin-casting, the company has trained and retained a loyal team, most of whom have worked together for more than a decade. Spray in Place Solutions has amassed unmatched technical knowledge and skill, refining its process in the field and developing its own tools in its shop. We have become a trusted partner to municipal water system managers, engineering firms and general contractors across the country because we solve problems.






DANGER




BEFORE


CLEANED



## COATED

## SPRAY IN PLACE SOLUTIONS

45 Knickerbocker Ave, Suite 1, Bohemia, NY 11716

**(631) 256-6046**
info@sprayinplace.com

12700 Biscayne Boulevard, Suite 206, North Miami, FL 33181

**(305) 456-2695**

info@spitbyinplace.com

Made with Squarespace