| | | | | |
|---|---|---|---|---|
| Title: Billed Time Detail | | | | |
| Date: 10/7/2026, 11:40:02 AM | | | | |
| Filters: | | | | |
| | Client: UA LOCAL 1 COLLECTIONS (4591) | | | |
| | Matter: UA LOCAL 1 COLLECTIONS (4591)SPRAY IN PLACE (2458) | | | |
| | | | | |
| Date | Timekeeper | Billed Hours (Sum) | Billed Amount (Sum) | Narrative |
| 7/1/2025 | COHN, DIANA (351) | 0.25 | $112.50 | Correspondence with Defendants' attorney regarding compliance with stipulation. |
| 7/9/2025 | DIAZ, JORGE S. (509) | 0.25 | $85.00 | Conference and email correspondence with D. Cohn regarding motion to compel. |
| 7/9/2025 | COHN, DIANA (351) | 0.50 | $225.00 | Review file concerning discovery dispute history; attorney conference concerning drafting motion to compel and request to extend discovery deadlines. |
| 7/9/2025 | URICCHIO, HANNAH (516) | 1.00 | $340.00 | Reviewed and summarized the discovery history in Spray in Place and the current status of what's outstanding to assist in taking action to compel production. |
| 7/13/2025 | DIAZ, JORGE S. (509) | 2.00 | $680.00 | Draft letter motion requesting premotion discovery conference to compel production of outstanding remittance reports and audit documents. Email correspondence to D. Cohn regarding same. |
| 7/14/2025 | COHN, DIANA (351) | 1.50 | $675.00 | Edit letter requesting prehearing conference on motion to compel; draft email to opposing counsel regarding same. |
| 7/16/2025 | COHN, DIANA (351) | 0.25 | $112.50 | Prepare status memo for July 2025 collections meeting; correspondence with opposing counsel concerning joint letter to court. |
| 7/17/2025 | COHN, DIANA (351) | 0.75 | $337.50 | Edit letter to request pre motion to compel conference; telephone conference with opposing counsel regarding same. |
| 7/18/2025 | COHN, DIANA (351) | 0.25 | $112.50 | File letter requesting discovery conference. |
| 7/28/2025 | COHN, DIANA (351) | 0.25 | $112.50 | Correspondence with opposing counsel concerning discovery dispute. |
| 7/28/2025 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Reviewed Defendants' Letter Motion to Adjourn the Pre-Motion conference scheduled for July 29, 2025, and the Judge's local rules; prepared a response Letter Motion to clarify that Plaintiffs' consent to the adjournment was under the condition that the adjournment was for a set period of time to a rescheduled date, not an indefinite adjournment. |
| 7/31/2025 | URICCHIO, HANNAH (516) | 1.00 | $340.00 | Prepared Court-Ordered joint letter to the Court providing available dates for the rescheduled pre-motion conference. |
| 8/1/2025 | COHN, DIANA (351) | 0.25 | $112.50 | Finalize for filing letter requesting new pre-motion conference. |
| 8/1/2025 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Finalized letter to the Court proposing dates for a rescheduled hearing and prepared pdf copies of the email attachments. |
| 8/5/2025 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Reviewed outstanding discovery requests to determine whether we need to move forward with our pre-motion conference later this week and followed up with the Fund auditors and Fund Office re [redacted] |
| 8/7/2025 | COHN, DIANA (351) | 0.25 | $112.50 | Prepare for pre-motion hearing on motion to compel. |
| 8/8/2025 | COHN, DIANA (351) | 0.50 | $225.00 | Participate in pre-motion conference concerning discovery dispute. |
| 8/8/2025 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Prepared for and attended SIPs pre-motion conference regarding Plaintiffs' Motion to Compel. |
| 8/11/2025 | COHN, DIANA (351) | 0.25 | $112.50 | Correspondence with auditors concerning [redacted]. |
| 8/11/2025 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Prepared motion and supporting documents for admission pro hac vice. |
| 8/13/2025 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Prepared Notice of Appearance and coordinated with legal assistant and accounting to ensure filing fee was properly submitted in response to the Judge's 8/13/2025 Order. |
| 8/18/2025 | COHN, DIANA (351) | 0.25 | $112.50 | Prepare status memo for collections meeting. |
| 9/22/2025 | COHN, DIANA (351) | 0.25 | $112.50 | Review revised audit; correspondence with opposing counsel regarding same. |
| 9/24/2025 | COHN, DIANA (351) | 0.25 | $112.50 | Correspondence with opposing counsel concerning revised audit and request for meet and confer. |
| 9/29/2025 | URICCHIO, HANNAH (516) | 1.00 | $340.00 | Drafted alternate versions of the Status Report to the Court due 9/30 and circulated same for review by SIPS counsel; office conference regarding same. |
| 9/30/2025 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Coordinated correspondence with counsel regarding status report to the Court; finalized draft for filing; reviewed redlined status report provided by Defendant's counsel and office conference regarding same. |
| 9/30/2025 | COHN, DIANA (351) | 0.50 | $225.00 | Edit joint status report; attorney correspondence regarding same; correspondence with opposing counsel regarding same. |
| 10/13/2025 | COHN, DIANA (351) | 1.50 | $675.00 | Attend meet and confer with opposing counsel; follow up concerning same. |
| 10/13/2025 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Meet and Confer with Defendants' counsel regarding joint status report and proposed case management plan due to the Court 10/14. |
| 10/14/2025 | COHN, DIANA (351) | 0.25 | $112.50 | Edit and file proposed discovery plan. |
| 10/17/2025 | COHN, DIANA (351) | 0.50 | $225.00 | Correspondence with employer's counsel concerning court conference; draft status memo for October collections meeting. |
| 10/27/2025 | COHN, DIANA (351) | 0.25 | $112.50 | Edit memo for Oct. collections committee meeting. |
| 10/27/2025 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Prepared settlement spreadsheet to support recommendation regarding settlement demand due pursuant to proposed discovery plan that needs to be made by November 3, 2025. |

| | | | | |
|---|---|---|---|---|
| 10/29/2025 | RICHARDSON, REBECCA (349) | 0.50 | $225.00 | Prepare for and participate in status conference with court. |
| 10/29/2025 | URICCHIO, HANNAH (516) | 1.25 | $425.00 | Prepared for and attended Court status conference regarding proposed discovery plan and remaining discovery dispute; updated litigation status memorandum, litigation tracking spreadsheet, and Q3 Status Report with updates from the conference; drafted Rule 26(f) initial disclosures. |
| 11/3/2025 | URICCHIO, HANNAH (516) | 1.00 | $340.00 | Finalized Rule 26 Initial Disclosures and served them on the Defendants pursuant to the Court-ordered discovery plan. |
| 11/3/2025 | RICHARDSON, REBECCA (349) | 0.50 | $225.00 | Review revised initial disclosures. |
| 11/12/2025 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Drafted follow-up email to SIPS' counsel regarding failure to comply with 10/29 Court Order. |
| 11/12/2025 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Review and revise correspondence on court's order. |
| 11/14/2025 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Drafted email to counsel regarding settlement demand, pursuant to Court Order and guidance from the Trustees. |
| 11/14/2025 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Review and correspondence with H. Uricchio on settlement demand. |
| 11/24/2025 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Drafted Joint Status Report to the Court summarizing parties' actions since the last hearing and providing Plaintiffs' position. |
| 11/24/2025 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Review and revise joint status report. |
| 11/25/2025 | RICHARDSON, REBECCA (349) | 0.50 | $225.00 | Review joint status report and initial discovery requests; correspondence with opposing counsel on initial discovery requests. |
| 11/25/2025 | URICCHIO, HANNAH (516) | 1.75 | $595.00 | Reviewed prior filings and discovery to date to prepare our position on discovery demands due November 30; prepared cover email and revised certificates of service to comply with Court deadlines; revised joint status report to the Court and circulated for review. |
| 12/1/2025 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Coordinated filing of joint status report to the Court and updated draft accordingly. |
| 12/2/2025 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Drafted status memorandum for December 2025 Collections Committee meeting. |
| 12/12/2025 | URICCHIO, HANNAH (516) | 0.75 | $255.00 | Coordinated receipt of partial payment towards the audit findings and reviewed and provided edits to several drafts of the joint status report to the Court due 12/12. |
| 12/12/2025 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Review and finalize correspondence to opposing counsel on payment of undisputed amounts owed and joint status report; review and finalize joint status report. |
| 1/7/2026 | URICCHIO, HANNAH (516) | 1.00 | $340.00 | Drafted discovery dispute letter to address SIPS' failure to respond to Plaintiffs' discovery requests and Court Orders, [redacted] drafted status memorandum for January Collections Committee meeting. |
| 1/9/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Coordinated with counsel for the Defendants regarding joint status report to the Court due January 12th. |
| 1/9/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Correspondence with H. Uricchio on case status. |
| 1/12/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Drafted joint status report to the Court and discussed same with R. Richardson. |
| 1/12/2026 | RICHARDSON, REBECCA (349) | 0.50 | $225.00 | Review, revise, finalize and file with court joint status letter. |
| 1/20/2026 | RICHARDSON, REBECCA (349) | 1.25 | $562.50 | Conference with H. Uricchio on status of discovery and motion for summary judgment; review and revise letter on discovery disputes. |
| 1/20/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Reviewed prior discovery requests and V&A memos to determine when and what back-up information had been requested, so we can renew our request in the current discovery; reviewed edits to the discovery dispute letter and proposed some further updates; followed up with the Fund Office regarding [redacted]. |
| 1/23/2026 | URICCHIO, HANNAH (516) | 0.75 | $255.00 | Drafted supplemental request for the production of documents for documents relevant to employers' purported rebuttal to the audit; reviewed settlement offer and updated settlement summary based on partial audit payment to prepare recommendation on settlement. |
| 1/26/2026 | URICCHIO, HANNAH (516) | 0.75 | $255.00 | Revised discovery dispute letter and finalized supplemental request for production of documents to serve on Defendants. |
| 1/27/2026 | RICHARDSON, REBECCA (349) | 0.50 | $225.00 | Review and revise discovery dispute letter and supplemental request for production of documents. |
| 1/28/2026 | URICCHIO, HANNAH (516) | 1.50 | $510.00 | Finalized discovery dispute letter and supplemental discovery request, including checking in with the Fund Office regarding [redacted], and coordinated service of same; drafted email to the Trustees relaying [redacted] and our recommendation regarding [redacted]. |
| 1/30/2026 | URICCHIO, HANNAH (516) | 0.75 | $255.00 | Reviewed applicable rules and drafted subpoena for deposition of SIPS employee allegedly not performing covered work; drafted notice of deposition; researched potential addresses for service. |
| 2/2/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Finalized draft subpoena documents for SIPS employee allegedly not performing covered work. |

| | | | | |
|---|---|---|---|---|
| 2/2/2026 | RICHARDSON, REBECCA (349) | 0.50 | $225.00 | Review, revise and finalize memorandum to Trustees on [redacted]. |
| 2/3/2026 | RICHARDSON, REBECCA (349) | 0.50 | $225.00 | Conference with H. Uricchio on discovery dispute and motion for summary judgment; finalize and send memorandum to Trustees on [redacted]. |
| 2/3/2026 | URICCHIO, HANNAH (516) | 1.00 | $340.00 | Finalized documents for subpoena service on SIPS employee and coordinated process server for subpoena service and served notice and relevant documents on counsel for Defendants; office conference with R. Richardson regarding same and Defendants' counsel's response. |
| 2/5/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Call with counsel for Spray in Place regarding path towards resolution of this matter and outstanding discovery requests; office conference via phone with R. Richardson regarding same. |
| 2/5/2026 | RICHARDSON, REBECCA (349) | 0.75 | $337.50 | Conference with opposing counsel on discovery responses and rebuttal to audit. |
| 2/8/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Reviewed Defendants' draft joint status report to the Court and proposed edits for internal review. |
| 2/9/2026 | RICHARDSON, REBECCA (349) | 0.50 | $225.00 | Review and revise joint status report; research and correspondence with B. Brusseau on [redacted] |
| 2/9/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Reviewed correspondence from counsel and Fund actuaries related to [redacted]; coordinated filing of the joint status report to the Court. |
| 2/10/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Conference with H. Uricchio and D. Cohn on settlement and discovery. |
| 2/11/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Review and revise correspondence with opposing counsel on settlement and discovery. |
| 2/11/2026 | URICCHIO, HANNAH (516) | 0.75 | $255.00 | Reviewed the procedural history of the case and drafted an email to counsel regarding settlement, discovery, and a request to extend the current court deadlines to allow sufficient time to complete discovery, review the documentation for any potential reductions in findings, and continue settlement negotiations. |
| 2/12/2026 | URICCHIO, HANNAH (516) | 1.75 | $595.00 | Drafted joint letter-motion to the Court requesting an extension of discovery and dispositive motion deadlines; drafted joint proposed revised discovery plan and scheduling order; prepared magistrate consent form; circulated documents to counsel for review and proposed edits. |
| 2/12/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Review joint letter motion to extend discovery deadlines and correspondence with H. Uricchio on same. |
| 2/13/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Coordinated edits to and filing of joint request for extension of deadlines and proposed revised discovery plan and scheduling order reflecting the requested extended dates. |
| 2/13/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Review court order on discovery and proposed letter motion requesting extension of discovery deadlines. |
| 2/17/2026 | RICHARDSON, REBECCA (349) | 0.50 | $225.00 | Conference with D. Cohn and H. Uricchio on status of case and dispositive motions; review and finalize correspondence on discovery. |
| 2/17/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Reviewed local and individual practice rules regarding steps necessary to take to pursue a Motion to Compel and for Discovery Sanctions; drafted email follow-up to counsel for the Defendants regarding outstanding discovery requests and intention to pursue motion to compel absent responses. |
| 2/18/2026 | URICCHIO, HANNAH (516) | 1.25 | $425.00 | Drafted joint letter-motion to the Court regarding discovery dispute. |
| 2/19/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Finalized draft joint letter-motion to the Court regarding the discovery dispute; drafted cover email to counsel and circulated the draft for Defendants' input; office conference with R. Richardson regarding response to counsel and providing same. |
| 2/19/2026 | RICHARDSON, REBECCA (349) | 0.50 | $225.00 | Research, review and revise letter motion to court on discovery dispute. |
| 2/23/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Office conference with R. Richardson regarding next steps in pursuing outstanding discovery. |
| 3/5/2026 | RICHARDSON, REBECCA (349) | 0.50 | $225.00 | Conference with D. Cohn and H. Uricchio on status of case and additional discovery; review and revise draft discovery dispute letter motion. |
| 3/5/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Followed up with counsel regarding ongoing discovery dispute and our intention to depose one of SIPS' employees. |
| 3/10/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Conference with H. Uricchio on discovery dispute. |
| 3/10/2026 | URICCHIO, HANNAH (516) | 1.00 | $340.00 | Prepared Notice of Intent to Serve subpoena, draft subpoena, and relevant enclosures, confirming local and individual practice rules, for employee allegedly not performing covered work to testify at a deposition; office conference with R. Richardson regarding timing and strategy regarding service. |
| 3/10/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Review and revise notice of deposition. |

| | | | | |
|---|---|---|---|---|
| 3/11/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Finalized subpoena documents for service; drafted cover letter to counsel transmitting same; served Defendants' counsel with the notice and subpoena, with its enclosure. |
| 3/11/2026 | RICHARDSON, REBECCA (349) | 0.50 | $225.00 | Review and finalize notice of deposition and letter motion to court on discovery. |
| 3/13/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Prepared status memorandum for presentation at the March 19 Collections Committee meeting. |
| 3/16/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Conference with opposing counsel on discovery. |
| 3/16/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Meet and confer with counsel for the Defendants; reviewed draft confidentiality order and Defendants' response to Plaintiffs' discovery dispute letter. |
| 3/17/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Conference with D. Cohn and H. Uricchio on discovery dispute and status conference with court. |
| 3/18/2026 | URICCHIO, HANNAH (516) | 0.75 | $255.00 | Prepared updated Notice of Intent to Serve subpoena, draft subpoena, and relevant enclosures for employee allegedly not performing covered work to testify at a deposition; coordinated process server for personal service as counsel would not confirm he was accepting service on the employee's behalf; served notice on counsel for Defendants regarding same. |
| 3/19/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Preparation for status conference; office conference with R. Richardson regarding response to Defendants' request to adjourn the status conference; drafted and transmitted same. |
| 3/20/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Conference with H. Uricchio on discovery dispute. |
| 3/20/2026 | URICCHIO, HANNAH (516) | 2.00 | $680.00 | Continued to coordinate service of subpoena on SIPS employee; reviewed SIPS' discovery responses and production. |
| 3/23/2026 | URICCHIO, HANNAH (516) | 3.50 | $1,190.00 | Reviewed SIPS' production to further specify documents not received; Drafted formal letter regarding SIPS discovery response deficiencies, including research related to the applicable rules and requirements for discovery responses; coordinated stenographer for SIPS deposition. |
| 3/24/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Coordinated confidentiality execution and transfer of documents received from SIPS for review by Fund auditors. |
| 3/25/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Preparation for discovery conference on March 26th and office conference with R. Richardson regarding same. |
| 3/25/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Review discovery responses and prepare for hearing with court on discovery dispute. |
| 3/26/2026 | RICHARDSON, REBECCA (349) | 2.00 | $900.00 | Review discovery and revise and finalize discovery dispute letter; conference with court on status of discovery dispute. |
| 3/26/2026 | URICCHIO, HANNAH (516) | 1.75 | $595.00 | Reviewed internal edits to SIPS discovery response letter; coordinated providing confidential documents received in discovery to Funds' auditors for review; attended SIPS discovery dispute status conference with the Court; updated subpoena to include new date; coordinated rescheduling stenographer for new date; office conference with R. Richardson regarding same; reviewed documents S&P noted were received in discovery and not received by S&P or reviewed in conducting the audit. |
| 3/27/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Finalized discovery deficiency letter and revised subpoena documents to be served on SIPS' counsel; drafted and sent email transmitting same and coordinated mailing of the discovery deficiency letter. |
| 4/2/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Drafted joint status report to the Court due April 3. |
| 4/2/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Review and revise joint status report. |
| 4/3/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Review revised joint status letter and second document production. |
| 4/3/2026 | URICCHIO, HANNAH (516) | 0.75 | $255.00 | Reviewed and proposed additional edits to joint status report to the Court; coordinated receipt of supplemental discovery materials and performed initial review of the documents. |
| 4/6/2026 | URICCHIO, HANNAH (516) | 1.25 | $425.00 | Reviewed Defendants' supplemental productions; summarized remaining deficiencies regarding same; coordinated with Funds' auditors to review supplemental documents that allegedly support SIPS' covered work argument. |
| 4/7/2026 | URICCHIO, HANNAH (516) | 1.00 | $340.00 | Followed up with counsel regarding outstanding discovery deficiencies and documents necessary for April 10 deposition of SIPS' employee; pulled relevant documents and noted applicable page references for use at deposition; reviewed deposition outline and provided additional thoughts and documents to consider. |
| 4/7/2026 | RICHARDSON, REBECCA (349) | 1.25 | $562.50 | Prepare for deposition of C. McGregor. |
| 4/9/2026 | RICHARDSON, REBECCA (349) | 0.50 | $225.00 | Prepare for deposition of C. McGregor. |
| 4/9/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Reviewed historical documents, legal memoranda, and documents produced by SIPS in discovery to prepare for April 10 deposition of SIPS' employee. |

| | | | | |
|---|---|---|---|---|
| 4/10/2026 | URICCHIO, HANNAH (516) | 2.00 | $680.00 | Deposition of SIPS' employee Chad McGregor and settlement discussion with counsel for SIPS; office conference with R. Richardson regarding same; followed up with Funds' auditors regarding [redacted]; prepared status memorandum for presentation at the April 16 Collections Committee meeting. |
| 4/15/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Review revised estimate of amounts owed and correspondence with H. Uricchio on same. |
| 4/15/2026 | URICCHIO, HANNAH (516) | 0.75 | $255.00 | Reviewed and analyzed S&P's [redacted] and discussed same and their impacts on [redacted] with R. Richardson; updated summary spreadsheet [redacted]. |
| 4/16/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Drafted joint status report to the Court. |
| 4/16/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Drafted summary email to Trustees regarding [redacted]. |
| 4/16/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Review and revise correspondence on proposed settlement offer. |
| 4/20/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Finalize and file joint status report. |
| 4/21/2026 | URICCHIO, HANNAH (516) | 1.00 | $340.00 | Prepared 30(b)(6) deposition notice to Defendant, including list of all information the deponents must be prepared to testify regarding and all documents required to be produced. |
| 5/5/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Review and revise notice of deposition. |
| 5/5/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Reviewed edits to 30(b)(6) notice of deposition of Defendant and attempted to coordinate mutually agreeable date for scheduling with opposing counsel. |
| 5/7/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Office conference with R. Richardson via email regarding [redacted] from Trustees; drafted email to counsel for SIPS regarding same. |
| 5/11/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Finalized 30(b)(6) deposition notice, double-checking applicable local and federal rules; drafted and sent cover email to counsel transmitting notice. |
| 5/14/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Followed up with counsel for SIPS regarding deposition scheduled and settlement demand made. |
| 5/15/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Drafted status memorandum for presentation at the May Collections Committee meeting. |
| 5/22/2026 | URICCHIO, HANNAH (516) | 0.75 | $255.00 | Drafted [redacted] authorized by the Trustees at the May Collections Committee meeting; made multiple attempts to call counsel for SIPS regarding same. |
| 5/22/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Review and revise request for referral to mediation. |
| 5/25/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Finalized draft joint mediation referral request and circulated same to counsel for SIPS; coordinated filing of same. |
| 5/26/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Finalize and file request for mediation. |
| 5/27/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Followed up with counsel for SIPS regarding mediation timing and Mediator selection; office conference with R. Richardson via email regarding Court Order and its implications for dispositive motion timing; reached out to preferred Mediator to inquire about availability and capacity to mediate this matter. |
| 5/29/2026 | URICCHIO, HANNAH (516) | 1.75 | $595.00 | Prepared initial draft mediation statement with placeholders for outstanding items to be filled in once a mediation date is selected and the details are finalized. |
| 6/2/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Drafted joint letter motion requesting clarification on deadline to commence dispositive motion practice to be filed with the Court. |
| 6/3/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Call with counsel for SIPS regarding mediation, settlement, and joint filing with the Court; followed up with the Mediator accordingly; updated joint draft with requested edit; drafted email to the Trustees regarding [redacted] to be sent once confirmed with the Mediator. |
| 6/3/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Conference with H. Uricchio on mediation; finalize and file request for clarification on court deadline for filing dispositive motions. |
| 6/4/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Drafted email to counsel for SIPS regarding amounts attributable to hours SIPS disputes to aid settlement discussions; drafted email to the Trustees regarding [redacted]; completed draft of SIPS confidential mediation statement with placeholder for Trustee attending. |
| 6/8/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Correspondence with opposing counsel and mediator on mediation. |
| 6/9/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Correspondence with opposing counsel on dates for mediation. |
| 6/17/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Drafted status memorandum for presentation at the June Collections Committee meeting. |
| 6/30/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Followed up with counsel for SIPS regarding the status of mediation; reviewed edits to SIPS mediation statement and proposed final edits. |

| | | | | |
|---|---|---|---|---|
| 6/30/2026 | RICHARDSON, REBECCA (349) | 0.50 | $225.00 | Review and revise mediation statement. |
| 7/1/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Correspondence with mediator on mediation. |
| 7/2/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Coordinated necessary filings and related documents for mediation scheduled July 16. |
| 7/2/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Correspondence with mediator on mediation and T. O'Brien regarding [redacted] |
| 7/6/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Discussion with counsel regarding mediation deadlines and required filings; office conference with D. Cohn regarding same. |
| 7/8/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Coordinated payment of mediation fees. |
| 7/9/2026 | URICCHIO, HANNAH (516) | 0.75 | $255.00 | Finalized mediation statement and circulated same to the Mediator. |
| 7/13/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Conference with T. O'Brien [redacted]. |
| 7/13/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Preparation for and call with Trustee [redacted]. |
| 7/16/2026 | RICHARDSON, REBECCA (349) | 5.25 | $2,362.50 | Attend mediation. |
| 7/16/2026 | URICCHIO, HANNAH (516) | 5.25 | $1,785.00 | Attended mediation in Spray in Place and had brief office conference with R. Richardson regarding next steps. |
| 7/20/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Drafted joint request for extension of deadlines given the status of mediation and settlement; coordinated filing of same with opposing counsel. |
| 7/20/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Review and revise request for extension of deadlines. |
| 7/24/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Conference with H. Uricchio on possible settlement and extension of deadlines. |
| 7/28/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Prepared status memorandum for presentation at the July Collections Committee meeting. |
| 8/3/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Correspondence with H. Uricchio on mediation deadlines. |
| 8/3/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Drafted joint Motion to Extend mediation deadline. |
| 8/6/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Correspondence with mediator on status of mediation. |
| 8/11/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Review and finalize subpoena. |
| 8/11/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Updated 30(b)(6) notice and drafted email to counsel regarding same. |
| 8/20/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Prepared status memorandum for presentation at the August Collections Committee meeting. |
| 8/26/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Conference with H. Uricchio on discovery and summary judgment. |
| 8/27/2026 | URICCHIO, HANNAH (516) | 2.00 | $680.00 | Began drafting Rule 56.1 Statement of Facts. |
| 8/28/2026 | URICCHIO, HANNAH (516) | 2.00 | $680.00 | Continued drafting 56.1 statement and reviewed the record and documents received in discovery to determine exhibits. |
| 9/1/2026 | URICCHIO, HANNAH (516) | 1.00 | $340.00 | Continued drafting 56.1 statement and reviewing discovery for relevant exhibits to include. |
| 9/2/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Prepared and served re-noticed 30(b)(6) deposition notice for September 14, 2026. |
| 9/4/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Drafted joint request to the Court for referral to a settlement conference; discussed next steps with R. Richardson; coordinated deposition scheduling and next steps with the Court with opposing counsel. |
| 9/4/2026 | RICHARDSON, REBECCA (349) | 0.50 | $225.00 | Review letter motion requesting settlement conference; conference with H. Uricchio on same. |
| 9/9/2026 | URICCHIO, HANNAH (516) | 0.75 | $255.00 | Followed up with counsel for Spray in Place regarding the status of settlement, his review of the request to the Court for a referral to a settlement conference, and regarding available dates for the rescheduled deposition of SIPS; drafted email to Mediator notifying the end of mediation; drafted joint request to extend the close of discovery for the limited purpose of conducting the deposition of SIPS. |
| 9/10/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Revised request to the Court for extension of discovery deadline pursuant to office conference with R. Richardson; re-noticed subpoena for new 30(b)(6) deposition date. |
| 9/11/2026 | URICCHIO, HANNAH (516) | 1.25 | $425.00 | Revised further the request to the Court for a referral to a settlement conference and to extend discovery; finalized all documents and circulated to counsel and for filing; coordinated finalizing and filing multiple filings with counsel for SIPS. |
| 9/17/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Correspondence with counsel for Spray in Place on settlement conference. |

| | | | | |
|---|---|---|---|---|
| 9/18/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Finalize and file letter requesting referral to settlement conference. |
| 9/21/2026 | URICCHIO, HANNAH (516) | 1.50 | $510.00 | Continued drafting Plaintiffs' Rule 56.1 statement and began drafting the declarations in support. |
| 9/22/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Corresponded with counsel for SIPS regarding the 30(b)(6) deposition date; updated litigation tracking spreadsheet with new dates pursuant to Court Order. |
| 9/23/2026 | URICCHIO, HANNAH (516) | 2.00 | $680.00 | Drafted joint response to the Court's September 21 Order and request to extend discovery deadline; coordinated filing of same with counsel for SIPS; prepared summary of damages for Motion for Summary Judgment. |
| 9/23/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Review letter to court on settlement conference. |
| 9/24/2026 | URICCHIO, HANNAH (516) | 0.50 | $170.00 | Coordinated filing of request to extend discovery and schedule settlement conference with opposing counsel and R. Richardson. |
| 9/25/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | File request for extension of deadlines and for settlement conference. |
| 9/28/2026 | URICCHIO, HANNAH (516) | 3.75 | $1,275.00 | Drafted status memorandum for presentation at the September Collections Committee meeting; completed drafts of the declarations in support; began making all internal references throughout the 56.1 statement documents and finalizing list of exhibits to each statement in support; drafted pre-motion letter to the Court requesting a conference ahead of the Plaintiffs' Summary Judgment filing. |
| 9/29/2026 | URICCHIO, HANNAH (516) | 4.00 | $1,360.00 | Began reviewing [redacted]; researched the relevant [redacted] to determine litigation strategy in Motion for Summary Judgment; adjusted summary judgment motion documents pursuant to conversation with R. Richardson and D. Cohn and coordinated with the Fund Office and Fund Auditor to [redacted]. |
| 9/30/2026 | RICHARDSON, REBECCA (349) | 0.25 | $112.50 | Conference with H. Uricchio on motion for summary judgment. |
| 9/30/2026 | URICCHIO, HANNAH (516) | 4.25 | $1,445.00 | Continued collecting and preparing exhibits to all declarations in support and finalizing internal references and citations throughout; updated motion and supporting documents pursuant to Trustees' authorization at the September Collections Committee meeting. |
| 10/1/2026 | URICCHIO, HANNAH (516) | 2.25 | $765.00 | Finalized all 56.1 related documents for internal review. |
| 10/3/2026 | URICCHIO, HANNAH (516) | 1.50 | $510.00 | Updated LD calculation based on statutory language as it's higher than the Plan language; finished finalizing all 56.1 statement documents for internal review. |
| 10/5/2026 | RICHARDSON, REBECCA (349) | 1.50 | $675.00 | Review and revise documents in support of motion for summary judgment. |
| 10/6/2026 | URICCHIO, HANNAH (516) | 0.25 | $85.00 | Redacted remittance reports for Motion for Summary Judgment exhibit. |
| 10/6/2026 | RICHARDSON, REBECCA (349) | 4.00 | $1,800.00 | Review and revise documents in support of motion for summary judgment. |
| 10/7/2026 | URICCHIO, HANNAH (516) | 2.00 | $680.00 | Reviewed internal comments on and edits to Rule 56.1 documents and addressed same; office conference with R. Richardson regarding same. |
| | **TOTAL BILLED & UNBILLED** | **137.25** | **$51,312.50** | |