UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, AND 401(K) SAVINGS PLAN,

Plaintiffs,

-against-

SPRAY IN PLACE SOLUTIONS, LLC and ATLANTIC SPECIALTY INSURANCE COMPANY,

Defendants.

--------------------------------------------------------------X

Case No.: 1:24-cv-2568 (KAM) (PK)

**DECLARATION OF NIKKI SCOTT IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF DEFENDANTS' CROSS-MOTION**

Nikki Scott declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Controller of Defendant Spray in Place Solutions, LLC ("SIPS"), whose office is located at 45 Knickerbocker Avenue, Suite 1, Bohemia, New York 11716.

2. I submit this declaration in opposition to the motion for summary judgment of Plaintiffs Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(K) Savings Plan (collectively, the "Funds") and in support of the cross-motion for summary judgment of SIPS and Defendant Atlantic Specialty Insurance Company. I have personal knowledge of the facts stated herein from my work as Controller and from SIPS' books and records.

3. As Controller, I am responsible for SIPS' payroll records and for SIPS' dealings with the Funds, including the remittance of fringe benefit contributions, responses to the Funds' payroll audits, and the collection of SIPS' records for production in this case.

4. Each exhibit annexed to this declaration that is a SIPS record was made at or near the time of the act or event it records, by, or from information transmitted by, a person with

knowledge; was kept in the course of SIPS' regularly conducted business; and was made as a regular practice of that business. See Fed. R. Evid. 803(6).

5. On or about November 14, 2019, SIPS signed an "Agreement for Equipment Installation Work" (form E8) with Plumbers Local Union No. 1 (the "Union") for a single job, with job dates of January 1, 2020 through April 1, 2020. On or about November 23, 2019, SIPS signed the Union's Mechanical Equipment Service ("MES") agreement. A true copy of the E8 agreement is annexed as Exhibit A.

6. SIPS later signed a second "Agreement for Equipment Installation Work" with the Union for a single job at 3119 Jerome Avenue, Bronx, New York, for September 2020. A true copy of that agreement, signed on behalf of SIPS on September 28, 2020, is annexed as Exhibit B. Jeffrey Sausele signed it for a Metropolitan Transportation Authority project on which SIPS was then working, and I sent a copy of it to SIPS' counsel the next day.

7. On January 17, 2020, SIPS sponsored three of its employees with the Union: Manuel Corrales, David Corrales, and Chad McGregor ("McGregor"). Manuel Corrales and David Corrales stopped working for SIPS when the COVID-19 pandemic began.

8. In June 2020, I submitted SIPS' remittance reports through the Funds' online remittance system for the report periods ending December 28, 2019 through May 30, 2020. True copies of the report confirmations are annexed as Exhibit J. Beginning in May or June 2020, I tried for months to have McGregor and Jay J. Martino ("Martino") added to SIPS' employee roster on that system, without success. Because the system did not list them on SIPS' roster, I could not submit reports for their hours after May 2020. Because of those problems with the online system, of which the Union was aware, SIPS had not reported or paid benefits through that system as of the fall of 2020.

9. SIPS' shop is located in Suffolk County, New York.

10. The 401(k) deductions shown on SIPS' payroll journals for McGregor and Jay J. Martino ("Martino") were taken by mistake. Both had signed 401(k) election forms electing zero percent, and the deducted amounts were returned to them.

11. In February 2021, SIPS paid the Funds contributions for the hours McGregor worked from June 2020 through December 2020, by check nos. 1388 and 1389 dated February 5, 2021 (Sausele Decl. Ex. A). Of those payments, $2,917.93 was attributable to September through December 2020. The Funds processed that payment. Their Statement of Employer Status dated September 28, 2021, which the Funds emailed to me that day, lists invoices dated February 8, 2021 for "Interest on Late" and "Liquidated Damages" on SIPS' contributions for the periods ending June 27, July 25, August 29, October 31, November 28, and December 26, 2020. A true copy of that email and statement is annexed as Exhibit K.

12. In March 2024, SIPS received from the Funds a Delinquency Notice dated March 5, 2024, with a Statement of Employer Status, a true copy of which is annexed as Exhibit C. By then, SIPS had long since terminated its agreement with the Union.

13. In April 2024, a representative of the Funds' benefit fund office called me and stated that SIPS had to submit monthly remittance reports for January through March 2024. I told her that SIPS had cancelled its contract with the Union years earlier.

14. Annexed as Exhibit D is a true copy of the pages reflecting Martino and McGregor from SIPS' payroll register for check dates July 1, 2022 through December 30, 2022, generated by SIPS' payroll processor, PayDay Employer Solutions, which I provided to SIPS' counsel on June 5, 2024.

15. SIPS could not submit remittance reports through the Funds' online portal, because the portal was not working for SIPS' account. Annexed as Exhibit E are true copies of screenshots of the Funds' online remittance page for SIPS' account (contract type 02000 MES), which I provided to SIPS' counsel on March 28, 2025 and July 15, 2026. SIPS also produced them in discovery. For both Martino and McGregor, the portal displayed the message "Our records do not show that this Employee has been added to your Employee roster."

16. Annexed as Exhibit F is a true copy of the remittance information I prepared on April 24, 2025 for the period July 1, 2022 through December 31, 2022, showing 24 hours for Martino (November 4 to November 9, 2022, plumber contract) and 34 hours for McGregor (November 4 to November 17, 2022, MES contract).

17. In August 2025, I compared the hours in the auditor's report with SIPS' payroll records. The auditor's report included hours that SIPS did not report, including hours that SIPS employees worked out of state and in SIPS' shop. My handwritten notes on the auditor's report are annexed as Exhibit G. The month-by-month comparison I prepared for September 1, 2020 through December 31, 2022 is annexed as Exhibit H. For each month, it shows the hours SIPS reported for Martino and McGregor, the hours in the audit, and the difference.

18. SIPS paid the Funds $12,727.60 toward the audit period by check dated December 15, 2025, payable to the Plumbers Local Union No. 1 Welfare Fund, a true copy of which is annexed as Exhibit I.

19. On April 27, 2023, Wendy Salvatierra, the Funds' Operations Manager, emailed me that "Spray in Place is seeking abrogation from the CBA's with Local 1" and that, "[a]s part of that process, a closeout audit was conducted." A true copy of that email, with her follow-up of May 12, 2023 and my reply of May 13, 2023, is annexed as Exhibit L.

20. On July 7, 2022, SIPS' insurance broker, The Pizzichillo Agency, emailed me that Bond No. 810002719 was "coming up for renewal 10/7/22," and on July 13, 2022, in answer to my question, identified it as a "Wage and Welfare bond for 21,000. Plumbers local Union # 1." True copies of those emails are annexed as Exhibit M.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 2, 2026, in Bohemia, New York.

Nikki Scott

Nikki Scott
Controller, Spray in Place Solutions, LLC

# Declaration

Final Audit Report 2026-11-03

| | |
|---|---|
| Created: | 2026-11-03 |
| By: | Emanuel Kataev (mail@emanuelkataev.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAjcnrw10kEPGcAyb-s6n3rmOZX7rhlEsT |

## "Declaration" History

Document created by Emanuel Kataev (mail@emanuelkataev.com)

2026-11-03 - 4:20:24 AM GMT- IP address: 74.72.133.153

Document emailed to Nikki Scott (nikki@sprayinplace.com) for signature

2026-11-03 - 4:20:28 AM GMT

Email viewed by Nikki Scott (nikki@sprayinplace.com)

2026-11-03 - 4:47:24 AM GMT- IP address: 67.80.97.27

Document e-signed by Nikki Scott (nikki@sprayinplace.com)

Signature Date: 2026-11-03 - 4:48:05 AM GMT - Time Source: server- IP address: 67.80.97.27 - Signature Appearance Selected: MOBILE_IMAGE

Agreement completed.

2026-11-03 - 4:48:05 AM GMT