# EXHIBIT A

**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

October 28, 2020

**VIA E-MAIL**
Marshall & Moss Payroll Compliance Services, LLC
Attn: Darcell Burrows, Payroll Auditor
1400 Old Country Road, Suite 406
Westbury, NY 11590-5112
dburrows@marshallandmoss.com

***Re:*** **Spray in Place Solutions LLC with Plumbers Local Union No. 1 Trust Funds Payroll Audit**
**MLLG File No.: 119-2018**

Dear Mr. Burrows:

This firm represents Spray in Place Solutions LLC (hereinafter our "Client") with respect to labor and employment law matters. Kindly continue to direct all correspondence regarding this matter to our attention going forward.

We are in receipt of your correspondence dated October 15, 2020 requesting various documents, books, and records for the audit period of July 1, 2019 through August 30, 2020 in order to conduct your audit on behalf of Plumbers Local Union No. 1 Trust Funds (hereinafter the "Fund"). I write to enclose the requested documents subject to our Client's comments and qualifications as set forth further below.

As an initial matter, though the audit period is July 1, 2019 through August 30, 2020, the Mechanical Equipment and Service Agreement (hereinafter the "CBA") with Plumbers and Gasfitters Local Union No. 1 (the "Union") was not signed by our Client until late November 2019 and our Client's employees only commenced work on projects under the CBA beginning on November 19, 2019. According to the sponsorships under the CBA, our Client is not obligated to pay benefits for sixty (60) days from the time of the sponsorship and until they are sworn in. There were three (3) employees who were sponsored on January 17, 2020; two (2) employees are no longer employed by our Client and one remains. Sixty (60) days from the date of sponsorship falls on March 17, 2020.

Accordingly, our Client has limited the documents requested by you to the period of November 19, 2019 through August 30, 2020.

Further, the only employees who performed covered work were Manuel Corrales, David Corrales, and Chad McGregor. In addition, Jay Martino is a Building Trade A Plumber who was already a member when he was hired by our Client. No benefits were paid to any of the foregoing individuals due to issues with the Union's online system, which the Union is aware of. All remaining employees have not performed any covered work under the CBA.

A list of enclosures follows:

- Payroll journals and other related payroll records, i.e., NYS45s, etc.
- Bank statements (November 2019 - August 2020)
- 401k Election forms and GEMGroup reports.

The foregoing documents are confidential and must be treated as such by the auditor. They are not to be released to the Union, the Fund, or anyone else absent our Client's express written permission. Upon the completion of the audit, we respectfully request that you return and/or destroy any hard copies or electronically stored information.

Finally, there are no affiliates, subsidiaries, alter egos, or other related companies performing bargaining unit work. Tax returns are omitted because no covered work for which benefits are due and owing for 2019.

We thank you for your anticipated courtesies and are available to answer any questions you may have.

Dated: Lake Success, New York
October 28, 2020

Regards,

**MILMAN LABUDA LAW GROUP PLLC**

____________/s______________________

Robert F. Milman, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
rob@mllaborlaw.com
emanuel@mllaborlaw.com

cc: client (via e-mail).

# EXHIBIT B

**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

October 5, 2021

**VIA CERTIFIED MAIL & FACSIMILE**
Joint Plumbing Industry Board
Plumbers Local Union No. 1 Trust Funds
5002 Fifth Street, 2nd Floor
Long Island City, NY 11101-5706
(718) 641-8155 – four (4) pages, including this cover page

Dear Sir or Madam:

This office represents Spray in Place Solutions LLC (the "Employer") in labor and employment law matters. We are in receipt of your correspondence dated September 21, 2021 and September 28, 2021 concerning an alleged delinquency. The Employer writes by and through counsel to respond to same and dispute its delinquency status.

No benefits were paid to any individual who performed covered work for which benefits were payable due to issues with the online payment submission system for contributions, which the Union is aware of based on the Employer's repeated correspondence regarding the issue. In fact, the Employer made extensive efforts to resolve these issues to no avail. Notwithstanding the foregoing, on or about February 5, 2021 (annexed hereto and the contents of which are incorporated by reference herein), the Employer in good faith issued payment to the Fund to cover contributions due for Chad McGregor without prejudice to the Employer's rights, all of which were and are expressly reserved. It is our understanding that there are no contributions due for any other employee. If this understanding is incorrect, please provide us with the basis of your assertion to the contrary. Barring the foregoing, however, the Employer requests that the Fund waive all interest, liquidated damages, and attorneys' fees arising out of this purported delinquency. Please do not hesitate to contact me should you wish to discuss this matter further.

Dated: Lake Success, New York
October 5, 2021

Regards,
**MILMAN LABUDA LAW GROUP PLLC**
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

Enclosure.

**VIA E-MAIL**
Virginia & Ambinder LLP
Attn: Adrianna R. Grancio, Esq.
40 Broad Street, 7th Floor
New York, NY 10004-2315
agrancio@vandallp.com

# EXHIBIT C

**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

June 16, 2022

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL**
**& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Plumbers and Gasfitters Local Union No. 1
Attn: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101
mapuzzo@ualocal1.org
ualocal1@ualocal1.org
(718) 835-0896 (facsimile)

*Re:* **Spray in Place Solutions LLC with Plumbers Local Union No. 1 Termination Notice**

Dear Mr. Apuzzo and to whom else it may concern:

This firm represents Spray in Place Solutions LLC (hereinafter our "Client") with respect to labor and employment law matters. We write on our Client's behalf and pursuant to Independent Mechanical Equipment and Service Division Collective Bargaining Agreement (the "CBA") with Plumbers and Gasfitters Local Union No. 1 (the "Union") – which requires our Client to provide one-hundred-and-eighty (180) days' prior written notice – to terminate the CBA, which by its terms will expire on December 31, 2022.

Although the CBA is an independent agreement, this letter also serves as notice to the Association of Contracting Plumbers of the City of New York, Inc. (the "Association") that it has no authority or consent to negotiate on our Client's behalf now or at any time in the future.

By this letter, timely notice is hereby given to the Association and the Union pursuant to Article XVI of the CBA that the CBA between our Client and the Union will be terminated on December 31, 2022, as this correspondence is sent on or before the thirtieth day of June 2022 (or 180 days prior to the expiration of the CBA) as set forth in the CBA. We request written confirmation of the termination as soon as is practicable and thank you for your anticipated courtesies in advance.

Dated: Lake Success, New York
June 16, 2022

Regards,
**MILMAN LABUDA LAW GROUP PLLC**
/s
Robert F. Milman, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
rob@mllaborlaw.com
emanuel@mllaborlaw.com

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL**
**& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Association of Contracting Plumbers of the City of New York, Inc.
Attn: Robert Greenberg, President
535 8th Avenue, 17th Floor
New York, NY 10018
(212) 481-7185 (facsimile)
info@acpcny.org

**VIA E-MAIL**
Spray in Place Solutions LLC
Attn: Nikki Scott, Controller
45-1 Knickerbocker Avenue
Bohemia, NY 11716-3104
nikki@sprayinplace.com

MILMAN LABUDA LAW GROUP PLLC
3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NEW YORK 11042

CERTIFIED MAIL®

FIRST-CLASS

7021 2720 0000 8986 8624

US POSTAGE IMI PITNEY BOWES
ZIP 11042
02 7H
0001350008
$ 007.33⁰
JUN 16 2022

Plumbers and Gasfitters Local Union No. 1
Attn: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

USPS TRACKING #

9590 9402 3931 8060 0636 38

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

MILMAN LABUDA LAW GROUP PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, New York 11042

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Plumbers and Gasfitters Local Union No. 1
Attn: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101

9590 9402 3931 8060 0636 38

2. Article Number *(Transfer from service label)*

7021 2720 0000 8986 8624

PS Form 3811, July 2015 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

7021 2720 0000 8986 8624

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$ .53

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ 3.05
- ☐ Return Receipt (electronic) $ 3.75
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $ 7.33

Postage

Postmark
Here

6/14/22

Plumbers and Gasfitters Local Union No. 1
Attn: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

***Important Reminders:***

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

June 16, 2022

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL**
**& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Plumbers and Gasfitters Local Union No. 1
Attn: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101
mapuzzo@ualocal1.org
ualocal1@ualocal1.org
(718) 835-0896 (facsimile)

***Re:*** **Spray in Place Solutions LLC with Plumbers Local Union No. 1**
**Termination Notice**

Dear Mr. Apuzzo and to whom else it may concern:

This firm represents Spray in Place Solutions LLC (hereinafter our "Client") with respect to labor and employment law matters. We write on our Client's behalf and pursuant to Independent Mechanical Equipment and Service Division Collective Bargaining Agreement (the "CBA") with Plumbers and Gasfitters Local Union No. 1 (the "Union") – which requires our Client to provide one-hundred-and-eighty (180) days' prior written notice – to terminate the CBA, which by its terms will expire on December 31, 2022.

Although the CBA is an independent agreement, this letter also serves as notice to the Association of Contracting Plumbers of the City of New York, Inc. (the "Association") that it has no authority or consent to negotiate on our Client's behalf now or at any time in the future.

By this letter, timely notice is hereby given to the Association and the Union pursuant to Article XVI of the CBA that the CBA between our Client and the Union will be terminated on December 31, 2022, as this correspondence is sent on or before the thirtieth day of June 2022 (or 180 days prior to the expiration of the CBA) as set forth in the CBA. We request written confirmation of the termination as soon as is practicable and thank you for your anticipated courtesies in advance.

Dated: Lake Success, New York
June 16, 2022

Regards,
**MILMAN LABUDA LAW GROUP PLLC**
/s
Robert F. Milman, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
rob@mllaborlaw.com
emanuel@mllaborlaw.com

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL**
**& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Association of Contracting Plumbers of the City of New York, Inc.
Attn: Robert Greenberg, President
535 8th Avenue, 17th Floor
New York, NY 10018
(212) 481-7185 (facsimile)
info@acpcny.org

**VIA E-MAIL**
Spray in Place Solutions LLC
Attn: Nikki Scott, Controller
45-1 Knickerbocker Avenue
Bohemia, NY 11716-3104
nikki@sprayinplace.com

MILMAN LABUDA LAW GROUP PLLC
3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NEW YORK 11042

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 11042
02 7H
0001350008
$ 000.53⁰
JUN 16 2022

Plumbers and Gasfitters Local Union No. 1
Attn: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101

**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

June 16, 2022

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL**
**& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Plumbers and Gasfitters Local Union No. 1
Attn: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101
mapuzzo@ualocal1.org
ualocal1@ualocal1.org
(718) 835-0896 (facsimile)

***Re:*** **Spray in Place Solutions LLC with Plumbers Local Union No. 1**
**Termination Notice**

Dear Mr. Apuzzo and to whom else it may concern:

This firm represents Spray in Place Solutions LLC (hereinafter our "Client") with respect to labor and employment law matters. We write on our Client's behalf and pursuant to Independent Mechanical Equipment and Service Division Collective Bargaining Agreement (the "CBA") with Plumbers and Gasfitters Local Union No. 1 (the "Union") – which requires our Client to provide one-hundred-and-eighty (180) days' prior written notice – to terminate the CBA, which by its terms will expire on December 31, 2022.

Although the CBA is an independent agreement, this letter also serves as notice to the Association of Contracting Plumbers of the City of New York, Inc. (the "Association") that it has no authority or consent to negotiate on our Client's behalf now or at any time in the future.

By this letter, timely notice is hereby given to the Association and the Union pursuant to Article XVI of the CBA that the CBA between our Client and the Union will be terminated on December 31, 2022, as this correspondence is sent on or before the thirtieth day of June 2022 (or 180 days prior to the expiration of the CBA) as set forth in the CBA. We request written confirmation of the termination as soon as is practicable and thank you for your anticipated courtesies in advance.

Dated: Lake Success, New York
June 16, 2022

Regards,
**MILMAN LABUDA LAW GROUP PLLC**
/s
Robert F. Milman, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
rob@mllaborlaw.com
emanuel@mllaborlaw.com

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL & CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Association of Contracting Plumbers of the City of New York, Inc.
Attn: Robert Greenberg, President
535 8th Avenue, 17th Floor
New York, NY 10018
(212) 481-7185 (facsimile)
info@acpcny.org

**VIA E-MAIL**
Spray in Place Solutions LLC
Attn: Nikki Scott, Controller
45-1 Knickerbocker Avenue
Bohemia, NY 11716-3104
nikki@sprayinplace.com

MILMAN LABUDA LAW GROUP PLLC
3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NEW YORK 11042

CERTIFIED MAIL®

7021 2720 0000 8986 8631

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 11042
02 7H
0001350008
$ 007.33⁰
JUN 16 2022

Association of Contracting Plumbers of the City
of New York, Inc.
Attn: Robert Greenberg, President
535 8th Avenue, 17th Floor
New York, NY 10018

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Association of Contracting Plumbers
of the City of New York, Inc.
Attn: Robert Greenberg, President
535 8th Avenue, 17th Floor
New York, NY 10018

9590 9402 3931 8060 0636 21

2. Article Number *(Transfer from service label)*

7021 2720 0000 8986 8631

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 3931 8060 0636 21

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

MILMAN LABUDA LAW GROUP PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, New York 11042

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee | $ .53 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ 3.05 |
| ☐ Return Receipt (electronic) | $ 3.75 |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ 7.33 |
| Postage | |

Postmark Here

6/16/22

Association of Contracting Plumbers
of the City of New York, Inc.
Attn: Robert Greenberg, President
535 8th Avenue, 17th Floor
New York, NY 10018

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7021 2720 0000 8986 8631

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

### *Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** April 2015 *(Reverse)* PSN 7530-02-000-9047

**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

June 16, 2022

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL**
**& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Plumbers and Gasfitters Local Union No. 1
Attn: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101
mapuzzo@ualocal1.org
ualocal1@ualocal1.org
(718) 835-0896 (facsimile)

***Re:*** **Spray in Place Solutions LLC with Plumbers Local Union No. 1 Termination Notice**

Dear Mr. Apuzzo and to whom else it may concern:

This firm represents Spray in Place Solutions LLC (hereinafter our "Client") with respect to labor and employment law matters. We write on our Client's behalf and pursuant to Independent Mechanical Equipment and Service Division Collective Bargaining Agreement (the "CBA") with Plumbers and Gasfitters Local Union No. 1 (the "Union") – which requires our Client to provide one-hundred-and-eighty (180) days' prior written notice – to terminate the CBA, which by its terms will expire on December 31, 2022.

Although the CBA is an independent agreement, this letter also serves as notice to the Association of Contracting Plumbers of the City of New York, Inc. (the "Association") that it has no authority or consent to negotiate on our Client's behalf now or at any time in the future.

By this letter, timely notice is hereby given to the Association and the Union pursuant to Article XVI of the CBA that the CBA between our Client and the Union will be terminated on December 31, 2022, as this correspondence is sent on or before the thirtieth day of June 2022 (or 180 days prior to the expiration of the CBA) as set forth in the CBA. We request written confirmation of the termination as soon as is practicable and thank you for your anticipated courtesies in advance.

Dated: Lake Success, New York
June 16, 2022

Regards,
**MILMAN LABUDA LAW GROUP PLLC**
/s
Robert F. Milman, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
rob@mllaborlaw.com
emanuel@mllaborlaw.com

<u>**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL & CERTIFIED MAIL, RETURN RECEIPT REQUESTED**</u>

Association of Contracting Plumbers of the City of New York, Inc.
<u>Attn</u>: Robert Greenberg, President
535 8th Avenue, 17th Floor
New York, NY 10018
(212) 481-7185 (facsimile)
info@acpcny.org

<u>**VIA E-MAIL**</u>

Spray in Place Solutions LLC
<u>Attn</u>: Nikki Scott, Controller
45-1 Knickerbocker Avenue
Bohemia, NY 11716-3104
nikki@sprayinplace.com

MILMAN LABUDA LAW GROUP PLLC
3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NEW YORK 11042

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 11042
02 7H
0001350008
$ 000.53⁰
JUN 16 2022

Association of Contracting Plumbers of the City
of New York, Inc.
Attn: Robert Greenberg, President
535 8th Avenue, 17th Floor
New York, NY 10018

*********************
FAX TX REPORT
*********************

TRANSMISSION OK

| | |
|---|---|
| JOB NO. | 3500 |
| DESTINATION ADDRESS | 17188350896 |
| SUBADDRESS | |
| DESTINATION ID | |
| ST. TIME | 06/16 16:00 |
| TX/RX TIME | 00' 48 |
| PGS. | 2 |
| RESULT | OK |

**MILMAN LABUDA LAW GROUP PLLC**
3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NY 11042

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

June 16, 2022

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL & CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Plumbers and Gasfitters Local Union No. 1
Attn: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101
mapuzzo@ualocal1.org
ualocal1@ualocal1.org
(718) 835-0896 (facsimile)

***Re:*** **Spray in Place Solutions LLC with Plumbers Local Union No. 1 Termination Notice**

Dear Mr. Apuzzo and to whom else it may concern:

This firm represents Spray in Place Solutions LLC (hereinafter our "Client") with respect to labor and employment law matters. We write on our Client's behalf and pursuant to Independent Mechanical Equipment and Service Division Collective Bargaining Agreement (the "CBA") with Plumbers and Gasfitters Local Union No. 1 (the "Union") – which requires our Client to provide one-hundred-and-eighty (180) days' prior written notice – to terminate the CBA, which by its terms will expire on December 31, 2022.

Although the CBA is an independent agreement, this letter also serves as notice to the Association of Contracting Plumbers of the City of New York, Inc. (the "Association") that it has no authority or consent to negotiate on our Client's behalf now or at any time in the future.

By this letter, timely notice is hereby given to the Association and the Union pursuant to Article XVI of the CBA that the CBA between our Client and the Union will be terminated on December 31, 2022, as this correspondence is sent on or before the thirtieth day of June 2022 (or 180 days prior to the expiration of the CBA) as set forth in the CBA. We request written confirmation of the termination as soon as is practicable and thank you for your anticipated courtesies in advance.

*****************
TX REPORT
*****************

| | |
|---|---|
| JOB NO. | 3500 |
| ST. TIME | 06/16 16:00 |
| SHEETS | 2 |
| FILE NAME | |
| TX INCOMPLETE | ----- |
| TRANSACTION OK | 17188350896 |
| ERROR | ----- |

**MILMAN LABUDA LAW GROUP PLLC**
3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NY 11042

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

June 16, 2022

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL**
**& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Plumbers and Gasfitters Local Union No. 1
Attn: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101
mapuzzo@ualocal1.org
ualocal1@ualocal1.org
(718) 835-0896 (facsimile)

***Re:*** **Spray in Place Solutions LLC with Plumbers Local Union No. 1 Termination Notice**

Dear Mr. Apuzzo and to whom else it may concern:

This firm represents Spray in Place Solutions LLC (hereinafter our "Client") with respect to labor and employment law matters. We write on our Client's behalf and pursuant to Independent Mechanical Equipment and Service Division Collective Bargaining Agreement (the "CBA") with Plumbers and Gasfitters Local Union No. 1 (the "Union") – which requires our Client to provide one-hundred-and-eighty (180) days' prior written notice – to terminate the CBA, which by its terms will expire on December 31, 2022.

Although the CBA is an independent agreement, this letter also serves as notice to the Association of Contracting Plumbers of the City of New York, Inc. (the "Association") that it has no authority or consent to negotiate on our Client's behalf now or at any time in the future.

By this letter, timely notice is hereby given to the Association and the Union pursuant to Article XVI of the CBA that the CBA between our Client and the Union will be terminated on December 31, 2022, as this correspondence is sent on or before the thirtieth day of June 2022 (or 180 days prior to the expiration of the CBA) as set forth in the CBA. We request written confirmation of the termination as soon as is practicable and thank you for your anticipated courtesies in advance.

*********************
FAX TX REPORT
*********************

TRANSMISSION OK

| | |
|---|---|
| JOB NO. | 3501 |
| DESTINATION ADDRESS | 12124817185 |
| SUBADDRESS | |
| DESTINATION ID | |
| ST. TIME | 06/16 16:01 |
| TX/RX TIME | 00' 48 |
| PGS. | 2 |
| RESULT | OK |

**MILMAN LABUDA LAW GROUP PLLC**
3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NY 11042

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

June 16, 2022

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL**
**& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Plumbers and Gasfitters Local Union No. 1
Attn: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101
mapuzzo@ualocal1.org
ualocal1@ualocal1.org
(718) 835-0896 (facsimile)

***Re:*** **Spray in Place Solutions LLC with Plumbers Local Union No. 1 Termination Notice**

Dear Mr. Apuzzo and to whom else it may concern:

This firm represents Spray in Place Solutions LLC (hereinafter our "Client") with respect to labor and employment law matters. We write on our Client's behalf and pursuant to Independent Mechanical Equipment and Service Division Collective Bargaining Agreement (the "CBA") with Plumbers and Gasfitters Local Union No. 1 (the "Union") – which requires our Client to provide one-hundred-and-eighty (180) days' prior written notice – to terminate the CBA, which by its terms will expire on December 31, 2022.

Although the CBA is an independent agreement, this letter also serves as notice to the Association of Contracting Plumbers of the City of New York, Inc. (the "Association") that it has no authority or consent to negotiate on our Client's behalf now or at any time in the future.

By this letter, timely notice is hereby given to the Association and the Union pursuant to Article XVI of the CBA that the CBA between our Client and the Union will be terminated on December 31, 2022, as this correspondence is sent on or before the thirtieth day of June 2022 (or 180 days prior to the expiration of the CBA) as set forth in the CBA. We request written confirmation of the termination as soon as is practicable and thank you for your anticipated courtesies in advance.

*****************

TX REPORT

*****************

| | |
|---|---|
| JOB NO. | 3501 |
| ST. TIME | 06/16 16:00 |
| SHEETS | 2 |
| FILE NAME | |
| TX INCOMPLETE | ----- |
| TRANSACTION OK | 12124817185 |
| ERROR | ----- |

**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

June 16, 2022

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL**
**& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Plumbers and Gasfitters Local Union No. 1
Attn: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101
mapuzzo@ualocal1.org
ualocal1@ualocal1.org
(718) 835-0896 (facsimile)

***Re:*** **Spray in Place Solutions LLC with Plumbers Local Union No. 1**
**Termination Notice**

Dear Mr. Apuzzo and to whom else it may concern:

This firm represents Spray in Place Solutions LLC (hereinafter our "Client") with respect to labor and employment law matters. We write on our Client's behalf and pursuant to Independent Mechanical Equipment and Service Division Collective Bargaining Agreement (the "CBA") with Plumbers and Gasfitters Local Union No. 1 (the "Union") – which requires our Client to provide one-hundred-and-eighty (180) days' prior written notice – to terminate the CBA, which by its terms will expire on December 31, 2022.

Although the CBA is an independent agreement, this letter also serves as notice to the Association of Contracting Plumbers of the City of New York, Inc. (the "Association") that it has no authority or consent to negotiate on our Client's behalf now or at any time in the future.

By this letter, timely notice is hereby given to the Association and the Union pursuant to Article XVI of the CBA that the CBA between our Client and the Union will be terminated on December 31, 2022, as this correspondence is sent on or before the thirtieth day of June 2022 (or 180 days prior to the expiration of the CBA) as set forth in the CBA. We request written confirmation of the termination as soon as is practicable and thank you for your anticipated courtesies in advance.

**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

June 16, 2022

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL**
**& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Plumbers and Gasfitters Local Union No. 1
Attn: Michael Apuzzo, Business Manager
5002 Fifth Street
Long Island City, NY 11101
mapuzzo@ualocal1.org
ualocal1@ualocal1.org
(718) 835-0896 (facsimile)

***Re:*** **Spray in Place Solutions LLC with Plumbers Local Union No. 1 Termination Notice**

Dear Mr. Apuzzo and to whom else it may concern:

This firm represents Spray in Place Solutions LLC (hereinafter our "Client") with respect to labor and employment law matters. We write on our Client's behalf and pursuant to Independent Mechanical Equipment and Service Division Collective Bargaining Agreement (the "CBA") with Plumbers and Gasfitters Local Union No. 1 (the "Union") – which requires our Client to provide one-hundred-and-eighty (180) days' prior written notice – to terminate the CBA, which by its terms will expire on December 31, 2022.

Although the CBA is an independent agreement, this letter also serves as notice to the Association of Contracting Plumbers of the City of New York, Inc. (the "Association") that it has no authority or consent to negotiate on our Client's behalf now or at any time in the future.

By this letter, timely notice is hereby given to the Association and the Union pursuant to Article XVI of the CBA that the CBA between our Client and the Union will be terminated on December 31, 2022, as this correspondence is sent on or before the thirtieth day of June 2022 (or 180 days prior to the expiration of the CBA) as set forth in the CBA. We request written confirmation of the termination as soon as is practicable and thank you for your anticipated courtesies in advance.

Dated: Lake Success, New York
June 16, 2022

Regards,
**MILMAN LABUDA LAW GROUP PLLC**
/s
Robert F. Milman, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
rob@mllaborlaw.com
emanuel@mllaborlaw.com

**VIA E-MAIL, FACSIMILE, FIRST CLASS MAIL**
**& CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Association of Contracting Plumbers of the City of New York, Inc.
Attn: Robert Greenberg, President
535 8th Avenue, 17th Floor
New York, NY 10018
(212) 481-7185 (facsimile)
info@acpcny.org

**VIA E-MAIL**
Spray in Place Solutions LLC
Attn: Nikki Scott, Controller
45-1 Knickerbocker Avenue
Bohemia, NY 11716-3104
nikki@sprayinplace.com

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Association of Contracting Plumbers
of the City of New York, Inc.
Attn: Robert Greenberg, President
535 8th Avenue, 17th Floor
New York, NY 10018

9590 9402 3931 8060 0636 21

2. Article Number *(Transfer from service label)*

7021 2720 0000 8986 8631

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X AC Plumbers
☐ Agent
☒ Addressee

B. Received by *(Printed Name)*
2946 CW

C. Date of Delivery
6/2/22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**USPS TRACKING #**

9590 9402 3931 8060 0636 21

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

6/23/22

• Sender: Please print your name, address, and ZIP+4® in this box•

MILMAN LABUDA LAW GROUP PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, New York 11042

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70212720000089868624

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:36 am on June 23, 2022 in LONG ISLAND CITY, NY 11101.

**USPS Tracking Plus® Available**

## Delivered, Front Desk/Reception/Mail Room

June 23, 2022 at 10:36 am
LONG ISLAND CITY, NY 11101

Feedback

**Get Updates**

**Text & Email Updates**

**Tracking History**

**June 23, 2022, 10:36 am**
Delivered, Front Desk/Reception/Mail Room
LONG ISLAND CITY, NY 11101
Your item was delivered to the front desk, reception area, or mail room at 10:36 am on June 23, 2022 in LONG ISLAND CITY, NY 11101.

**June 23, 2022, 7:17 am**
Out for Delivery
LONG ISLAND CITY, NY 11101

**June 23, 2022, 7:06 am**
Arrived at Post Office
LONG ISLAND CITY, NY 11101

**June 22, 2022, 3:21 pm**
Departed USPS Regional Facility
BROOKLYN NY DISTRIBUTION CENTER

**June 22, 2022, 4:52 am**
Arrived at USPS Regional Facility
BROOKLYN NY DISTRIBUTION CENTER

**June 21, 2022, 2:02 pm**
Departed USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

**June 21, 2022, 10:08 am**
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

Feedback

**June 20, 2022**
In Transit to Next Facility

**June 18, 2022, 6:59 pm**
Departed USPS Regional Facility
BROOKLYN NY DISTRIBUTION CENTER

**June 18, 2022, 9:39 am**
Arrived at USPS Regional Facility
BROOKLYN NY DISTRIBUTION CENTER

**June 17, 2022, 9:59 pm**
Arrived at USPS Regional Facility
MID NY DISTRIBUTION CENTER

**USPS Tracking Plus®**

**Product Information**

**Postal Product:**

**Features:**
Certified Mail™

**See Less**

## Can’t find what you’re looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# EXHIBIT D

**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

October 15, 2021

**VIA E-MAIL**
Schultheis & Panettieri, LLP
Attn: Diane Pascuzzi, Esq.
450 Wireless Boulevard
Hauppauge, NY 11788
dpascuzzi@snpcpa.com

***Re:*** **Spray in Place Solutions LLC with Plumbers Local Union No. 1 Trust Funds Payroll Audit (9/1/2020 – 6/30/2022)**

Dear Ms. Pascuzzi:

This firm represents Spray in Place Solutions LLC (hereinafter our "Client") with respect to labor and employment law matters. We write in response to your request for documents in relation to the above-referenced audit.

Please be advised that the information and documents submitted are confidential and must be treated as such by the auditor. They are not to be released to the Union, the Fund, or anyone else absent our Client's express written permission. Upon the completion of the audit, we respectfully request that you return and/or destroy any hard copies or electronically stored information.

Moreover, the information submitted is without prejudice to our Client's rights, which are expressly reserved, to challenge the propriety of these requests and, further, to challenge any findings made by the auditors or the Fund and their respective agents, etc. Please do not hesitate to contact us to discuss any issues or concerns.

Dated: Lake Success, New York
October 4, 2022

Regards,
**MILMAN LABUDA LAW GROUP PLLC**
__________/s____________________
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

Enclosures.
cc: client (via e-mail).

# EXHIBIT E

**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

July 26, 2023

**VIA E-MAIL**
Schultheis & Panettieri, LLP
Attn: Jeffrey Cascio
450 Wireless Boulevard
Hauppauge, NY 11788
jcascio@snpcpa.com

***Re:*** **Spray in Place Solutions LLC with Plumbers Local Union No. 1 Trust Funds Payroll Audit (9/1/2020 – 6/30/2022) Employer's Exception to Auditor's Findings**

Dear Mr. Cascio:

This firm represents Spray in Place Solutions LLC (hereinafter the "Employer") with respect to labor and employment law matters. We write to provide our detailed exceptions to the preliminary report making findings concerning alleged contributions due.

*First*, with respect to Chad McGregor ("McGregor"), although the findings are incorrect as further set forth below, the Employer will agree to pay $697.42 exclusive of any interest, penalties, and/or liquidated damages to resolve that aspect of the findings. The Employer reserves the right to challenge these findings if the Funds refuse to resolve this finding as set forth herein.

*Second*, with respect to Jay J. Martino ("Martino"), the Employer disputes the findings as follows. The base amount found was 45,767.75 for 1,121.50 regular hours and 76.75 overtime hours. However, as acknowledged by the auditor, virtually all of those hours were "shop hours" performed at the Employer's premises in Suffolk County, and was not related to the performance of covered work under the applicable collective bargaining agreement ("CBA"). Before turning to the agreement, it is important to review some relevant facts preceding the issuance of the preliminary report.

On January 19, 2023, upon inquiry, the Employer informed the auditor by and through counsel that shop hours includes work such as cleaning the shop, working on trucks, loading & unloading trucks, etc., and that this does not amount to the performance of covered work under the CBA.

On March 9, 2023, the auditor acknowledged that it looks like Martino only had shop hours, and asked whether the employer had timesheets for these hours showing what Martino does in the shop. Attached as **Exhibit "A"** is an affidavit from Martino concerning the work he performs during shop hours.

On May 26, 2023, the auditor conceded that the hours for Martino are mostly to do with shop hours, and that some of those hours are for hours worked as a plumber that he could not report due to issues with the Union's system. The auditor further stated that, ultimately, this issue is going to come down to the Funds needing to make a determination on the hours for Martino, because – as auditors – they are just stating what we find in the payroll.

The Employer submits that the CBA – specifically, the Mechanical Equipment and Service Agreement Between the United Association of Journeymen and Apprentices of the Plumbing And Pipe Fitting Industry of the United States and Canada, Local Union Number 1, on the one hand, and the Association of Contracting Plumbers of the City Of New York, Inc., on the other hand – provides that it "applies to Mechanical Equipment and Service Division *work performed in the five counties which comprise the City of New York* …" See CBA Article I, Section 1. Further, the CBA expressly provides that:

> Work defined under the terms of this Agreement shall include and not limited to:
>
> A) Gas piping inspection and leak surveying, roof tank inspections that does not include testing on Building Trades, PLA, or Targeted jobs.
>
> B) Any repair and/or replacement of the present plumbing system at commercial sites and/or residential buildings. However, any projects regardless of work type, private or public, which have approved plans and specifications and the plumbing exceeds $725,000 dollars is excluded.
>
> Ratio will be 1MESJ: 4MESH from $1 - $200k
> Ratio will be 1MESJ: 3MESH from $201k - $725k
> Ratio will be 1MESJ: 2MESH above $725k
>
> C) Cutting and capping up to $200k will be a ratio of 1MESJ: 4MESH
>
> D) Tenant work is excluded (including any service work)
>
> Note: No Helpers on prevailing wage jobs. Helpers are only applicable to private jobs.

See CBA, Article II, Rule 7.

Here, there can be no dispute that Martino's work performed at the shop in Bohemia, NY is *outside the jurisdiction of the five boroughs of New York City* and thus, for that reason alone, does not fall within the ambit of covered work under the Collective Bargaining Agreement. Setting aside the geographic location, the actual work performed also does not fall within the scope of covered work as defined in the CBA.

Indeed, as set forth in the payroll system reviewed by the auditors, there is a separate line item for "shop hours" which is separate and distinct from "Plumber," "On Site Regular,"[1] and "Driver Regular" line items.

Thus, Martino's shop hours must be removed from the preliminary findings.

Finally, there is an assessment of $4,059.24 for "additional delinquencies that are on file with Plumbers Local No. 1 Fund Office." These should be removed as the Employer has repeatedly informed the Union and/or the Funds that the Employer was unable to utilize the electronic system provided by the Union and/or the Funds through no fault of its own.

Indeed, on February 5, 2021, the Employer notified the Funds that no benefits were paid to any of the individuals employed due to issues with the Union's online system, which the Union was aware of. Extensive efforts were made to resolve the issues with the Union's online system to no avail. A check in the amount of $6,688.15 made payable to Plumbers Local Union No. 1 Welfare Fund was sent to cover the contributions due for McGregor, which was submitted in good faith without prejudice to the Employer's rights, all of which are expressly reserved.

Further, on October 5, 2021, the Employer notified the Funds once more that no benefits were paid to any individual who performed covered work for which benefits were payable due to issues with the online payment submission system for contributions, which the Union was aware of based on the Employer's repeated correspondence regarding the issue. In fact, the Employer made extensive efforts to resolve these issues to no avail. The Employer stated that it is its understanding that there are no contributions due for any other employee, and that if this understanding is incorrect, it requested that the Funds provide the Employer with the basis of an assertion to the contrary. No such information was provided, and the Employer has repeatedly objected to the payment of any liquidated damages, interest, or attorneys' fees for submitting contributions late, which was indisputably out of the control of the Employer.

Thus, these additional findings must be removed, as well.

Dated: Lake Success, New York
July 26, 2023

Respectfully submitted,
**MILMAN LABUDA LAW GROUP PLLC**
/s

Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

Enclosures.

[1] This line item refers to work performed outside of the State of New York, which is also outside the definition of work under the CBA.

cc: client (via e-mail).

**VIA E-MAIL**
Schultheis & Panettieri, LLP
Attn: Benedetta Brusseau
450 Wireless Boulevard
Hauppauge, NY 11788
bbrusseau@snpcpa.com

**AFFIDAVIT OF JAY J. MARTINO**

STATE OF NEW YORK )
) ss.:
COUNTY OF SUFFOLK )

**JAY J. MARTINO,** being duly sworn, deposes and says:

1. I am a plumber employed by Spray in Place Solutions LLC ("Spray in Place").

2. This affidavit is made based on my own personal knowledge.

3. I submit this affidavit in relation to an audit concerning my hours performing covered work under a collective bargaining agreement with Plumbers Local Union No. 1.

4. As an employee of Spray in Place, I am required to travel to job sites and perform plumbing work.

5. These job sites are frequently located outside the State of New York due to the specialized nature of the work Spray in Place performs.

6. When I am not traveling out of the state or performing work at job sites in the State of New York, I work at Spray in Place's warehouse located in Bohemia, NY in Suffolk County.

7. The work I perform at the shop includes items such as cleaning the shop, working on trucks, loading & unloading trucks, and similar work.

8. I do not perform any plumbing work whatsoever when I am performing work at Spray in Place's warehouse.

9. It is my understanding that my pay stubs list different types of work that I perform next to my hours worked.

10. Generally speaking, "Shop Hours" refers to this type of work, while "Plumber" refers to work covered under a collective bargaining agreement.

11. In addition, generally speaking, "On Site Regular" refers to work performed outside the State of New York.

12. I am not claiming that I am entitled to any benefits under any collective bargaining agreement for "shop hours" as I understand that this was compensation for work that is not covered under any collective bargaining agreement.

Dated: Bohemia, New York
July 26th, 2023

JAY J. MARTINO

Subscribed and sworn to before
me this 26th day of July, 2023

NOTARY PUBLIC

Jillian Brooks
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BR6405728
Qualified in Suffolk County
Commission Expires March 16, 2024

# EXHIBIT F

From: Emanuel Kataev <emanuel@sagelegal.nyc>
Sent: Wednesday, April 10, 2024 1:33 AM (Eastern)
To: jcascio@snpcpa.com
Cc: nikki@sprayinplace.com
Subject: RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC
Attachments: Yes

Hi, Jeff:

I think the confusion and delay stems from the attached. On June 16, 2022, we issued a termination notice providing that the collective bargaining agreement ("CBA") between my client and the union will be terminated on December 31, 2022. We have already provided all the documents relevant to the audit and will not be providing any documents for 2023 as we properly canceled the CBA.

Thanks,

Emanuel Kataev, Esq.
Sage Legal LLC
Emanuel Kataev, Esq., P.C.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc<mailto:emanuel@sagelegal.nyc>

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

From: Jeffrey Cascio <jcascio@snpcpa.com>
Sent: Wednesday, April 3, 2024 11:05 AM
To: Emanuel Kataev <mail@emanuelkataev.com>
Cc: nikki@sprayinplace.com; Emanuel Kataev <emanuel@sagelegal.nyc>
Subject: RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC

Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe

---

Good morning Mr Kataev, Nikki. I tried calling yesterday and left a message. We really need an update as to when we might see the below documents to begin the extension of this audit period. The funds office wants an update as to some date we might see and finish this audit. I cannot keep delaying this audit and are being pressured to either start the audit or send this back to legal. Please advise me a date as to when I might see the below requested.

Jeff

From: Jeffrey Cascio
Sent: Monday, April 1, 2024 4:12 PM
To: Emanuel Kataev <mail@emanuelkataev.com<mailto:mail@emanuelkataev.com>>
Cc: nikki@sprayinplace.com<mailto:nikki@sprayinplace.com>; Emanuel Kataev <emanuel@sagelegal.nyc<mailto:emanuel@sagelegal.nyc>>
Subject: RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC

Good morning Mr Kataev, I hope you had a good weekend. I was wondering if you

had a chance to review the letters I forwarded you and would like an update on when we might see the below documents needed to proceed with the audit process.

Jeff

From: Jeffrey Cascio
Sent: Monday, March 25, 2024 8:57 AM
To: Emanuel Kataev <mail@emanuelkataev.com<mailto:mail@emanuelkataev.com>>
Cc: nikki@sprayinplace.com<mailto:nikki@sprayinplace.com>; Emanuel Kataev <emanuel@sagelegal.nyc<mailto:emanuel@sagelegal.nyc>>
Subject: RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC

Good morning Mr Kataev, no worries. I appreciate your response. Ive attached both for your review. The first is the original with the initial audit period and the second is the one showing the new audit period. If you have any questions feel free to contact me. Please also give me an update on when I might get the updated documents.

Jeff

From: Emanuel Kataev <mail@emanuelkataev.com<mailto:mail@emanuelkataev.com>>
Sent: Saturday, March 23, 2024 2:09 AM
To: Jeffrey Cascio <jcascio@snpcpa.com<mailto:jcascio@snpcpa.com>>
Cc: nikki@sprayinplace.com<mailto:nikki@sprayinplace.com>; Emanuel Kataev <emanuel@sagelegal.nyc<mailto:emanuel@sagelegal.nyc>>
Subject: Re: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Hi, Jeff:

My apologies for the delayed response; I have been between setting up my practice and managing deadlines in litigation matters. Your correspondence below references a letter or two; may I have a copy of any new letters?

Thanks and best,

Emanuel Kataev, Esq.
Sage Legal LLC

Emanuel Kataev, Esq., P.C.

18211 Jamaica Avenue

Jamaica, NY 11423-2327
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

mail@emanuelkataev.com<mailto:mail@emanuelkataev.com>

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

On Fri, Mar 8, 2024 at 10:52 AM Jeffrey Cascio

<jcascio@snpcpa.com<mailto:jcascio@snpcpa.com>> wrote:
Good morning Nikki, thank you for speaking with me before. If you could just respond back that you received the updated request letter.

Good morning Mr. Kataev, hope all is well and the new year is going well. As per the request letter… the audit for Spray in Place LLC was extended as per the Local One Plumbers Collection Committee on 1/18/24 and a new letter was sent out. The new revised request letter has a new end date for the audit as 12/31/23 (Original was 6/30/22). So we would need the following additional documents.

* General Ledger (7/1/22 through 12/31/23)
* Full employees earnings records (7/1/22 through 12/31/23)
* Federal 941s (Q3 2022 through Q4 2023)
* NYS45s (Q3 2022 through Q4 2023)

Additional records may be needed.

Our secure sharefile link to upload records electronically is as follows:

https://snpcpa.sharefile.com/r-r41dc8a70d540445bb339c8eae46b4fce

If you have any questions feel free to contact me.

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com<http://www.snpcpa.com>

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com<http://www.snpcpa.com>

[http://www.snpcpa.com/wp-content/uploads/2016/01/snpemail_logo.jpg]

If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com<http://www.winzip.com/>

You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org<http://www.7-zip.org>

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com<http://www.snpcpa.com>

[http://www.snpcpa.com/wp-content/uploads/2016/01/snpemail_logo.jpg]

If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com<http://www.winzip.com/>

You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

# EXHIBIT G

From: Jeffrey Cascio <jcascio@snpcpa.com>
Sent: Wednesday, August 27, 2025 7:43 AM (Eastern)
To: mail@emanuelkataev.com; emanuel@sagelegal.nyc
Cc:
Subject: FW: RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC new audit period 9/1/2020 -12/31/2022- Revised preliminary report
Attachments: Yes

Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe

---

Good morning Mr Kataev, you may view a copy of our Revised Preliminary report in the attached document. A separate email will be sent to you with the password in order to view the attachment.

The original preliminary report was sent out to you on 5/16/2023 and it was for the period of 9/1/2020-06/30/2022. The audit period was extended to 12/31/2022 due to the abrogation. We revised the audit to reflect the extended period. Please review and provide a response within 10 business days if you have any exceptions regarding the findings or if you agree.
Also please be advised that since this was a closeout audit, there were additional outstanding delinquencies owed to Local No. 1 fund office that was added to the audit due balance. The backup is attached in the revised preliminary report. Any questions regarding these outstanding delinquencies should be directed to the Fund Office
If you have any questions, please contact me.

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com<http://www.winzip.com/>

You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing,

copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

From: Jeffrey Cascio <jcascio@snpcpa.com>
Sent: Wednesday, September 10, 2025 2:19 PM (Eastern)
To: mail@emanuelkataev.com; emanuel@sagelegal.nyc
Cc:
Subject: RE: RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC new audit period 9/1/2020 -12/31/2022- Revised preliminary report
Attachments: None

Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe

---

Good afternoon Mr Kataev, I attached the preliminary report on 8/27/25 for your review and have still not received a response. My manager needs to finalize the report and today would be the last day before the 10 business days would be up. Please respond with any back up information you wish to provide. If we have not heard from you by end of day today, you will receive a final report tomorrow.

Thank you

Jeff

From: Jeffrey Cascio
Sent: Wednesday, August 27, 2025 7:43 AM
To: Emanuel Kataev <mail@emanuelkataev.com>; Emanuel Kataev <emanuel@sagelegal.nyc>
Subject: FW: RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC new audit period 9/1/2020 -12/31/2022- Revised preliminary report

Good morning Mr Kataev, you may view a copy of our Revised Preliminary report in the attached document. A separate email will be sent to you with the password in order to view the attachment.

The original preliminary report was sent out to you on 5/16/2023 and it was for the period of 9/1/2020-06/30/2022. The audit period was extended to 12/31/2022 due to the abrogation. We revised the audit to reflect the extended period. Please review and provide a response within 10 business days if you have any exceptions regarding the findings or if you agree.
Also please be advised that since this was a closeout audit, there were additional outstanding delinquencies owed to Local No. 1 fund office that was added to the audit due balance. The backup is attached in the revised preliminary report. Any questions regarding these outstanding delinquencies should be directed to the Fund Office
If you have any questions, please contact me.

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here:
www.winzip.com<http://www.winzip.com/>

You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security.  If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

# EXHIBIT H

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, AND 401(K) SAVINGS PLAN,<br><br>Plaintiffs,<br><br>-against-<br><br>SPRAY IN PLACE SOLUTIONS, LLC and ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | 24 CV 2568 (KAM)(PK)<br>**NOTICE OF INTENT TO SERVE SUBPOENA TO <u>TESTIFY AT DEPOSITION</u>** |

**TO:** *<u>Via Electronic Mail</u>*
Emanuel Kataev, Esq.
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
emanuel@sagelegal.nyc
*Attorneys for Defendants*

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs Trustees of the Plumbers Local Union No. 1 Welfare Fund et al., by and through their undersigned counsel of record, intend to serve the annexed Subpoena to Testify at a Civil Deposition on or after the close of business on February 3, 2026, upon the following:

Jay Martino
133 Veronica Ln
North Babylon NY 11703

Dated: February 03, 2026

**O'DONOGHUE & O'DONOGHUE, LLP**

By: /s/
Rebecca W. Richardson, Esq.
5301 Wisconsin Ave., N.W., Suite 800
Washington, DC 20015
Tel.: (202) 362-0041
Rrichardson@odonoghuelaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Trs. of the Plumbers Local Union No. 1 Welfare et al.<br>*Plaintiff*<br>v.<br>Spray in Place Solutions, LLC et al.<br>*Defendant* | Civil Action No. 24 CV 2568 (KAM)(PK) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Jay J. Martino

*(Name of person to whom this subpoena is directed)*

☑ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Zoom (Meeting invitation enclosed) | Date and Time: 02/18/2026 10:00 am |
|---|---|

The deposition will be recorded by this method: Stenographer

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: All records reflecting payment by Spray in Place Solutions, LLC ("Spray in Place"), and any documentation reflecting the kind of work performed for Spray in Place.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/03/2026

*CLERK OF COURT*

_________________________
*Signature of Clerk or Deputy Clerk*

OR

/s/ Rebecca W. Richardson
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs Trs. of the Plumbers Local Union No. 1 Welfare Fund, et al., , who issues or requests this subpoena, are:

Rebecca W. Richardson, O'Donoghue & O'Donoghue, LLP, 5301 Wisconsin Ave., N.W., Suite 800, Washington, DC 20015, Rrichardson@odonoghuelaw.com, Tel.: (202) 362-0041

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 24 CV 2568 (KAM)(PK)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________________
on *(date)* ____________ .

❒ I served the subpoena by delivering a copy to the named individual as follows: ______________
______________________________________________________________________________
____________________________________ on *(date)* ____________ ; or

❒ I returned the subpoena unexecuted because: ________________________________________
______________________________________________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ ________________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** ***For Other Discovery.*** A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

Hannah Uricchio is inviting you to a scheduled Zoom meeting.

Topic: Deposition of Jay J. Martino - Trs. of the Plumbers Local Union No. 1 Welfare Fund, et al. v. Spray in Place Solutions, LLC et al.

Time: February 18, 2026 10:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
[redacted]

Meeting ID: 942 3429 9881
Passcode: 010062

---

One tap mobile
+13017158592,,94234299881#,,,,*010062# US (Washington DC)
+16469313860,,94234299881#,,,,*010062# US

Join instructions
[redacted]

______________

# EXHIBIT I

## Darcell Burrows

**From:** Darcell Burrows <dburrows@marshallandmoss.com>
**Sent:** Thursday, October 29, 2020 8:45 AM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Cc:** Jason Levy <jlevy@marshallandmoss.com>
**Subject:** RE: Spray in Place Solutions LLC

Good Morning Mr. Kataev

For your records my title is Mrs.

Thank you for the documents. I will review and contact you with outstanding items needed to complete this audit.

Regards,

**Darcell Burrows**
Payroll Auditor

**Marshall and Moss Payroll Compliance Services LLC**
1400 Old Country Road, Suite 406
Westbury, NY 11590
Phone: 516-333-9010 | Fax: 516-333-9039

---

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Wednesday, October 28, 2020 8:44 PM
**To:** Darcell Burrows <dburrows@marshallandmoss.com>
**Cc:** Jason Levy <jlevy@marshallandmoss.com>
**Subject:** Re: Spray in Place Solutions LLC

Dear Messrs. Burrows and Levy:

As you are aware, this office represents the above-referenced employer in labor and employment law matters. Attached, please find a cover letter with enclosures including various requested documents and a completed interview sheet.

Thanks and best,

**Emanuel Kataev, Esq.**
**Associate**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

# EXHIBIT J

## Adrianna Grancio

**From:** Adrianna Grancio <agrancio@vandallp.com>
**Sent:** Wednesday, October 6, 2021 9:43 AM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** RE: Spray in Place Solutions LLC.

Emanuel,

To be clear, SIPS has until **October 15, 2021** to comply with the audit as per the below, upon pain of legal action.

**Adrianna R. Grancio**
Associate

Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York 10004
agrancio@vandallp.com
**T:** 212 943 9080 **|** **F:** 212 943 9082
**C:** 718 290 4111

---

This e-mail (including any attachments) may be a privileged attorney-client communication and/or may contain privileged and confidential information intended only for the use of the individual(s) named above. If you are not an intended recipient of this e-mail, or the employee or agent responsible for delivering this to an intended recipient, you are hereby notified that any dissemination or copying of this e-mail or disclosure of the information contained in this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (212) 943-9080 or by e-mail reply.

---

**From:** Adrianna Grancio
**Sent:** Wednesday, October 6, 2021 9:38 AM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** RE: Spray in Place Solutions LLC.

Emanuel,

The Funds remain entitled to conduct the audit being sought. If SIPS does not comply with the audit, by way of allowing a site visit by the auditors or by mailing/e-mailing the remaining documents, the Funds will commence an action seeking recovery of the estimated audit findings as per the notice transmitted by the Local 1 Fund Office dated September 17, 2021.

**Adrianna R. Grancio**
Associate

Virginia & Ambinder, LLP
40 Broad Street, 7th Floor

New York, New York 10004
agrancio@vandallp.com
**T:** 212 943 9080 | **F:** 212 943 9082
**C:** 718 290 4111

---

This e-mail (including any attachments) may be a privileged attorney-client communication and/or may contain privileged and confidential information intended only for the use of the individual(s) named above. If you are not an intended recipient of this e-mail, or the employee or agent responsible for delivering this to an intended recipient, you are hereby notified that any dissemination or copying of this e-mail or disclosure of the information contained in this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (212) 943-9080 or by e-mail reply.

---

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Tuesday, October 5, 2021 5:26 PM
**To:** Adrianna Grancio <agrancio@vandallp.com>
**Subject:** Re: Spray in Place Solutions LLC.

Dear Adrianna:

Please find attached courtesy copy of correspondence sent to the Joint Plumbing Industry Board, Plumbers Local Union No. 1 Trust Funds.

Thanks and best,

**Emanuel Kataev, Esq.**
**Associate**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

# EXHIBIT K

**Emanuel Kataev**

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Tuesday, April 25, 2023 2:13 PM
**To:** Jeffrey Cascio <jcascio@snpcpa.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

Hi, Jeff:

Please see attached. As with all prior submissions, kindly be advised that the information and documents submitted are confidential and must be treated as such by the auditor. They are not to be released to the Union, the Fund, or anyone else absent our Client's express written permission. Upon the completion of the audit, we respectfully request that you return and/or destroy any hard copies or electronically stored information.

Moreover, the information submitted is without prejudice to our client's rights, which are expressly reserved, to challenge the propriety of these requests and, further, to challenge any findings made by the auditors or the Fund and their respective agents, etc. Please do not hesitate to contact us to discuss any issues or concerns.

Thanks and best,

**Emanuel Kataev, Esq.**
**Associate**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

---

**From:** Jeffrey Cascio <jcascio@snpcpa.com>
**Sent:** Tuesday, April 25, 2023 9:19 AM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

Any update on getting me the K1's? Thank you

Jeff

---

**From:** Jeffrey Cascio
**Sent:** Friday, April 21, 2023 2:46 PM

**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

Yes, of course. Thank you.

Jeff

---

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Friday, April 21, 2023 2:43 PM
**To:** Jeffrey Cascio <jcascio@snpcpa.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

**ATTENTION:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

May I provide you just the K1s?

---

**From:** Jeffrey Cascio <jcascio@snpcpa.com>
**Sent:** Friday, April 21, 2023 2:43 PM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

I only need one year to verify who the owners are. Since the audit period is 9/1/2020 through 6/30/2022, the 1065 for 2021 would be sufficient. .

Jeff

---

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Friday, April 21, 2023 2:40 PM
**To:** Jeffrey Cascio <jcascio@snpcpa.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

**ATTENTION:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

For what years?

**Emanuel Kataev, Esq.**
**Associate**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

---

**From:** Jeffrey Cascio <jcascio@snpcpa.com>
**Sent:** Friday, April 21, 2023 2:36 PM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

Good afternoon Mr Kataev, I hope is well. I never received the corporate 1065s. Can you please forward. Thank you.

Jeff

---

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Friday, March 24, 2023 8:53 AM
**To:** Jeffrey Cascio <jcascio@snpcpa.com>
**Subject:** Re: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

**ATTENTION:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Yes. Client sent it to me already and I should be able to send later today.

Emanuel Kataev, Esq.
Associate
Milman Labuda Law Group PLLC
Sent from my iPhone

On Mar 24, 2023, at 8:40 AM, Jeffrey Cascio <jcascio@snpcpa.com> wrote:

1. Just a reminder when you speak with you client, I still need I need corporate 1120s for the audit period. (2020 and 2021) will produce under separate cover; they are 1065s, not 1120s.

Best regards

Jeff

---

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Wednesday, March 22, 2023 11:33 AM
**To:** Jeffrey Cascio <jcascio@snpcpa.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

**ATTENTION:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Okay, I informed client. I have a hearing on Monday on a temporary restraining Order and will not be able to get back to you until late next week.

Best,

**Emanuel Kataev, Esq.**
**Associate**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

---

**From:** Jeffrey Cascio <jcascio@snpcpa.com>
**Sent:** Tuesday, March 21, 2023 8:05 AM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

Good morning Mr Kataev, I spoke with my director in regards to the affidavit and as per his response, as auditors we do not accept affidavits on the audit. We only follow a paper trail and supporting documents. That would be something you would bring to the fund in the dispute phase. I would need to see whatever supporting documents your client can produce in regards to Jay Martino's hours while working in the shop.

Best Regards

Jeff

---

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Friday, March 17, 2023 4:10 PM
**To:** Jeffrey Cascio <jcascio@snpcpa.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

**ATTENTION:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Dear Jeff:

I spoke to my client; please see responses below in red.

Thanks,

**Emanuel Kataev, Esq.**
**Associate**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

---

**From:** Jeffrey Cascio <jcascio@snpcpa.com>
**Sent:** Wednesday, March 15, 2023 11:01 AM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

Hi Mr Kataev, did you get a chance to review with your client? Thanks

Jeff

---

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Thursday, March 9, 2023 11:49 AM
**To:** Jeffrey Cascio <jcascio@snpcpa.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

**ATTENTION:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Hi, Jeff:

I'll work with my client to respond to these, and my client reserves the right to challenge the preliminary (and any subsequent findings). I am currently in a deposition today and have another one tomorrow so I will need to review this sometime next week.

Thanks and best,

**Emanuel Kataev, Esq.**

**Associate**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

---

**From:** Jeffrey Cascio <jcascio@snpcpa.com>
**Sent:** Thursday, March 09, 2023 11:46 AM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

Good afternoon Mr Kataev, we are working to finalize the audit and send preliminary findings for review but have some questions that we were hoping could be answered.

2. I need corporate 1120s for the audit period. (2020 and 2021) will produce under separate cover; they are 1065s, not 1120s.
3. It looks like Jay Martino only had shop hours in 2022. Does the employer have timesheets for these hours showing what he does in the shop or does he punch a time clock? Client will review and send me any documents related to time records for Jay Martino. We do not want to charge on Jay Martino's hours and any sort of backup you can get us on his hours and what he was doing would help. I know you originally stated when he was in the shop he would be unloading trucks etc but we would need something more substantial to this affect to not charge on those hours. Would an affidavit from the employee suffice?
4. It appears the last reportage of hours bought from the Local 1 Fund was December 2020 for Chad McGregor, If there was no plumbing work for Spray in Place, what kind of work was the company doing from January 2021 on? We would like to make note in the file as to what type of work the company was doing. The company rehabilitates the interior of pipe. The employees were likely working outside of the State of New York for periods after January 2021, as they travel and perform work all over the country. Finally, to the extent that Jay Martino worked hours within the jurisdiction of this audit, for the reasons provided initially, the Employer was unable to submit those hours on the union's platform.
5. Were there any employees paid "Paid Family Leave" during the audit period? No.

Best Regards

Jeff

---

**From:** Jeffrey Cascio
**Sent:** Tuesday, February 7, 2023 8:03 AM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

Mr. Kataev, I have reviewed this information with my director and supervisor. Since it could not be fully determined what Mr. Martino was doing with his hours, the decision was made to charge these hours as If he was doing plumbing work. See attached findings/assessments. This resulted in billing hours for Jay Martino (1293.50 Regular hours and 139.5 OT hours) Furthermore, as per the CBA for building trade local 1 plumbers, although welfare benefits do not need to be bought for vacation, holiday, sick and bonuses.. these gross wages do need to be part of the check assessment. I have charged 7 days (56 hours) towards holiday and 1 day for sick time (8 hours) at his journeyman rate. The bonuses/per diem pay were charged as well for these assessments. For all wages in 2021 and 2022, the CBA for building trade also states the asb-c assessment needs to be charged for all gross wages. See attached for both findings.

Moving forward, over the course of the next week you will receive a preliminary findings letter and in that time you and your client will have a chance to dispute any of the findings. You can provide any documented proof to substantiate. Please feel free to contact me with any questions.

Regards

Jeff

---

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Tuesday, January 24, 2023 12:03 PM
**To:** Jeffrey Cascio <jcascio@snpcpa.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

**ATTENTION:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Forwarded to client, will let you know ASAP.

**Emanuel Kataev, Esq.**
**Associate**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

**From:** Jeffrey Cascio <jcascio@snpcpa.com>
**Sent:** Tuesday, January 24, 2023 11:58 AM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

Mr Kataev, thank you for the detail. Just one last quick question. On the Remaining Payroll file you sent me, on the payroll it separates several different categories on there.

Shop Regular
On Site Regular
Driver Regular.

Is your client able to tell me what the difference is especially in regards to shop and on site? The other payroll files that were sent for the earlier period appear to have a lot of Regular hours.
Thank you again

Regards

Jeff

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Thursday, January 19, 2023 8:02 PM
**To:** Jeffrey Cascio <jcascio@snpcpa.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

**ATTENTION:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

See below responses in red. Thanks for your patience.

**Emanuel Kataev, Esq.**
**Associate**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

**From:** Emanuel Kataev
**Sent:** Thursday, January 19, 2023 7:37 PM

**To:** Jeffrey Cascio <jcascio@snpcpa.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

I received feedback from client, have to review and send you response. Will do so ASAP.

**Emanuel Kataev, Esq.**
**Associate**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

---

**From:** Emanuel Kataev
**Sent:** Wednesday, January 18, 2023 9:50 AM
**To:** Jeffrey Cascio <jcascio@snpcpa.com>
**Subject:** Re: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

Will work on this today sorry for delay

Emanuel Kataev, Esq.
Associate
Milman Labuda Law Group PLLC
Sent from my iPhone

On Jan 18, 2023, at 9:44 AM, Jeffrey Cascio <jcascio@snpcpa.com> wrote:

Good morning Mr Kataev, I was wondering if we could get a clarification on the below request. I believe I can wrap up this audit but need the clarification on when they are working with several rates during the audit time period and need clarification on what he is doing when he has regular shop hours, plumbers rate hours and prevailing wage hours in different states.

1. What type of work does he do while working at the Shop Regular rate versus where is he working/job while working on the plumber rate. When he has shop hours, he is cleaning the shop, working on trucks, loading & unloading trucks, etc. The variation in wage rates depends on the State he performed work in. If the rate varies from the CBA/PLA rates, it was not covered work.
2. Also the other employees listed on payroll appear to only have Shop rates, again need clarification on what they are doing. Possibly if your client has an employee listing with job titles. Same answer concerning

duties, and – at times – we have the employees come in to sweep the floor or perform related work. Again, employees not paid at CBA/PLA rates are not performing covered work.

Let me know if you have any additional questions and sorry for the delay.

---

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Tuesday, January 10, 2023 2:06 PM
**To:** Jeffrey Cascio <jcascio@snpcpa.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

**ATTENTION:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

I have been out sick. Will follow up.

**Emanuel Kataev, Esq.**
**Associate**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

---

**From:** Jeffrey Cascio <jcascio@snpcpa.com>
**Sent:** Monday, January 09, 2023 8:32 AM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

Good morning Mr Kataev, I was wondering if you have any update to the below request from your client?

Jeff

**From:** Jeffrey Cascio
**Sent:** Tuesday, January 3, 2023 4:19 PM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

Thank you for the information and GL detail Mr Kataev. I was reviewing this audit and was wrapping it up with my supervisor. We had some questions prior to finishing in regards to Jay Martino. We believe part of the issue is that Jay Martino is a Local 1 plumber that is a building trade plumber but Spray in Place had an MES agreement signed in 2019 which most likely was the issue with paying benefits through the system

3. We see he is working with several rates during the audit time period and need clarification on what he is doing when he has regular shop hours, plumbers rate hours and prevailing wage hours in different states.
4. What type of work does he do while working at the Shop Regular rate versus where is he working/job while working on the plumber rate.
5. Also the other employees listed on payroll appear to only have Shop rates, again need clarification on what they are doing. Possibly if your client has an employee listing with job titles.

Thanks and best,
Jeff

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Tuesday, January 3, 2023 11:22 AM
**To:** Jeffrey Cascio <jcascio@snpcpa.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

**ATTENTION:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Dear Jeff:

Thank you for your patience with us while I worked to get on the phone with the client, which was difficult during the holidays and prior thereto due to my litigation schedule.

We did produce the general ledger previously, which I reattach here, for the time period you reference below. We are not sure what you mean by “detail,” as this is the only information that we are capable of producing. If there’s something specific you’re looking for, please let us know and we can evaluate.

With respect to Jay Martino, no benefits or reportage of his hours were capable of being made due to Local 1's defective system. Please see attached correspondence from October 27, 2020, February 5, 2021, and October 5, 2021 addressing this issue. You will notice in the February 5, 2021 correspondence that an individual named Chad McGregor was paid his contributions; this is because the union or the fund fixed the issue with the online system only with respect to that employee. The issue remains with Jay Martino. In that regard, we would dispute any penalties, fees, and interest due to the impossibility of making contributions through no fault of the employer.

Please let us know if you need any additional information.

Thanks and best,

**Emanuel Kataev, Esq.**
**Associate**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

---

**From:** Jeffrey Cascio <jcascio@snpcpa.com>
**Sent:** Tuesday, December 27, 2022 9:12 AM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** RE: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

There is one last piece I need which is their cash disbursement and GL detail (9/1/2020 – 6/30/2022) from the time period. Once I get that we can send out the preliminary findings letter. Here is the share shite link to upload too.

They can be uploaded to our secured sharefile folder using the link provided below. If you have any questions or concerns, please feel free to contact me.

https://snpcpa.sharefile.com/r-ree094e293afa40c4a3aeb4d24604a6d4

---

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Tuesday, December 27, 2022 9:09 AM
**To:** Jeffrey Cascio <jcascio@snpcpa.com>

**Subject:** Re: Spray In Place Solutions, LLC - Plumbers Local One Trust Funds Payroll Audit

**ATTENTION:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Good morning. Just reached out to client to set up call this morning.

Emanuel Kataev, Esq.
Associate
Milman Labuda Law Group PLLC
Sent from my iPhone

On Dec 27, 2022, at 9:07 AM, Jeffrey Cascio <jcascio@snpcpa.com> wrote:

Good morning Mr Kataev, happy holidays. I am wrapping up this audit. It appears Jay Martino in 2020 was working as a plumber with 210.25 hours worked as there were union assessment deductions on his payroll but I did not see any benefits or reportage of these hours. I added this employee and hours to my audit. The only other findings were on Chad McGregor had 40 hours in November 2021 which were not reported. You will receive a preliminary findings letter and will have 10 days to respond to the letter in regards to the findings on the audit. In this time period you and the employer will have an opportunity to dispute or come up with documentation to dispute those findings.

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

**If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com**

**You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org**

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

**If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com**

**You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org**

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

**If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com**

**You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org**

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778

Fax: (631) 273-3488
Web: www.snpcpa.com

**If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com**

**You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org**

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

**If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com**

**You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org**

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

**If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com**

**You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org**

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

**If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com**

**You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org**

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

**If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com**

**You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org**

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is

confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

**If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com**

**You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org**

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

**If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com**

**You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org**

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

**If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com**

**You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org**

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778

Fax: (631) 273-3488
Web: www.snpcpa.com

**If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com**

**You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org**

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

# EXHIBIT L

## Emanuel Kataev

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Friday, August 4, 2023 1:09 PM
**To:** Benedetta Brusseau <BBrusseau@snpcpa.com>
**Subject:** RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC (Prelim Report)

Hi, Ms. Brusseau:

Thank you, we look forward to hearing back.

Please send my regards and well wishes to Mr. Cascio, who I hope is feeling better.

Best,

**Emanuel Kataev, Esq.**
**Associate**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

---

**From:** Benedetta Brusseau <BBrusseau@snpcpa.com>
**Sent:** Wednesday, August 02, 2023 11:19 AM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC (Prelim Report)

Good morning Mr. Karaev,

Sorry for the late response, Jeff was out on vacation and is now out ill. I sent this to the Fund attorney and the Funds office for review since we are not able to accept the affidavit in this office . This will be brought up in the next collection committee meeting on 8/24.

Thank you
Benedetta

---

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Wednesday, July 26, 2023 7:55 PM
**To:** Jeffrey Cascio <jcascio@snpcpa.com>
**Cc:** Benedetta Brusseau <BBrusseau@snpcpa.com>
**Subject:** RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC (Prelim Report)

**ATTENTION:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Dear Mr. Cascio and Ms. Brusseau:

This office represents Spray in Place Solutions LLC, the employer for the above-referenced audit. Please find attached the employer's exceptions to the auditor's preliminary report.

Respectfully submitted,

**Emanuel Kataev, Esq.**
**Associate**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

---

**From:** Emanuel Kataev
**Sent:** Wednesday, July 26, 2023 11:12 AM
**To:** Jeffrey Cascio <jcascio@snpcpa.com>
**Cc:** Benedetta Brusseau <BBrusseau@snpcpa.com>
**Subject:** RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC (Prelim Report)

I expect to send our exceptions today.

Thanks and best,

**Emanuel Kataev, Esq.**
**Associate**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

---

**From:** Jeffrey Cascio <jcascio@snpcpa.com>
**Sent:** Tuesday, July 18, 2023 2:02 PM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Cc:** Benedetta Brusseau <BBrusseau@snpcpa.com>
**Subject:** RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC (Prelim Report)

Good afternoon Mr Kataev, I just wanted to see where you were at with the review of the findings with your client. I reached out to you on June 27th advising you of the 30 day extension before we finalize the audit which would give Spray in Place until 7/27. I have copied my supervisor on this chain since I will be out of the office starting Thursday 7/20/20 and returning Monday 7/31. Thanks you

Best Regards

Jeff

---

**From:** Emanuel Kataev <Emanuel@mllaborlawom>
**Sent:** Wednesday, June 28, 2023 1:35 PM
**To:** Jeffrey Cascio <jcascio@snpcpa.com>
**Subject:** RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC (Prelim Report)

**ATTENTION:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Thank you, Jeff. I appreciate the extended courtesies.

**Emanuel Kataev, Esq.**
**Associate**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

---

**From:** Jeffrey Cascio <jcascio@snpcpa.com>
**Sent:** Tuesday, June 27, 2023 3:19 PM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC (Prelim Report)

Good afternoon Mr Kataev, the plumbers committee meeting was yesterday, Spray in place was granted 30 days to review the audit before we finalize it. So to reiterate.. Spray in Place will have until 7/26/23 to review

the audit prior to it being finalized. If you have any further questions, please feel free to contact me. I will contact you a week prior to the deadline to see if you have reviewed with your client.

Jeff

---

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Tuesday, May 30, 2023 5:32 PM
**To:** Jeffrey Cascio <jcascio@snpcpa.com>
**Subject:** RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC (Prelim Report)

**ATTENTION:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Jeff:

Without getting into the merits of what you state below concerning the hours for Chad and Martino, we nonetheless need thirty (30) days to review and respond given my trial which is currently scheduled to begin this Monday, June 5, 2023. We therefore reiterate our request that the auditors hold off on issuing a final report until we have had an opportunity to review and challenge the preliminary findings.

Thanks and best,

**Emanuel Kataev, Esq.**
**Associate**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

---

**From:** Jeffrey Cascio <jcascio@snpcpa.com>
**Sent:** Friday, May 26, 2023 11:25 AM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC (Prelim Report)

Mr Kataev, I understand the struggles with your trial beginning soon, but the findings of 40 hours are for Chad, which you had agreed to and the hours for Jay Martino are mostly to do with shop hours some of those hours are for hours worked as a plumber that he could not report due to the iremit system. Ultimately, this is going to come down to the funds needing to make a determination on the hours for Jay Martino, as auditors we are just stating what we find in the payroll, the funds will make the determination on Jay's hours. I have spoken

with my director and supervisor, and delaying the final report will have no bearing on this part of the process for the audit.

Jeff

---

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Friday, May 26, 2023 10:01 AM
**To:** Jeffrey Cascio <jcascio@snpcpa.com>
**Subject:** RE: Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC (Prelim Report)

**ATTENTION:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Hi, Jeff:

I write to request a thirty (30) day extension of time to review the findings. I forwarded the findings to my client a day or two after you sent it to me but have not been able to connect with my client to discuss them because of court appearances and other deadlines. I also have a trial beginning on June 5, 2023 which is expected to take up to two weeks. As a result, an extension of time is necessary to review the findings.

Thanks and best,

**Emanuel Kataev, Esq.**
**Associate**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

---

**From:** Jeffrey Cascio <jcascio@snpcpa.com>
**Sent:** Tuesday, May 16, 2023 10:53 AM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** Plumbers Local Union No. 1 payroll audit- Spray In Place Solutions, LLC (Prelim Report)

We have completed our payroll compliance procedures.

You may view and download a copy of our Preliminary report via: https://snpcpa.sharefile.com/d-sf990a42b26274e05b9cf43674a3a95df

Please review and provide a response within 10 business days if you have any exceptions regarding the findings or if you agree.

Thank you,
Jeff

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

**If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com**

**You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org**

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

**If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com**

**You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org**

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

**If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com**

**You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org**

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

Jeffrey Cascio
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

|

**If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com**

**You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org**

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

Benedetta Brusseau
Schultheis & Panettieri, LLP
450 Wireless Boulevard
Hauppauge, NY 11788

Tel: (631) 273-4778
Fax: (631) 273-3488
Web: www.snpcpa.com

**If you are experiencing difficulty opening attachments, you may require WinZip version 11 or greater to open them as they are 256bit AES encrypted for your security. You can download a trial version here: www.winzip.com**

**You can also open 256bit AES encrypted attachments using 7-Zip. You can use 7-Zip on any computer, including a computer in a commercial organization. You are not required to register or pay for 7-Zip. You can download 7-Zip here: www.7-zip.org**

CONFIDENTIAL; PRIVILEGED COMMUNICATION - CONTAINS ACCOUNTANT WORK PRODUCT

This message and its attachments are sent by an accountant and may contain information that is confidential. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please

delete the message and attachments without printing, copying, forwarding or saving them, and notify Schultheis & Panettieri, LLP immediately at (631) 273-4778.

This transmission may contain protected health information, if so the information herein is confidential and intended only for use by the designated recipient who/which must maintain its confidentiality and security. If you are not the designated recipient, you are strictly prohibited from disclosing, copying, distributing, or taking action in reliance on the contents hereof. Unauthorized, re-disclosure of confidential health information is prohibited by state and federal law.

# EXHIBIT M

**Emanuel Kataev**

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Saturday, December 2, 2023 8:47 AM
**To:** Adrianna Grancio <agrancio@vandallp.com>
**Subject:** RE: Trustees of the Plumbers Local Union No. 1 Benefit Funds/Spray in Place Solutions LLC 2020-2022 Audit

Hi, Adrianna:

Yes, we are compiling additional information. I will follow up with client.

Best,

Emanuel Kataev, Esq.
Partner
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

**From:** Adrianna Grancio <agrancio@vandallp.com>
**Sent:** Thursday, November 30, 2023 4:40 PM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** RE: Trustees of the Plumbers Local Union No. 1 Benefit Funds/Spray in Place Solutions LLC 2020-2022 Audit

Hi Emanuel,

Following up on this. Please advise if SIPS intends to respond or provide any additional information.

Adrianna R. Grancio
Partner Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York 10004
agrancio@vandallp.com
T: 212 943 9080 | F: 212 943 9082

This e-mail (including any attachments) may be a privileged attorney-client communication and/or may contain privileged and confidential information intended only for the use of the individual(s) named above. If you are not an intended recipient of this e-mail, or the employee or agent responsible for delivering this to an intended recipient, you are hereby notified that any dissemination or copying of this e-mail or disclosure of the information contained in this e-mail is strictly prohibited. If you have received this e-mail in error, please

immediately notify us by telephone at (212) 943-9080 or by e-mail reply.

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Wednesday, October 25, 2023 1:14 AM
**To:** Adrianna Grancio <agrancio@vandallp.com>
**Subject:** RE: Trustees of the Plumbers Local Union No. 1 Benefit Funds/Spray in Place Solutions LLC 2020-2022 Audit

Yes, will follow up. Was in all-day hearing on Monday.

Best,

Emanuel Kataev, Esq.
Partner
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

**From:** Adrianna Grancio <agrancio@vandallp.com>
**Sent:** Monday, October 23, 2023 5:07 PM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** RE: Trustees of the Plumbers Local Union No. 1 Benefit Funds/Spray in Place Solutions LLC 2020-2022 Audit

Hi Emanuel,

Following up on this. Please advise if SIPS intends to respond or provide any additional information.

Adrianna R. Grancio
Partner Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York 10004
agrancio@vandallp.com
T: 212 943 9080 | F: 212 943 9082

This e-mail (including any attachments) may be a privileged attorney-client communication and/or may contain privileged and confidential information intended only for the use of the individual(s) named above. If you are not an intended recipient of this e-mail, or the employee or agent responsible for delivering this to an intended recipient, you are hereby notified that any dissemination or copying of this e-mail or disclosure of the information contained in this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (212) 943-9080 or by e-mail reply.

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Friday, September 1, 2023 11:38 AM
**To:** Adrianna Grancio <agrancio@vandallp.com>
**Subject:** RE: Trustees of the Plumbers Local Union No. 1 Benefit Funds/Spray in Place Solutions LLC 2020-2022 Audit

Hi, Adrianna:

I write to confirm receipt and that I forwarded your email to my client today. Upon review and meeting with them, we will respond in detail and provide additional information.

Thanks and best,

Emanuel Kataev, Esq.
Partner
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

**From:** Adrianna Grancio <agrancio@vandallp.com>
**Sent:** Thursday, August 31, 2023 3:03 PM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Subject:** Trustees of the Plumbers Local Union No. 1 Benefit Funds/Spray in Place Solutions LLC 2020-2022 Audit

Hi Emanuel,

As you may know, our firm represents the Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(k) Savings Plan (the "Funds"). I am writing in response to your letter dated July 26, 2023 (attached hereto for your reference) concerning the audit of Spray in Place Solutions LLC ("SIPS") covering September 1, 2020 through June 30, 2022.

The Trustees have reviewed the affidavit of Jay J. Martino that was attached to the letter and have determined that it is insufficient to warrant revision to the audit findings. It is the Trustees' understanding that Martino went thought the apprentice program and is listed as an "A Journeyman." Therefore, in order for the Trustees to further evaluate SIPS request to remove the contested hours of Martino from the audit, please provide documents detailing the location, type, and scope of work performed by Martino for the hours contested.

As to the request to have interest and liquidated damages waived on the McGregor findings – the Trustees have rejected this request. If SIPS does not agree with the findings it may submit rebuttal, otherwise, SIPS is responsible for the principal findings, plus the associated interest and liquidated damages.

Lastly, the Trustees have also rejected SIPS request for waiver of the additional delinquencies totaling $4,059.24. The Funds records indicate that problems relating to ISSI access experienced by SIPS were solved immediately upon notice. If SIPS has documents purporting to support their claim, please provide them so they can be evaluated. If you would like to discuss anything in more detail or have any questions feel free to call me at the number below.

Adrianna R. Grancio
Partner Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York 10004
agrancio@vandallp.com
T: 212 943 9080 | F: 212 943 9082

This e-mail (including any attachments) may be a privileged attorney-client communication and/or may contain privileged and confidential information intended only for the use of the individual(s) named above. If you are not an intended recipient of this e-mail, or the employee or agent responsible for delivering this to an intended recipient, you are hereby notified that any dissemination or copying of this e-mail or disclosure of the information contained in this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (212) 943-9080 or by e-mail reply.