UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, AND 401(K) SAVINGS PLAN,

Plaintiffs,

-against-

SPRAY IN PLACE SOLUTIONS, LLC and ATLANTIC SPECIALTY INSURANCE COMPANY,

Defendants.

---------------------------------------------------------------X

Case No.: 1:24-cv-2568 (KAM) (PK)

**DECLARATION OF JEFFREY SAUSELE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF DEFENDANTS' CROSS-MOTION**

Jeffrey Sausele declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a principal of Defendant Spray in Place Solutions, LLC ("SIPS") and its Director of Field Operations.

2. I submit this declaration in opposition to Plaintiffs' motion for summary judgment and in support of Defendants' cross-motion for summary judgment. I have personal knowledge of the facts stated herein.

3. On February 5, 2021, I signed, on behalf of SIPS, a letter to the Plumbers Local Union No. 1 Welfare Fund, Attn: Collection Dept. / Remittance Report, which was sent with SIPS check no. 1389, in the amount of $6,688.15, payable to the Plumbers Local Union No. 1 Welfare Fund, for the contributions of SIPS employee Chad McGregor for June 2020 through December 2020. SIPS sent its check no. 1388, in the amount of $1,341.47, payable to the Plumbers and Pipefitters National Pension Fund, for the same employee and period, separately and directly to that fund. A true copy of that letter, with copies of both checks, is annexed as Exhibit A.

4. On April 20, 2024, after SIPS had terminated its agreement with the Union, I received notice that the Union had requested a Bonding Executive Committee hearing concerning SIPS for May 14, 2024, which I forwarded to SIPS' counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 2, 2026, in Bohemia, New York.

Jeffrey Sausele (Nov 3, 2026 13:58:34 EST)

Jeffrey Sausele
Principal, Spray in Place Solutions, LLC