# EXHIBIT A

SPRAY IN PLACE
BOHEMIA, NY 11716
(631) 256-6046

February 5, 2021

Plumbers Local Union No. 1 Welfare Fund
Attn: Collection Dept. / Remittance Report
50-02 Fifth St.
2nd Floor
Long Island City, NY 11101

To Whom It May Concern:

As you are aware, in or about late November 2019, Spray in Place Solutions LLC (the "Employer") entered into an agreement with Plumbers and Pipefitters Local Union No. 1 (the "Union"). According to the sponsorships under the CBA, the Employer is not obligated to pay benefits for sixty (60) days from the time of the sponsorship and until they are sworn in. There were three (3) employees who were sponsored on January 17, 2020; two (2) employees are no longer employed by the Employer and one remains. Sixty (60) days from the date of sponsorship falls on March 17, 2020.

The only employees who performed covered work were Manuel Corrales, David Corrales, and Chad McGregor. In addition, Jay Martino is a Building Trade A Plumber who was already a member when he was hired by the Employer. No benefits were paid to any of the foregoing individuals due to issues with the Union's online system, which the Union is aware of. Indeed, extensive efforts were made to resolve the issues with the Union's online system to no avail.

Notwithstanding the foregoing, a check in the amount of $6,688.15 made payable to Plumbers Local Union No. 1 Welfare Fund is being sent to cover the contributions due for Chad McGregor. This check is submitted in good faith without prejudice to the Employer's rights, all of which are expressly reserved.

Dated: Bohemia, New York
February 5, 2021

**SPRAY IN PLACE SOLUTIONS LLC**

______________________________

By: Jeffrey Sausele
Title: Owner
Enclosure.

SPRAY IN PLACE SOLUTIONS LLC 1389

| | | | |
|---|---|---|---|
| 02/05/2021 | Plumbers Local Union No. 1 Welfare Fund | | |
| | | Chad McGregor - June 2020 thru December 2020 | 6,688.15 |

Checking - Signature Bank 6,688.15

DELUXE CORP 1+800-328-0304 www.deluxeforms.com

3656861000

BEDCB4 STKDK05 06/09/2020 08:46 -64-

**SPRAY IN PLACE SOLUTIONS LLC** 1388

02/05/2021 Plumbers and Pipefitters National Pension Fund

Chad McGregror - June 2020 thru December 2020 1,341.47

Checking - Signature Bank 1,341.47

DELUXE CORP 1+800-328-0304 www.deluxeforms.com

3656861000

BEDCB4 STKDK05 06/09/2020 08:46 -65-